UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08
```

------------------------------------------------------------X

THE REPUBLIC OF IRAQ,                            :       08 CV 5951 (LAP)
                                                 :
                Plaintiff,                    :       **MEMORANDUM**
                                                 :
    v.                                         :
                                                 :
ABB AG, et al.,                                  :
                                                 :
                Defendants.                   :
                                                 :
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Siemens S.A.A. of France and/or its affiliates.

SO ORDERED:

Dated: New York, New York
       July 18, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

CGRSIEMENS