UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE REPUBLIC OF IRAQ, : 08 CV 5951 (LAP)

        Plaintiff, : **MEMORANDUM**

v.

ABB AG, et al.,

        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Akzo Nobel N.V. and/or its affiliates.

SO ORDERED:

Dated: New York, New York
      July 18, 2008

                                            /s/ Loretta A. Preska
                                            LORETTA A. PRESKA, U.S.D.J.

CGRAKZO