Exhibit 2

Sample Translated Ministry of Electricity Records

Phase 5-13

**Ministry of Electricity**
**Department of Economic**
**Trading Division**

## Phase ((8))

| I | F | E | B | A |
|---|---|---|---|---|
| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
| Pending | 0.00 | EUR | 802932 | 2000/28A/6/5 |
| Pending | 4,570.00 | EUR | 802650 | 3966/40/2/5 |
| Pending | 99,170.00 | EUR | 802612 | 3877 |
| Pending | 545,133.00 | EUR | 802558 | B/2/139A/2000 |
| Pending | 930,000.00 | EUR | 802543 | M/3/42/2000/178 |
| Pending | 36,042.00 | EUR | 802518 | A 140/33/2/5 |
| Pending | 357,500.00 | EUR | 802442 | 4079/M1/2/5 |
| Pending | 350,287.00 | EUR | 802151 | 3085/3/2/5 |
| Pending | 14,121.00 | EUR | 802023 | 3605 |
| In Study Process | 24,036.00 | EUR | 802012 | S129/18/2/5 |
| Pending | 0.00 | Dollar | 801859 | 2000/22/6/5 |
| 661 | 86,716.00 | Pound | 801676 | 3155 |
| Pending | 42,891.00 | EUR | 801602 | 178/35 |
| Pending | 57,568.00 | EUR | 801577 | B/2/157/2000 |
| Pending | 75,199.00 | EUR | 801545 | 2000/42/6/5 |
| Pending | 1,562.00 | EUR | 801471 | 3889/M2/2/5 |
| Pending | 182,263.00 | German Mark | 801332 | 3947/10/2/5 |
| Pending | 144,990.00 | German Mark | 801260 | 4005/18/2/5 |
| Pending | 928,720.00 | Swiss Franc | 801249 | 2000/44/5/6 |
| In Study Process | 0.00 | Dollar | 801194 | 3407/30/2/5 |
| Pending | 14,073.00 | EUR | 801098 | 3960/40/2/5 |
| Pending | 8,420.00 | EUR | 800977 | 3924/M/2/5 |
| Pending | 414,260.00 | Pound | 800947 | 3749/M7/2/5 |
| Pending | 393,882.00 | EUR | 800946 | A3749/M7/2/5 |
| In Study Process | 5,750.00 | Dollar | 800717 | 3643 |
| Pending | 10,000.00 | Dollar | 800569 | 3808/40/2/5 |
| Pending | 935,400.00 | Swiss Franc | 800701 | 2000/40/6/5 |
| Not Equipped | 45,330.00 | EUR | 802964 | 3427 |
| 661 | 49,124.00 | EUR | 802882 | 4150/18/2/5 |
| Pending | 68,128.00 | EUR | 802839 | 3965/M1/2/5 |
| 661 | 67,000.00 | German Mark | 802821 | M/3/35/2000 |
| 661 | 56,875.00 | EUR | 802732 | 4238/4239 |
| 661 | 36,000.00 | German Mark | 802714 | M/3/36/2000 |
| 661 | 60,780.00 | EUR | 802513 | 4208 |
| 661 | 5,716.00 | EUR | 802492 | S 240/20/2/5 |
| 661 | 25,000.00 | EUR | 802467 | M/3/44/2000/180 |
| 661 | 214,200.00 | German Mark | 802412 | 4219/18/2/5 |
| Pending | 0.00 | EUR | 802247 | 2000/35A/6/5 |
| Pending | 34,182.00 | German Mark | 802124 | 3976/M2/2/5 |
| 661 | 42,000.00 | EUR | 802007 | 3611 |
| 661 | 8,496.00 | EUR | 801911 | S252/30/2/5 |
| 661 | 37,037.00 | EUR | 801802 | 3826/18/2/5 |
| 661 | 4,929.00 | EUR | 801734 | 23/35/2/5 |
| 661 | 16,582.00 | EUR | 801732 | 158/39/2/5 |
| 661 | 121,423.00 | Pound | 801679 | 44 |
| In Study Process | 9,498.00 | EUR | 801497 | 147/33/2/5 |
| Pending | 2,622.00 | EUR | 801390 | S71/24/2/5 |
| 661 | 32,565.00 | German Mark | 801333 | 3237/10/2/5 |

IIC-GOI-107077

Sample Translated Ministry of Electricity Records

| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
|---|---|---|---|---|
| Pending | 4,606.00 | EUR | 801331 | 178/35 |
| 661 | 9,369.00 | EUR | 801230 | 3922/40/2/5 |
| 661 | 0.00 | Dollar | 801176 | 2000/A14/6/5 |
| 661 | 39,592.00 | French Franc | 801162 | 2573/M2/2/5 |
| 661 | 4,233.00 | EUR | 801097 | 184/20/2/5 |
| 661 | 163,569.00 | French Franc | 800920 | 3618/M1/2/5 |
| 661 | 710,280.00 | EUR | 800757 | B/2/80/2000 |
| 661 | 450.00 | Dollar | 800583 | 89 |
| 661 | 13,286.00 | Dollar | 800379 | 2755/40/2/5 |
| 661 | 11,919.00 | EUR | 801507 | 19/36/2/5 |
| 661 | 71,200.00 | EUR | 802194 | 3768/6/2/5 |
| Not Equipped | 78,492.00 | EUR | 801858 | S377/26/2/5 |
| Received | 120,092.00 | EUR | 801728 | M/3/33/2002/167 |
| Received | 5,868.00 | EUR | 801593 | S 173/25/2/5 |
| Received | 0.00 | Dollar | 802669 | 3335/B39/2/5 |
| Received | 0.00 | Italian Lira | 802666 | 2965/B39/2/5 |
| Received | 7,206.00 | EUR | 802426 | 319/M2/2/5 |
| Received | 146,655.00 | EUR | 802084 | M/3/34/2002/166 |
| Received | 151,334.00 | EUR | 801965 | S273/18/2/5 |
| Received | 25,242.00 | French Franc | 801833 | 3325/7/2/5 |
| Received | 1,434.00 | EUR | 801763 | 3389/40/2/5 |
| Received | 7,985.00 | EUR | 801696 | S243/23/2/5 |
| Received | 200,000.00 | German Mark | 801595 | M/3/37/2000/168 |
| Received | 85,088.00 | Swiss Franc | 801357 | 3705/1M/2/5 |
| Received | 15,000.00 | Dollar | 800336 | 2861/6/2/5 |
| Received | 1,586.00 | EUR | 702517 | 108 |
| Not Equipped | 110,337.00 | Swiss Franc | 802683 | M/3/41/2000/174 |
| Not Equipped | 96,528.00 | EUR | 802605 | M/3/43/2000/117 |
| N/A | 147,724.00 | EUR | 802249 | 4209 |
| Not Equipped | 14,285.00 | Swiss Franc | 802103 | M/3/39/2000/176 |
| Not Equipped | 14,452.00 | Dollar | 802027 | 4152/18/2/5 |
| Partial Supply | 187,552.00 | Swiss Franc | 801552 | M/3/28/2000/146 |
| Not Equipped | 3,979.00 | German Mark | 801543 | 3695/29/2/5 |
| Canceled | 1,000.00 | Dollar | 800585 | AC73 |
| Received | 21,099.00 | Dollar | 802391 | 175 |
| In Progress | 12,532.00 | EUR | 801622 | B/2/135A/2000 |
| Partial Supply | 89,819.00 | Pound | 801573 | B/2/123/2000 |
| Not Equipped | 19,742.00 | EUR | 801434 | B/2/170/2000 |
| Not Equipped | 70,293.00 | EUR | 801350 | SD/5/10/200 |
| Partial Supply | 774,464.00 | Pound | 801168 | SD/5/9/2000 |
| Partial Supply | 0.00 | Dollar | 801150 | 2000/14/6/5 |
| Partial Supply | 203,871.00 | Pound | 801127 | SD/5/8/2000 |
| Received | 38,319.00 | Swiss Franc | 801139 | 3885/6/2/5 |
| Received | 86,581.00 | EUR | 801054 | 3803/18/2/5 |
| 661 | 12,451.00 | EUR | 800953 | 3955/8/2/5 |
| Partial Supply | 442,193.00 | EUR | 801655 | B/2/83/2000 |
| Partial Supply | 0.00 | Dollar | 802670 | A3365/18/2/5 |
| Received | 0.00 | French Franc | 802667 | 2989/B39/2/5 |
| 661 | 5,927.00 | EUR | 802390 | 3752/18/2/5 |
| 661 | 5,192.00 | Dollar | 802389 | S11/18/2/5 |
| 661 | 17,945.00 | EUR | 802191 | 4015/M1/2/5 |
| Not Equipped | 13,981.00 | EUR | 802010 | 138/36/2/5 |
| Received | 22,024.00 | EUR | 801609 | 3891/M/2/5 |
| Partial Supply | 20,000,000.00 | Dollar | 801547 | 2000/17/6/5 |
| Not Equipped | 145,031.00 | EUR | 801509 | 133/33/2/5 |
| Received | 7,691.00 | EUR | 801334 | S194/29/2/5 |
| Not Equipped | 13,500.00 | Dollar | 801248 | 131 |
| Received | 0.00 | Dollar | 801195 | 3669/29/2/5 |

IIC-GOI-107078

Sample Translated Ministry of Electricity Records

| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
|---|---|---|---|---|
| Not Equipped | 17,000.00 | Dollar | 800563 | S 148/18/2/5 |
| Partial Supply | 996,238.00 | Swiss Franc | 801479 | 1999/27B/6/5 |
| Not Equipped | 25,110.00 | EUR | 801235 | S109/24/2/5 |
| Not Equipped | 500,000.00 | Dollar | 800722 | 191 |
| 661 | 70,293.00 | EUR | 802926 | SD/5/5/2000 |
| Partial Supply | 0.00 | Dollar | 802680 | N/4/16/99 |
| Partial Supply | 106,626.00 | EUR | 802344 | B/2/137A/2000 |
| Not Equipped | 15,476.00 | EUR | 801592 | S246/24/2/5 |
| Received | 26,822.00 | EUR | 801310 | N/4/38/2000 |
| N/A | 13,000.00 | Dollar | 801177 | A 1093/2M/2/5 |
| Received | 237,826.00 | EUR | 801238 | B/2/135/2000 |
| Received | 18,000.00 | Dollar | 702381 | 165/39/2/5 |
| Received | 20,732.00 | EUR | 801346 | 193/39/2/5 |
| Received | 1,891.00 | EUR | 801264 | 3807/M11/2/5 |
| Received | 42,200.00 | German Mark | 801178 | 3680/M1/2/5 |
| Received | 8,896.00 | EUR | 801281 | 166 |
| Pending | 0.00 | Dollar | 1010 | 2000/28/6/5 |
| Received | 146,394.00 | EUR | 801182 | N/4/9/2000 |
| Received | 35,172.00 | EUR | 801200 | 151/39/2/5 |
| Received | 50,000.00 | German Mark | 801322 | S241/20/2/5 |
| Received | 78,400.00 | EUR | 801251 | 2000/3 |
| Received | 1,679.00 | EUR | 801204 | 3709/39/2/5 |
| Received | 605.00 | EUR | 801205 | 3606/36/2/5 |
| Received | 37,567.00 | EUR | 801308 | M/3/29/2000/163 |
| Received | 147,952.00 | EUR | 801368 | N/4/10/2000 |
| Received | 33,961.00 | EUR | 801369 | S284/18/2/5 |
| Received | 31,500.00 | EUR | 801179 | 3975/M/2/5 |
| Received | 22,873.00 | EUR | 801234 | 3830/M1/2/5 |
| Received | 1,341.00 | EUR | 801203 | 3470/29/6/5 |
| Received | 194,855.00 | EUR | 801337 | 3989/M1/2/5 |
| Received | 5,019.00 | Dollar | 702382 | 152/39/2/5 |
| Received | 38,891.00 | EUR | 801292 | B/2/165/2000 |
| Received | 13,947.00 | EUR | 801321 | 3879/M1/2/5 |
| Received | 13,000.00 | Dollar | 800723 | 3648 |
| Received | 30,490.00 | EUR | 801124 | 2837/20/2/5 |
| Received | 52,718.00 | German Mark | 800914 | 3594/18/2/5 |
| Received | 21,870.00 | Swiss Franc | 800896 | 3338/M1/2/5 |
| Received | 5,166.00 | EUR | 800890 | 3516/6/2/5 |
| Received | 68,216.00 | EUR | 800854 | 3031/M1/2/5 |
| Canceled | 2,300.00 | Dollar | 800852 | 64 |
| Received | 22,364.00 | Swiss Franc | 800846 | 3806 |
| Received | 6,500.00 | Dollar | 800818 | 3530/40/2/5 |
| Received | 23,220.00 | EUR | 800749 | 3878/40/2/5 |
| Received | 9,622.00 | EUR | 800748 | 3861/40/2/5 |
| Received | 11,816.00 | EUR | 800923 | 2709/M1/2/5 |
| Received | 2,310.00 | Dollar | 800519 | 3770/M1/2/5 |
| Received | 0.00 | Dollar | 800930 | 1046 |
| Received | 5,120.00 | Dollar | 800721 | 3497/M2/5 |
| Received | 30,000.00 | Dollar | 800540 | S166/18/2/5 |
| Received | 44,534.00 | French Franc | 800713 | 778/40/2/5 |
| Received | 72,008.00 | EUR | 800689 | 3984/M1/2/5 |
| Received | 4,300.00 | Dollar | 800684 | 3538/40/2/5 |
| Received | 18,246.00 | French Franc | 800635 | 30 |
| Received | 7,750.00 | Dollar | 800631 | 3804/40/2/5 |
| Received | 25,000.00 | Dollar | 800613 | S209/21/2/5 |
| Partial Supply | 666,740.00 | EUR | 800589 | 5/6/27/2000 |
| Received | 9,173.00 | Swiss Franc | 800584 | S 52/23/2/5 |
| Received | 39,000.00 | Dollar | 800465 | 3996/18/2/5 |

Sample Translated Ministry of Electricity Records

| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
|---|---|---|---|---|
| Received | 975,500.00 | EUR | 801044 | N/4/20/2000 |
| Received | 233,889.00 | EUR | 801169 | SD/5/7/2000 |
| Pending | 0.00 | EUR | 702393 | 5/6/23A/2002 |
| Received | 26,516.00 | EUR | 801163 | B2486/M1/2/5 |
| Received | 16,717.00 | EUR | 801160 | 3689 |
| Received | 49,180.00 | EUR | 801149 | 4035/4/2/5 |
| Received | 32,900.00 | EUR | 800965 | S24/22/2/5 |
| Received | 115,658.00 | EUR | 801123 | S 282/26/2/5 |
| Received | 4,761.00 | Dollar | 801121 | S176/18/2/5 |
| Received | 28,233.00 | EUR | 801080 | S76/24/2/5 |
| Received | 108,420.00 | Swiss Franc | 801065 | S258/27/2/5 |
| Received | 50,000.00 | Dollar | 800382 | 3660/13/2/5 |
| Received | 63,597.00 | EUR | 801046 | 159/39/2/5 |
| Received | 215,396.00 | EUR | 801171 | 169 |
| Received | 76,950.00 | EUR | 801035 | 3883/1M/2/5 |
| Received | 7,115.00 | EUR | 801034 | 3906/M1/2/5 |
| Received | 0.00 | French Franc | 800999 | M/3/30/2000/162 |
| Received | 15,706.00 | EUR | 800995 | S248/24/2/5 |
| Received | 30,586.00 | EUR | 800990 | 3838/18/2/5 |
| Received | 4,850.00 | EUR | 801374 | 2903/10/2/5 |
| Received | 18,982.00 | EUR | 800964 | S20/23/2/5 |
| Received | 4,278.00 | EUR | 800956 | 3890/M2/2/5 |
| Received | 11,603.00 | EUR | 800955 | 3932/M2/2/5 |
| Received | 35,633.00 | Pound | 702577 | 173/39/2/5 |
| Received | 132,134.00 | EUR | 801049 | B/2/131/2000 |
| Received | 2,169.00 | EUR | 802017 | 58 |
| Received | 16,535.00 | EUR | 802092 | B/2/167A/2000 |
| Pending | 64,633.00 | EUR | 802090 | 4176/18/2/5 |
| Received | 58,062.00 | EUR | 802089 | B3658/18/2/5 |
| Received | 366,392.00 | EUR | 802087 | B/2/120/2000 |
| Received | 360,901.00 | EUR | 802073 | 3813-3815 |
| Received | 78,120.00 | Swiss Franc | 802071 | 4181/18/2/5 |
| Received | 24,706.00 | EUR | 802070 | 170 |
| Received | 81,618.00 | EUR | 802048 | N/4/51/2000 |
| Received | 1,322.00 | EUR | 802039 | N/4/56/2000 |
| Received | 8,096.00 | EUR | 802037 | 3718/6/2/5 |
| Received | 2,530.00 | EUR | 802024 | A3722/M1/2/5 |
| Received | 0.00 | Dollar | 801542 | 3809 |
| Received | 14,577.00 | EUR | 802019 | 3900/M2/2/5 |
| Received | 22,353.00 | EUR | 802190 | 4151/18/2/5 |
| Received | 4,323.00 | EUR | 802009 | 60/39/2/5 |
| Received | 56,828.00 | EUR | 802008 | 4039 |
| Received | 1,521.00 | EUR | 802006 | 3613 |
| Received | 4,500.00 | Dollar | 802005 | 3354/M2/2/5 |
| Received | 37,302.00 | EUR | 801983 | 134 |
| Received | 78,940.00 | EUR | 801932 | 129 |
| Received | 48,925.00 | EUR | 801930 | 3684/M1/2/5 |
| N/A | 140,487.00 | EUR | 801897 | 4021/6/2/5 |
| Received | 6,613.00 | EUR | 801880 | 99/39/2/5 |
| Received | 31,218.00 | EUR | 801870 | S247/24/2/5 |
| Received | 160,170.00 | Japanese Yen | 801857 | 3827/6/2/5 |
| Received | 1,949.00 | EUR | 801848 | 214 |
| Received | 21,855.00 | EUR | 802022 | 3549 |
| Received | 9,234.00 | EUR | 802393 | 3832/M1/2/5 |
| Received | 0.00 | Dollar | 802682 | B/2/104/99 |
| Partial Supply | 0.00 | Dollar | 802681 | 2000/33/6/5 |
| Received | 0.00 | Dollar | 802671 | D 3365/18/2/5 |
| Received | 0.00 | French Franc | 802668 | 3170/M1/2/5 |

Sample Translated Ministry of Electricity Records

| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
|---|---|---|---|---|
| Received | 0.00 | Dollar | 802665 | M/3/32/98/57 |
| Received | 300,903.00 | EUR | 802559 | SD/5/3/2001 |
| Received | 192,082.00 | EUR | 802511 | A3658/18/2/5 |
| Received | 67,196.00 | EUR | 802502 | 3565/39/2/5 |
| Received | 8,205.00 | EUR | 802501 | B3722/M1/2/5 |
| Received | 1,553.00 | EUR | 802497 | 16/36/2/5 |
| Received | 1,727.00 | EUR | 802496 | 109/39/2/5 |
| Received | 224,972.00 | Italian Lira | 802429 | S247A/24/2/5 |
| Received | 1,879.00 | EUR | 802163 | SD/5/1/2001 |
| Received | 766,250.00 | Japanese Yen | 802413 | N/4/30/2000 |
| Received | 63,415.00 | EUR | 802167 | 3951/3629 |
| Received | 10,047.00 | EUR | 802387 | 3207/24/2/5 |
| N/A | 79,650.00 | Swiss Franc | 802353 | 2942/20/2/5 |
| Received | 134,640.00 | EUR | 802342 | B/2/151/2000 |
| N/A | 1,697.00 | EUR | 802325 | 3761/3/2/5 |
| Received | 72,350.00 | EUR | 802268 | S210/27/2/5 |
| Received | 211,443.00 | EUR | 802243 | B/2/141/2000 |
| Received | 76,227.00 | EUR | 802228 | M/3/32/2000/173 |
| Received | 14,000.00 | EUR | 802227 | M/3/31/2001/172 |
| Received | 53,022.00 | EUR | 802220 | N/4/26/2000 |
| Received | 2,643.00 | EUR | 802217 | 3294 |
| Received | 28,415.00 | EUR | 802207 | S204/29/2/5 |
| Received | 11,662.00 | EUR | 801834 | 2900/40/2/5 |
| Received | 4,970.00 | EUR | 802427 | S327/26/2/5 |
| Canceled | 4,552.00 | EUR | 801457 | 189 |
| Received | 27,212.00 | EUR | 801844 | 79 |
| Received | 13,866.00 | EUR | 801528 | 3848/M2/2/5 |
| Received | 262,217.00 | EUR | 801508 | B/2/124/2000 |
| Received | 1,785.00 | EUR | 801499 | 114/35/2/5 |
| Received | 1,507.00 | EUR | 801496 | 196 |
| Received | 10,977.00 | EUR | 801495 | 162 |
| Received | 32,838.00 | EUR | 801486 | S93/26/2/5 |
| Received | 8,176.00 | EUR | 801474 | S 29/25/2/5 |
| 661 | 2,513.00 | EUR | 801470 | 3910/40/2/5 |
| Received | 75,451.00 | EUR | 801467 | B/2/119/2000 |
| Received | 54,405.00 | EUR | 801461 | B/2/121/2000 |
| Received | 572,323.00 | EUR | 801460 | B/2/118/2000 |
| Received | 45,746.00 | EUR | 801541 | 126 |
| Canceled | 1,350.00 | EUR | 801458 | 174 |
| Received | 67,375.00 | Dollar | -99 | B/2/140B/2000 |
| Canceled | 1,488.00 | EUR | 801452 | S 3012/23/2/5 |
| Received | 1,534.00 | EUR | 801440 | 201 |
| Received | 489,486.00 | EUR | 801441 | 3739/6/2/5 |
| Received | 20,427.00 | EUR | 801435 | B/2/167/2000 |
| Received | 43,419.00 | EUR | 801432 | S331/26/2/5 |
| Received | 2,763.00 | EUR | 801431 | A 3663/39/2/5 |
| Received | 7,000.00 | Dollar | 801426 | S 25/24/2/5 |
| Received | 146,985.00 | EUR | 801410 | N/4/7/2000 |
| Received | 106,970.00 | EUR | 801409 | 3871/6/2/5 |
| Received | 250,828.00 | Pound | 801400 | N/4/7/2000 |
| Received | 186,187.00 | EUR | 801384 | S 376/26/2/5 |
| Received | 387,316.00 | EUR | 801382 | B/2/139/2000 |
| Received | 75,253.00 | EUR | 801459 | S231/18/2/5 |
| Received | 19,012.00 | EUR | 801721 | S3249/24/2/5 |
| Received | 71,147.00 | EUR | 801376 | N/4/52/2000 |
| Received | 308,124.00 | EUR | 801821 | B/2/152/2000 |
| Received | 93,814.00 | Swiss Franc | 801820 | 3824/6/2/5 |
| Received | 245,455.00 | EUR | 801807 | 3936 |

Sample Translated Ministry of Electricity Records

| Contract Status | Post Sale Services | Contract Currency | UN Comm # | Iraqi Contract # |
|---|---|---|---|---|
| Received | 363,636.00 | EUR | 801806 | 3835 |
| Received | 494,926.00 | EUR | 801805 | 4268 |
| Partial Supply | 551,462.00 | EUR | 801803 | B/2/133/2000 |
| Received | 20,876.00 | EUR | 801793 | 3911/40/2/5 |
| Received | 1,743.00 | EUR | 801770 | S192/20/5 |
| Received | 2,502.00 | EUR | 801759 | S239/18/2/5 |
| Received | 13,820.00 | EUR | 801758 | N/4/37/2000 |
| Received | 103,390.00 | EUR | 801756 | N/4/3/2000 |
| Received | 206,488.00 | EUR | 801540 | 3797/M2/2/5 |
| Received | 379,552.00 | EUR | 801737 | B/2/135/2000 |
| Received | 454,878.00 | EUR | 801837 | B/2/140A/2000 |
| Received | 62,411.00 | EUR | 801702 | B/2/174/2000 |
| Received | 36,565.00 | EUR | 801699 | N/4/53/2000 |
| Received | 171,212.00 | EUR | 801647 | SD/5/2/2001 |
| Received | 28,237.00 | EUR | 801616 | 3762/10/2/5 |
| Received | 141,836.00 | EUR | 801615 | B/2/137/2000 |
| Received | 18,931.00 | EUR | 801582 | 92 |
| Received | 343,898.00 | German Mark | 801581 | 4169/18/2/5 |
| Received | 98,921.00 | Swiss Franc | 801562 | 3810/6/2/5 |
| Received | 33,900.00 | German Mark | 801557 | 2761/1M/2/5 |
| Received | 8,725.00 | Dollar | 801546 | 3901/40/2/5 |
| 661 | 191,375.00 | EUR | 1201123 | COE/D/1/2002 |
| Received | 16,317.00 | EUR | 801544 | 87 |
| Received | 235,254.00 | EUR | 801745 | N/4/11/2000 |
| | 49,098,554.00 | | | |

IIC-GOI-107082