# Exhibit 3

After Sale Sevices payments Report (Machinery Dept.) until 28 Jan. 2003

| Phase | No. of contracts included in inflation | No. of contracts Totally Executed | | No. of contracts Partialy Executed | | No. of unexecuted contracts | |
|---|---|---|---|---|---|---|---|
| | | Paid | Not paid | Paid | Not paid | Paid | Not paid |
| 6th | 5 | 3 | 0 | 0 | 0 | 1 | 1 |
| 7th | 24 | 12 | 5 | 0 | 0 | 1 | 6 |
| 8th | 64 | 27 | 5 | 7 | 3 | 1 | 21 |
| 9th | 30 | 6 | 2 | 2 | 3 | 0 | 17 |
| 10th | 47 | 8 | 3 | 2 | 3 | 1 | 30 |
| 11th | 132 | 8 | 5 | 5 | 4 | 0 | 110 |
| 12th | 52 | 0 | 0 | 0 | 0 | 1 | 51 |
| Total | 354 | 64 | 20 | 16 | 13 | 5 | 236 |

IIC-GOI-374314

IIC-GOI-374315

## Machinery

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Phase six** | | | | | | | | | | | | |
| M/536 6 | EXEL | A | Z / 735612 | Executed | $727902,25 | 10% | $72790,22 | | | | | |
| M/376 6 | Newholland | A | Z / 727945 | Executed | $1,446,499 | | F.Fr 1010156,7 | €153989,40 | Ministry of finance Treasury | 8979 | 27-Feb-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-2002 |
| | | | | | | | | €400,000 | Ministry of finance Treasury | 8979 | 15-Jul-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17-Sept-2002 |
| M/367 6 | Rama | A | Z / 730447 | | $5,000,000 | 10% | F.Fr 6253920 | €350,000 | Ministry of finance Treasury | 8979 | 09-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| M/377 6 | PMA | A | Z / 726393 | Executed | DM 5771818181 | 10% | DM 577181 | €294660,16 | | | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/373 6 | Agco | A | Z / 725804 | Executed | €49697142 | 5% | F.Fr 1629928 | F.Fr 1629928 | Ministry of finance Treasury | 8979 | | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2002 |
| **Phase Seven** | | | | | | | | | | | | |
| M/696 7 | HAS | A | | | €1,567,750 | 10% | €156,770 | | | | | |
| | | | | | | | | $90,000 | Al-Rafidain/ Beirut | 620 | 9 Oct. 2002 | Company's Share was paid according to the iraqi central bank letter No. 1296 in 30-Oct-2001 |
| | | | | | | | | $131,125 | Al-Rafidain/ HQ | 620 | 9 Oct. 2002 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2001 |
| M/353 7 | SAKER | A | U725945 | Executed | $3,918,750 | 10% | $391,875 | $170,750 | Al-Rafidain/ HQ | 620 | 9 Oct. 2002 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| | | | | | | | | $89,428 | Ministry of finance Treasury | | 03-May-01 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2001 |
| | | | | | | | | $150,000 | Ministry of finance Treasury | | 05-Jul-01 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2001 |
| M/357 7 | Hassanain | A | U725295 | Executed | $2,829,200 | 10% | $282,920 | $430,572 | Ministry of finance Treasury | 8782 | 18-Sep-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 & 1488 in 12-Dec-2001 & 17-Sept. 2002 |
| M/354 7 | Iber Al-Alam | A | U726493 | Executed | $1,540,000 | 10% | $1,540,000 | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 1771 in 9-July-2002 | | | | |
| M/350 7 | GODREG | A | U726917 | Executed | $249,150 | 10% | $24,915 | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 4713 in 15-April-2002 | | | | |
| M/435 7 | Adrofocila | A | | | $528,000 | 10% | F.Fr 412758,72 | | | | | |
| M/446 7 | Al-Itihat–UAE | A | U727062 | Executed | ¥197689087,118 | 10% | ¥197768908,7 | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 1771 in 9-July-2002 | | | | |
| | | | U724572 | | | | ¥124888,97 | Company's Share was paid according to the Iraqi Central Bank letter No. 490 in 10-March -2003 | | | | |
| M/2057 | Beetcos | A | U724563 | Executed | €243,916 | 10% | D.M 476898 | | | | | |
| M/426 7 | Al-Qutaa Al-Farida | A | | | £206478,08 | 10% | £20647,81 | | | | | |
| M/351 7 | SOLO | A | | | $1,457,400 | 10% | $145,740 | | | | | |
| M/352 7 | PCP | A | U728556 | Executed | $387,188 | 10% | $38718,8 | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 6578 in 23-May-2002 | | | | |
| M/550 7 | BELMET_BME | A | U728972 | Executed | S.Fr. 5254513,63 | 10% | S.Fr. 525451 | S.Fr. 525451 | Iraqi Central Bank | | 04-Feb-02 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| M/593 7 | Newholland | A | | | €2139218,18 | 10% | F.Fr. 1403230,48 | | | | | |
| M/555 7 | Hassanain | A | | | | | | | | | | | |
| M/574 7 | Saqar | A | U733914 | | $660,000 | 10% | F.Fr. 516513 | €78,741 | Iraqi Central Bank | 8979 | 16-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| | | | | | | | | €70897,02 | Iraqi Central Bank | 8979 | 11-Feb-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in11-June-2002 |
| | | | | | | | | €47625,53 | Al-Rafidain/Ammam | 8961 | 14-Mar-02 | Company's Share was paid according to the iraqi central bank letter No. 865 in11-June-2002 |
| | | | | | | | | €13096,29 | Iraqi Central Bank | 8979 | 07-May-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| | | | | | | | | €10176,16 | Ministry of Finance Treasury | 8979 | 23-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/587 7 | AGCO | A | U728901 | Executed | €2156181,81 | 10% | S.Fr. 1395180 | €70,899 | Ministry of Finance Treasury | 8979 | 03-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| M/254 7 | VALMET | A | U725183 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 1771 in 9-Feb-2002 | | | | | | | | |
| M/276 7 | MILLAT | A | U723287 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 6156 in 23-July 2002 | | | | | | | | |
| SP/81 7 | STIP | A | U726488 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 1771 in 9-Feb-2002 | | | | | | | | |

IIC-GOI-374316

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/213 7 | ANABIB | A | U721057 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 6156 in 23-July 2002 and 9891 in 25-Oct. 2001 | | | | | | | |
| M/223 7 | TATA | A | U720380 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No.9891 in 25.Oct. 2001 | | | | | | | |
| M/285 7 | Jean | A | U726878 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 1771 in 9-Feb-2002 and 8595 in 1-July -2002 | | | | | | | |
| M/291 7 | Fenapro | A | U723464 | Executed | Contract not included in the inflation /Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 6156 in 23-July 2002 and 9891 in 25-Oct. 2001 | | | | | | | |

## Phase Eight

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/381 8 | Hilwan | A | C728557 | Executed | $2,090,000 | 5% | € 119,415 | € 119,421 | Ministry of Finance Treasury | 8979 | 04-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/428 8 | Destico | A | | | $300,000 | 10% | F.Fr 327753 | | | | | |
| M/708 8 | Helwan | A | | | $750,000 | 10% | € 13,665,684 | | | | | |
| M/710 8 | Al-Arabia Al-Mutahida | A | | | $1,000,000 | 10% | €109325,47 | | | | | |
| M/706 8 | Al-Wailer Al-Fareed | A | | | $750,000 | 10% | €136656,84 | | | | | |
| M/702 8 | Ghaddar | A | | | $1,575,000 | 10% | €172,188 | | | | | |
| M/745 8 | NETS | A | | | $1,047,500 | 10% | €117104,53 | | | | | |
| M/749 8 | SAKMO | A | | | $582,000 | 10% | €65064,28 | | | | | |
| M/405 8 | Al-Zain | A | | | $1,499,000 | 10% | €178643,76 | | | | | |
| M/394 8 | ANABIB | A | | | $3,450,000 | 10% | F.Fr 2697003 | | | | | |
| M/368 8 | Al-Wailer Al-Fareed | A | C7266955 | Executed | $2,090,000 | 5% | F.Fr 783311 | €119414,99 | Al-Wassil and Babil | | 30-Dec-01 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/539 8 | INFOR.INDUS | P | | | $8,950,000 | 10% | S.Fr 1459745 | | | | | |
| M/360 8 | SILA | A | C728396 | Partially Executed | $12,400,000 | 5% | $620,000 | | | | | |
| M/390 8 | Helwan | A | C730439 | Executed | $10,750,000 | 5% | F.Fr 4052591 | € 89,033 | Al-Mawared bank | | 29-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| M/391 8 | Group Italia | A | C733533 | Partially Executed | $6,370,107 | 5% | S.Fr 497475 | | | | | Not paid |
| M/411 8 | EXEL | A | C732821 | Partially Executed | $5,617,500 | 10% | €678691,73 | €678588,94 | Al-Wassil and Babil | | 15-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/366 8 | Rolland | A | | | $8,675,000 | 5% | F.Fr. 3127760 | | | | | |
| M/392 8 | Helwan | A | C727053 | Executed | $2,570,000 | 5% | F.Fr 970303,5 | € 147,848 | Ministry of Finance Treasury | 8979 | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| | | | | | | | $128,500 | $193 | Ministry of Finance Treasury | 90620 | 10-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| | | | | | | | | € 212356,00 | Ministry of Finance Treasury | 8979 | 08-Jul-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| M/397 8 | Mohammed Al-Wakeel | A | C727493 | Executed | $3,330,000 | 10% | € 384311,2 | € 177243,34 | Ministry of Finance Treasury | 8979 | 09-Mar-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/356 8 | Mohammed Al-Wakeel | A | C727085 | Executed | $3,918,750 | 10% | $3,918,715 | $352687,50 | Al-Rafidain/Ammam | 8782 | 24-Dec-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb-2002 |
| M/576 8 | Al-Muhandess | P | | | $111,600 | 10% | D.M 116926,38 | $391,875 | Central Bank | 8782 | 20-Nov-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb-2002 |
| M/447 8 | SAKMO | A | C728981 | Executed | $388,686 | 10% | F.Fr 3039428 | | | | | |
| SP/87 8 | Tractor export | H | | | € 848749,7 | 10% | D.M 160179,97 | | | | | |
| M/533 8 | Hermash | A | | | S.Fr 456097,27 | 10% | S.Frank 456097,53 | | | | | |
| M/554 8 | Group Italia | A | | | € 274,400 | 10% | D.M 53662,49 | | | | | |
| M/573 8 | Al-Anqaa | A | | | € 2,376,000 | 10% | F.Fr 1558543,48 | | | | | |
| M/532 8 | Al-Anqaa | A | C/728473 | Partially Executed | € 2,695,000 | 10% | S.Fr 1767801,9 | | | | | |
| M/592 8 | Hermash | H | | | S.Fr 329124,7 | 10% | S.fr. 32912,47 | | | | | |
| M/382 8 | PMA | A | C728664 | Executed | G. Mark 7007490 | 10% | D.M 700749 | €358177,28 | Al-Wassil and Babil | | 30-May-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| | | | | | | | | €49062,00 | | | 08-May-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| | | | | | | | | €24853,96 | | | 06-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/412 8 | Iber Al-Alam | A | C729672 | Partially Executed | $1,500,000 | 10% | F.Fr 11188760 | €7657,74 | Al-Wassil and Babil | | | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| | | | | | | | | €188437,00 | | | 08-May-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/372 8 | Iber Al-Alam | A | C729674 | Partially Executed | $7,500,000 | 5% | F.Fr 2827962,00 | €94445,04 | | | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/421 8 | Al-Waller Al-Fareed | A | C726918 | Partially Executed | $3,895,000 | 10% | F.Fr. 3044877,3 | €120992,27 | Al-Wassil and Babil | | 06-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/420 8 | Al-Waller Al-Fareed | A | C728153 | Partially Executed | $2,259,960 | 10% | F.fr 1766701 | €464168,65 | Al-Wassil and Babil | | | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/398 8 | POLINA | A | C729060 | Executed | $1,359,288 | | | €265331,55 | Al-Wassil and Babil | | | A letter from Al-Wassil and Babil Co. No. 900 Dated 10th March 2002 |
| M/363 8 | N.T.C. | A | C727815 | Executed | €40458,73 | 10% | F.Fr 25639,27 | $3,489 | Ministry of Finance Treasury | 8979 | 10-Feb-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 / Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/419 8 | SYSTEL | A | C729519 | Executed | €109929,24 | 10% | € 10,953 | $9,750 | Al-Rafedain HQ | 620 | 20-Apr-02 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 |
| PR/1 8 | Al-Urdunia for polypropline industry | A | C727002 | Executed | | | | | | | | |
| PR/2 8 | Al-Zaghal | A | C727055 | Executed | | | | | | | | |
| PR/4 8 | Al-Urdunia for polypropline industry | A | C731199 | Executed | | | | | | | | |
| M/575 8 | Bek Dajman | A | C733034 | | €1093254,7 | 10% | €109325,5 | | | | | |
| M/728 8 | Destico | | | | | | | | | | | |
| M/556 8 | Bek Dajman | A | | | | | | | | | | |
| M/414 8 | Ghaddar | A | U728562 | Executed | $3,895,000 | 10% | F.F. 3044877,3 | €464188,5 | Iraqi Central Bank | | 23-Apr-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/415 8 | Ghaddar | A | C728124 | Partially Executed | $2,190,000 | 10% | F.Fr 17120106 | €260994,25 | Iraqi Central Bank | | 23-Apr-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/364 8 | Saedan | A | C728788 | Executed | $12,250,000 | 5% | $612,500 | $114797.4 / $135,056 / $393271,29 | Ministry of finance Treasury | 8782 | 19-Dec-01 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 |
| M/365 8 | Saedan | A | C730016 | Executed | $10,650,000 | 10% | $559,125 | $380,205 / $89,460 / $89,460 | Ministry of finance Treasury / Ministry of finance Treasury / Ministry of finance Treasury | 8782 / 8782 / 8782 | 3494 in 10-Feb. 2002 / 29-May-02 / 29-Apr-02 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 / Company's Share was paid according to the iraqi central bank letter No.1963 in 2-Dec-2002 / Company's share was not paid |
| M/374 8 | BME | A | C726017 | Executed | S.Fr 1859047,6 | 5% | S.Fr 92957 | S.Fr 92957 | Al-Wassil and Babil | | Al-Wassil & Babil Co. letter No. 961 in 13th March 2002 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 |
| M/380 8 | Ghaddar | A | C726846 | Executed | $2,600,000 | 5% | F.Fr 981658 = €149652,8 | $133,069 | Ministry of finance Treasury | 620 | 09-May-02 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 |
| M/424 8 | PMA | A | C726394 | Executed | G.Mr 3321136,3 | 10% | G.Mr 332113,63 | € 68019,3 / € 101,569 | Al-Wassil and Babil | 30-May-02 | Al-Wassil & Babil Co. letter No. 961 in 13th March 2002 / Al-Wassil & Babil Co. letter No. 2460 in 9th July 2002 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 and 1761 in 3-Nov-2002 / Company's Share was paid according to the iraqi central bank letter No.1761 in 3-Nov-2002 |
| M/578 8 | Kalikanee | A | C730768 | Executed | € 1,541,627 | 10% | D.M 310421,2882 | € 154114,26 / € 50,44 | Ministry of finance Treasury / Iraqi Central Bank | 8979 / 620 | 10234 in 29-April-2002 / 06-Jul-02 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 / Company's Share was paid according to the iraqi central bank letter No. 1488 in 17-Sept-2002 |
| M/395 8 | METS | A | C726298 | Executed | $1,295,000 | 5% | F.F 498663 | $66,898 | Ministry of finance Treasury | 620 | Al-Rafidain /Beirut letter No. 1156 in 21-Nov-2001 | Company's Share was paid according to the iraqi central bank letter No.1071 in 11-July-2002 |

IIC-GOI-374317

IIC-GOI-374318

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/361  8 | PANEL | A | C725941 | Executed | $558,000 | 5% | €31889,27 | €31889,27 | Ministry of finance Treasury | 8979 | 171 in 2-Jan-2002 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 and 1071 in 11-July-2002 |
| M/386  8 | Al-Arabia for pumps | A | C726231 | Executed | $3,135,000 | 10% | F.Fr 1175000 | € 177535,88 | Ministry of finance Treasury | 8979 | 8813 in 9th Dec 2001 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/396  8 | Standart | A | C727060 | Executed | $2,970,000 | 10% | D.M 692977,2655 | € 354314,02 | Ministry of Finance Treasury | | 29424 in 19th Dec 2001 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/403  8 | Al-Arabia for pumps | A | C725725 | Executed | $2,160,000 | 10% | F.Fr 1688558,4 | € 257418,62 | Ministry of Finance Treasury | 8979 | 20806 in 10 Sep 2001 | Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002 |
| M/404  8 | Al-Arabia for pumps | A | C725722 | Executed | $3,895,000 | 10% | F.Fr. 3044877 | € 464187,75 | Ministry of Finance Treasury | 8979 | 21274 in 16 Sep 2001 | Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002 |
| M/731  8 | Standart | A | BNP was not informed , money was paid befor opening L/C | | $910,000 | 10% | € 98060,36 | € 21,000<br>€ 499,977<br>€ 499,977<br>€ 497,450<br>€ 497,500<br>€ 198,950<br>€ 199,992<br>€ 399,963<br>€ 199,978<br>€ 297,562 | Ministry of Finance Treasury | 8979 | 6674 in 18 March 2002<br>03-Feb-02<br>19-Feb-02<br>27-Feb-02<br>18-Mar-02<br>24-Mar-02<br>24-Mar-02<br>01-Apr-02<br>01-Apr-02<br>01-Apr-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| M/432  8 | Al-Khareef | A | C726891 | Partially Executed | € 32,913,480 | 10% | € 3,291,348 | [illegible]<br>F.Fr 2136668<br>F.Fr 1658224<br>F.Fr 1520190<br>F.Fr 1200 | ministry of Finance Treasury | 8837 | 23538 in 9 Oct 2001 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002<br>Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002<br>Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002<br>Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002<br>Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/436  8 | AGCO | A | C725753 | Executed | € 81103181,8 | 10% | F.Fr 5315082 | € 70130,49<br>€ 79130,49 | Ministry of Finance Treasury | 620 | 15-Aug-01<br>19974 in 30 Aug 2001 | Company's Share was paid according to the iraqi central bank letter No. 1296 and 856 in 11-June-2002 |
| M/388  8 | Hassanain | A | C726356 | Executed | € 3165714,29 | 5% | F.Fr 1038125 | [illegible] | Ministry of Finance Treasury | 8979 | 35333 in 30 Oct 2001 | Company's Share was paid according to the iraqi central bank letter No.1015 in 12-Dec-2002 |
| M/422  8 | Gearloscar | A | C727753 | Executed | $1489772,72 | | £ 112745,09 | | Company's Share was paid From the Extra transport charge according to the State Co. for Water Transport letter No.1244 in 29 Jan-2002<br>Company's Share was paid from the after sales serveces amounts according to the iraqi central bank letter No. 1071 in 11-July-2002 | | | |
| | | | | | | | | €19339,23<br>€ 38,678<br>€ 48,347<br>€ 48,347<br>€ 48,347<br>€ 58,017<br>€ 58,017<br>€ 29,008<br>€ 48,347<br>€ 87,025 | | | | |
| M/425  8 | IRRIFRANCE | A | C730483 | Executed | $4,200,000 | 10% | F.Fr 3272420 | € 48347223 | Iraqi Central Bank | | 704 in 23rd April 2002 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-June-2002 |
| **Phase Nine** | | | | | | | | | | | | |
| M/544  9 | FACCO | A | | | €4764483,16 | 10% | D.M 931831,98 | | | | | |
| M/551  9 | Serft | H | | | S.Fr. 3691953 | 10% | S.Fr. 3691953 | | | | | |
| M/552  9 | Serft | H | | | S.Fr. 1000684 | 10% | S.fr. 100068,4 | | | | | |
| M/561  9 | Al-Saudia for cooling rooms | A | | | € 5,800,000 | 10% | D.M 1134399,3 | | | | | |
| M/562  9 | Al-Saudia for cooling rooms | H | | | € 715,000 | 10% | D.M 127130,96 | | | | | |
| M/563  9 | Steel manufactureing Co. | A | | | € 8,994,700 | 10% | S.Fr. 1243087,9 | | | | | |
| M/564  9 | Steel manufactureing Co. | H | | | € 3,150,000 | 10% | S.fr 478871 | | | | | |

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/570  9 | | H | | Partially Executed | S.Fr 5161258,48 | 10% | S.fr 516125,88 | | Not included in inflation | | | |
| M/283  9 | Al-Khareef | A | L/730815 | Executed | $756,000 | 10% | D.M 166027 | | | | | Paid but conformation letter was not received |
| M/580  9 | Al-Muhandess | A | L/733588 | Executed | $125,000 | 10% | €169779,3 | | | | | |
| M/583  9 | Helwan | A | | | | | | | | | 12-Oct-02 | Company's Share was paid according to the Iraqi central |
| | | | L/735632 | | | | | | | | 18-Sep-02 | Company's Share was paid according to Al-Wassil & Babil letter No. 3283 in 21-Sept. 2002 |
| | | | | | | | | | | | 12-Oct-02 | Company's Share was paid according to Al-Wassil & Babil letter No.4211 in 15-Dec. 2002 |
| | | | | | | | | | | | 24-Dec-02 | Company's Share was paid according to Al-Wassil & Babil letter No.4261 in 24-Dec. 2002 |
| M/588  9 | SEMITALIA | A | =265855,26 | Executed | $4,260,000 | 10% | F.FR 3114912 | | Al-Wassil & Babil | | 14-Jan-03 | Company's Share was paid according to Al-Wassil & Babil letter No.138 in 18-Jan. 2003 |
| M/445  9 | AVIAEX | H | | | €12226536,36 | 10% | €122653,64 | | Al-Rafidain Bank (HQ) | | 16-Feb-03 | Company's Share was paid according to Al-Rafidain letter No. 90689 in 16-Feb. 2003 |
| M/444  9 | AVIAEX | H | | | €2180505,5 | 10% | €218050,5 | | | | | |
| M/595  9 | Helwan | A | L/731196 | Executed | $59,000 | 10% | €65667,9 | € 65,667 | Ministry of Finance Treasury | 8979 | 10-Sep-02 | Company's Share was paid according to the Iraqi central |
| | | | | | | | | Cent 85 | Iraqi Central Bank | 90689 | | Not plaid |
| M/653  9 | Helwan | A | L/731155 | Partially Executed | $10,750,000 | 10% | F.Fr. 8037775 | | | | | |
| M/656  9 | Al-Waller Al-Fareed | A | L/730516 | Partially Executed | $534605,5 | 10% | €534605,5 | | | | | |
| M/657  9 | Helwan | A | L/730436 | Partially Executed | $715,000 | 10% | F.FR 534605 | € 81,463 | Ministry of Finance Treasury | 8979 | 10-Sep-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3- Nov -2002 |
| | | | | | | | | € 28,825 | Ministry of Finance Treasury | 8979 | 13-Oct-02 | |
| | | | | | | | | € 48,400 | Ministry of Finance Treasury | 8979 | 27-Oct-02 | |
| | | | | | | | | € 58,000 | Ministry of Finance Treasury | 8979 | 07-Nov-02 | Company's Share was paid according to the Iraqi central |
| M/658  9 | Renult | A | L/735259 | Executed | €1746920,08 | 10% | F.Fr 1145911,8 | € 39,470 | Ministry of Finance Treasury | 8979 | 11-Nov-02 | bank letter No. 1963 in 2- Dec -2002 |
| M/666  9 | Helwan | A | | | $5,375,000 | 10% | € 624,057,118 | | | | | |
| M/655  9 | PMA | A | L/730906 | Executed | D.M 6540306.98 | 10% | D.M 654030,7 | | | | | |
| M/711  9 | Al-Arabia Al-Mutahida | A | | | $5,375,000 | 10% | €62943,5 | | | | | |
| M/713  9 | Newfres | H | | | € 4,058,736 | 10% | €40587,3 | | | | | |
| M/716  9 | Neva | H | | | ¥ 200940991,3 | 10% | ¥20094099,14 | | | | | |
| M/729  9 | Steel manufactureing Co. | H | | | | | | | | | | |
| M/714  9 | Newfres | A | | | € 366,114 | 10% | €36611,4 | | | | | |
| M/584  9 | Younis Ikhwan | A | L/730445 | Executed | $750,000 | 10% | F.fr 556837 | € 84,890 | Ministry of finance Treasury | | 28-May-02 | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| M/572  9 | Masir- Al-Hijaz | A | L/732722 | Executed | $371,000 | 10% | F.fr 63434 | | Ministry of finance Treasury | | 04-Apr-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11- Jun -2002 |
| | | | | | | | | $38,445 | | | 09-Dec-01 | |
| | | | | | | | | 404257.29 | | | 09-Dec-01 | |
| | | | | | | | | 364272,97 | | | 11-Feb-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11- Jun -2002 |
| | | | | | | | | 106060 | | | 05-Jun-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11- Jun -2002 |
| M/585  9 | AGCO | A | L/730429 | Executed | € 9222545,45 | 10% | F.fr 6049669 | 34127,55 | Ministry of finance Treasury | 8979 | 29-Sep-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3- Nov -2002 |
| | | | | | | | | 13548 | | | | |
| | | | | | | | | €58292,99 | Ministry of finance Treasury | 8979 | 11-Feb-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11- Jun -2002 |
| | | | | | | | | €233175,34 | Al-Rafidain / Amman | 8961 | 04-Mar-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11- Jun -2002 |
| | | | | | | | | €50833,82 | Ministry of finance Treasury | 8979 | 07-May-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/586  9 | AGCO | A | L/730427 | Executed | € 3496456,2 | 10% | F.Fr 2294295 | € 7,461 | Ministry of finance Treasury | 8979 | 29-Sep-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3-Nov-2002 |

## Phase Ten

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/684  10 | Al-Hajar | A | | | € 3896990,9 | 10% | F.Fr 2556245 | | | | | |
| M/685  10 | BELMET | A | T/733925 | Partially Executed | S.Fr 6549228 | 10% | S.Fr 654922,8 | € 245596,05 | INFO bank | Iraqi Central bank | 21-Jun-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3-Nov-2002 |
| M/683  10 | Tractor export | A | | | € 1,058,750 | 10% | D.M 207002,44 | | | | | |

IIC-GOI-374319

IIC-GOI-374320

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/712 10 | Hydromash | A | | | € 1,027,200 | 10% | € 102,720 | | | | | |
| M/682 10 | Hydromash | A | | | € 1,742,400 | 10% | € 174,240 | | | | | |
| M/715 10 | PMA | A | T/734137 | Partially Executed | € 1,562,500 | 10% | € 156,250 | | | | | |
| M/704 10 | ERTUGRULLAR | A | T/736296 | Executed | € 192,060 | 10% | € 19,206 | | The Co. submeted a check to the Iraqi Embassy in Ankarah which is valied untill March 2003 | | | |
| M/703 10 | PMA | A | | | € 6801278,4 | 10% | D.M 680127.84 | | | | | |
| M/717 10 | SENSORHKA | A | | | € 10,320,500 | 10% | € 1,032,050 | | | | | |
| M/718 10 | OODJER | A | T/736818 | | € 9,955,000 | 10% | € 995,500 | | | | | |
| M/719 10 | HMA | A | | | € 3,380,000 | 10% | € 338,000 | | | | | |
| M/733 10 | Ghaddar | A | T/734492 | Executed | € 450,000 | 10% | € 45,000 | € 45,000 | Iraqi Central Bank | | 14-Oct-02 | Rafidai Beirut Notified ("sponser 896/2002 value demanded to be paid LGSH issued by the Investment Arabic Jordinal Bank) |
| SP/90 10 | NEFTEGUM | A | T/737562 | | € 485,882 | 10% | €48588,2 | | * | | | |
| M/743 10 | AL-Alemeia | A | | | € 9,925,000 | 10% | € 992,500 | | | | | |
| M/808 10 | Prometals | A | | | € 5,955,000 | 10% | € 595,500 | | | | | |
| SP/92 10 | Al-khareef | H | | | € 3,848,327 | 10% | € 384832,7 | | | | | |
| M/744 10 | Narde | A | T/736619 | Partially Executed | € 912,000 | 10% | € 91,200 | | Ministry of finance Treasury | | 30-Mar-03 | Not paid |
| SP/91 10 | Newholland | A | | | € 133185.06 | 10% | € 13318,50 | | | | | |
| M/814 10 | Al-Arabia for pumps | A | | | € 4,037,500 | 10% | € 403,750 | | | | | |
| M/398 10 | Rolland | A | T/736693 | Executed | € 3,675,000 | 10% | F.Fr 1434348 –> | 218664,94 | Iraqi Central Bank | | 14-Mar-03 | |
| M/369 10 | RKD | A | | | € 5209453,5 | 10% | € 520945,35 | | | | | |
| M/387 10 | MODERNA | A | | | $2,050,000 | 10% | F.Fr 773977 | | | | | |
| M/401 10 | Muhammed Al-Wakeel | A | T/732187 | Partially Executed | $4,200,000 | 10% | € 500535.22 | € 332848,9 | | 8979 | 12-Jun-02 | |
| | | | | | | | | € 157661.5 | | 8979 | 25-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| | | | | | | | | € 10,003 | Ministry of Finance Treasury | 8979 | 12-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3- Nov -2002 |
| | | | | | | | | € 23 | Al-Rafidain HQ | 620 | 18-Jan-03 | Not paid |
| | | | | | | | | € 41.00 | | | | Paid acording to letter No. 490 in 10 March 2002 |
| M/413 10 | Muhammed Al-Wakeel | A | T/732182 | Executed | $2,375,000 | 10% | € 283024.76 | € 118870,74 | Ministry of Finance Treasury | 8979 | 12-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| | | | | | | | | € 164157,58 | Ministry of Finance Treasury | 8979 | 25-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3- Nov -2002 |
| | | | | | | | | | Al-Rafidain HQ | 620 | 18-Jan-03 | Not piad |
| | | | | | | | | $15 | A letter from Al-Wassil and Babil Co. No. 3921 Dated 23rd Nov 2002 | | | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/429 10 | Al-wassil and Babil | A | T/732184 | | $6,300,000 | 10% | F.Fr 4757130.56 | € 723695,39 | | | | |
| | | | | | | | | € 1524,50 | A letter from Al-Wassil and Babil Co. No. 207 Dated 23rd JAn 2003 | | | Company's Share was paid according to the iraqi central bank letter No.215 in 2-Fab-2002 |
| M/430 10 | Ukal | A | T/733284 | Partially Executed | $6,300,000 | 10% | F.Fr 4872104,9 | | | | | |
| M/541 10 | KLIMA | A | T/734156 | Executed | $ 1649993,67 | 10% | D.M 349437 | | | | | |
| M/547 10 | Sovmet | A | T/732119 | Executed | € 1,867,684 | 10% | D.M 365282,61 | € 186766.03 | Arabic Bank | Ministry of Finance Treasury | 28-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| M/571 10 | Helwan | A | T/731948 | Partially Executed | $2,990,385 | 10% | F.Fr 2127698 | € 89,033 | Al-Wared Bank | | 26-Sep-02 | Hellwan Co. for engiens letter No. 20029 in 29 Jan 2003 Paid acording to letter No. 490 in 10 March 2002 |
| | | | | | | | | € 235,302 | Al-Wared Bank | | 04-Dec-02 | Al-Handessia Co. letter in 11 Nov 2002. Paid acording to letter No. 490 in 10 March 2002 |
| M/ 596 10 | Al- Handessia | A | T/734113 | Executed | $ 853864,33 | 10% | D.M 1670855,91 | € 85,500 | Amman Bank | 8964 | | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| M/663 10 | CASPARDO | A | T/731979 | Executed | € 1,058,750 | 10% | D.M 207002,44 | € 105839,98 | Al-Rafidain / Amman | 620 | 06-Jul-02 | |
| M/811 10 | PMA | A | | | € 4256277,63 | 10% | € 425627,76 | € 35,02 | Iraqi Central Bank | | | |
| M/806 10 | Rama | P | | | € 828,000 | 10% | € 73153,8 | | | | | |
| M/601 10 | Al-Muhandess | A | T/737553 | Partially Executed | € 1,080,000 | 10% | € 108,000 | | | | | |
| M/810 10 | METS | H | | | € 1,080,000 | 10% | € 108,000 | | | | | |
| M/747 10 | Ghaddar | A | T/734289 | Executed | € 1,080,000 | 10% | € 108,000 | € 108,000 | Ministry of Finance Treasury | | 28-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2- Dec -2002 |
| M/807 10 | Younis Ikhwan | A | | | € 1,080,000 | 10% | € 108,000 | | | | | |
| M/820 10 | AL-Alemeia | H | | | € 828,000 | 10% | € 82,800 | | | | | |
| M/821 10 | Al-Arabia Al-Mutahida | A | | | € 828,000 | 10% | € 82,800 | | | | | |
| M/816 10 | Demico | A | | | € 4,708,500 | 10% | € 470,850 | | | | | |
| M/825 10 | BME | A | T/736844 | Executed | € 3546897,27 | 10% | € 354689,8 | | | | | |
| M/826 10 | Valtra | A | | | € 3514243,63 | 10% | € 351424,4 | | | | | |
| M/827 10 | Saqar | H | | | € 828,000 | 10% | € 82,800 | | | | | |

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/815_10 | Al-Arabia Al-Mutahida | A | | | € 5,955,000 | 10% | € 595,500 | | | | | |
| M/824_10 | Al-Maaden Al-lubnaniya | A | | | € 5,955,000 | 10% | € 595,500 | | | | | |
| M/591_10 | Tractor export | A | T731927 | Executed | € 1961295,8 | 10% | € 196,130 | € 196,130 | Jordan bank | | 05-Feb-02 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| | | | | | | | | € 375,000 | Ministry of Finance Treasury | 8979 | 6674 in 18 March 2002 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11- Jun -2002 |
| M/734_10 | Standart | A | T734286 | Executed | € 3,750,000 | 10% | € 375,000 | $18892 = € 20000 | Iraqi Central Bank | 620 | 22-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3- Nov -2002 |

**Phase Eleven**

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP/94_11 | AGCO | A | | | € 844772,73 | 10% | € 84477,65 | | | | | |
| SP/95_11 | AGCO | A | | | $ 456890,62 | 10% | € 50788,19 | | | | | |
| SP/96_11 | AGCO | A | | | € 3257752,73 | 10% | € 325775,27 | | | | | |
| SP/97_11 | AGCO | A | | | € 1478125,45 | 10% | € 147812,66 | | | | | |
| SP/98_11 | AGCO | H | | | $1059429,41 | 10% | € 117766,7 | | | | | |
| SP/99_11 | Asco | A | | | € 243891,42 | 10% | € 24389,14 | | | | | |
| SP/101_11 | VALEO | A | | | € 180,150 | 10% | € 18,015 | | | | | |
| SP/102_11 | CMIC | A | | | € 346509,45 | 10% | € 34,650.96 | | | | | |
| SP/103_11 | GOLDEEG | A | | | € 1190045,91 | 10% | € 119004,59 | | | | | |
| SP/104_11 | PCP | A | | | € 274984,88 | 10% | € 27498,49 | | | | | |
| SP/106_11 | NEFTEGUM | P | | | € 2,117,173 | 10% | € 211717,3 | | | | | |
| M/705_11 | Al-Arabia for pumps | A | V/734052 | Partially Executed | $1,575,000 | 10% | € 172,188 | € 172,188 | Al-Rafidain HQ | | 24-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb -2002 |
| M/741_11 | IRRIFRANCE | A | V734273 | Partially Executed | $6,375,000 | 10% | € 759742,47 | | | | | Amount was paid, Al-Rafidain Bank letter reached in 14-March 2003 |
| M/362_11 | Dominion | A | V/736362 | Partially Executed | $21,300,000 | 5% | € 1,217,282 | € 354,549 | Ministry of Finance Treasury | 8979 | 19-12-2002 | Company's Share was partially paid according to the iraqi central bank letter No. 215 in 2-Feb -2002 |
| M/809_11 | Renult | P | | | $ 2964643,74 | 10% | $ 296464,37 | | | | | |
| M/829_11 | ENERGOPR | A | V/734612 | Executed | € 2,225,000 | 10% | € 222,500 | € 222,500 | Iraqi Central Bank | 90689 | 24-Nov-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/830_11 | AGCO | A | V/733894 | Executed | $2,750,000 | 10% | € 309649,83 | € 309,650 | Ministry of finance Treasury | 8979 | 03-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3- Nov -2002 |
| M/832_11 | Al-Arabia Al-Mutahida | A | | | € 480,000 | 10% | € 48,000 | | | | | |
| M/833_11 | PMA | A | V/733982 | Partially Executed | € 2814998,42 | 10% | € 281499,84 | | | | | |
| M/837_11 | CAPELLO | A | V/737604 | | € 226,000 | 10% | € 22,600 | | | | | |
| M/838_11 | ESCO | A | V/735205 | Executed | € 3152798,23 | 10% | € 315279,82 | | | | | |
| M/839_11 | PMA | A | V/734126 | Partially Executed | € 2814998,42 | 10% | € 281499,84 | | | | | |
| M/840_11 | Tractor export | A | | | € 2496338,18 | 10% | € 249633,82 | | | | | |
| M/681_11 | AGCO | A | V/734145 | Executed | € 9589512,73 | 10% | € 958951,27 | € 799,000 | Ministry of finance Treasury | 8979 | 25-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb -2002 |
| | | | | | | | | € 159,991 | | | 10-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2- Dec -2002 |
| M/852_11 | AGCO | A | V/734599 | Executed | € 3096498,18 | 10% | € 309649,82 | € 309,650 | Ministry of finance Treasury | 8979 | 01-Dec-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb -2002 |
| M/805_11 | AGCO | A | V/734199 | Executed | € 5320336,36 | 10% | € 532033,64 | € 248,283 | Ministry of finance Treasury | 8979 | 10-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2- Dec -2002 |
| | | | | | | | | € 283,752 | | | 03-Nov-02 | |
| M/804_11 | AGCO | A | V/734197 | EXECUTED | € 2,916,340 | 10% | € 291,633 | € 145,817 | Ministry of finance Treasury | Ministry of finance Treasury | 29-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3- Nov -2002 |
| | | | | | | | | € 145,817 | | | 03-Nov-02 | Al-Rafidain /Amman letter |
| M/802_11 | Hassanain | A | V734718 | Executed | € 828,000 | 10% | € 82,800 | € 82,800 | Iraqi Central Bank | | 22-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| M/732_11 | Al-Arabia for pumps | A | V/734693 | Partially Executed | $1,770,000 | 10% | $177,000 | $177,000 | Al-Rafidain HQ | | 24-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| M/688_11 | Hydromash | A | | | € 1,485,000 | 10% | € 148,500 | | | | | |
| M/817_11 | ESCO | A | V/734878 | Executed | € 2702398,27 | 10% | € 270239,83 | € 270,240 | Ministry of finance Treasury | 8979 | 11-Dec-02 | Company's Share was paid according to the iraqi central bank letter No. 215 in 2-Feb -2002 |
| M/748_11 | Renom LTD | A | | | $585,200 | 10% | € 6,464,156 | | | | | |
| M/818_11 | ESCO | A | V/735016 | Executed | € 3546897,73 | 10% | € 354689,77 | | | | 08-Apr-03 | sponser amount 27/795/2002 isssued by the Kuwaiti/Jordanian bank was demanded to be paid |

IIC-GOI-374321

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/857 11 | Halwan | A | V/735604 | Executed | € 2,520,000 | 10% | € 252,000 | | | | | |
| M/858 11 | Al-Wailie rFred | A | V/736035 | Executed | € 2,520,000 | 10% | € 252,000 | | | | | |
| M/860 11 | Al-Arabia for pumps | A | V/735827 | Partially Executed | € 4,575,000 | 10% | € 457,500 | € 457,500 | Al-Rafidain HQ | 90689 | 01-Mar-03 | Amount was paid according to our request in 23-Jan-2002 |
| M/863 11 | Gearloscar | A | V/734415 | | € 1,687,500 | 10% | € 168,750 | | | | | |
| M/864 11 | Al-Arabia for pumps | A | V/735815 | Executed | € 3,075,000 | 10% | € 307,500 | € 307,500 | Al-Rafidain HQ | 90689 | 01-Mar-03 | Amount was paid according to our request in 23-Jan-2002 |
| M/859 11 | Gearloscar | A | V/734940 | Partially Executed | € 1,537,500 | 10% | € 153,750 | | Services amount was paid to the state Co. for Water Transport according to Machinery Dept. letter No. 21069 in 10 Dec 2002 | | | Umm Qasser |
| M/861 11 | Standart | A | | | € 4,218,750 | 10% | € 421,875 | | | | | |
| M/866 11 | AGCO | A | V/734630 | Partially Executed | € 7927454.5 | 10% | € 792745.35 | € 195015.37 / € 260,020 / € 156,963 / € 180751.73 | Ministry of finance Treasury | 8979 | 29-Sep-02 / 17-Oct-02 / 03-Nov-02 / 13-Nov-02 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3- Nov -2002 / Company's Share was paid according to the Iraqi central bank letter No. 1963 in 2- Dec -2002 |
| M/870 11 | Al-Khareef | P | | | € 7,200,000 | 10% | € 720,000 | | | | | |
| M/812 11 | Rama | A | | | € 96897.6 | 10% | € 9689.76 | | | | | |
| M/874 11 | Jiad | A | | | € 3,112,400 | 10% | € 311,240 | | | | | |
| M/876 11 | Ghaddar | A | | | € 135,000 | 10% | € 13,500 | | | | | |
| M/868 11 | Belhassa | A | | | ¥ 360600000 | 10% | ¥ 36060000 | | | | | |
| M/841 11 | Al-Takamul Al-Bainee | A | | | € 4,003,200 | 10% | € 400,320 | | | | | |
| M/594 11 | Newholland | A | V/734914 | Executed | $3,156,000 | 10% | S.Fr 2289299.28 | € 349,000 | Ministry of Finance Treasury | 8979 | 22-Jan-03 | Company's Share was paid according to the Iraqi Central Bank letter No. 490 in 10-March -2003 |
| M/881 11 | CASPARDO | A | | | € 209,000 | 10% | € 20,900 | | | | | |
| M/891 11 | Ghaddar | A | | | € 3,075,000 | 10% | € 307,500 | | | | | |
| M/878 11 | Tractor export | A | | | € 4,566,000 | 10% | € 456,600 | | | | | |
| M/876 11 | Ojerah | H | | | € 5,913,000 | 10% | € 591,300 | | | | | |
| M/883 11 | AL-Wassail Al-Ziraaia | P | | | € 8,640,000 | 10% | € 864,000 | | | | | |
| M/877 11 | SENSORHKA | A | | | € 5,775,000 | 10% | € 577,500 | | | | | |
| M/890 11 | Al-Wailer Fred | A | | | € 1,950,000 | 10% | € 195,000 | | | | | |
| M/887 11 | Helwan | A | | | € 5,850,000 | 10% | € 585,000 | | | | | |
| M/892 11 | Venapro | A | | | € 742,250 | 10% | € 74,225 | | | | | |
| M/886 11 | Al-Arabia Al-Mutahida | A | | | € 3,830,000 | 10% | € 383,000 | | | | | |
| SP/105 11 | Beirut | H | | | € 284,124 | 10% | €28412.4 | | | | | |
| SP/107 11 | BICCHI | | | | € 65,000 | 10% | € 6,500 | | | | | |
| SP/108 11 | Dabanah | A | | | € 18,500 | 10% | € 1,850 | | | | | |
| SP/111 11 | Haran mash | A | | | € 39,585 | 10% | € 3958.5 | | | | | |
| M/686 11 | AL-Tai | A | | | $3,792,000 | 10% | € 436,012 | | | | | |
| M/687 11 | Al-Tai | A | | | $540,000 | 10% | € 62,090 | | | | | |
| M/882 11 | Haran mash | A | | | € 708,250 | 10% | € 70,825 | | | | | |
| M/897 11 | Betcouse | A | | | € 1,281,250 | 10% | € 128,125 | | | | | |
| M/879 11 | BICCHI | | | | € 650,000 | 10% | € 65,000 | | | | | |
| M/899 11 | Green Flag | A | | | € 2,070,000 | 10% | € 207,000 | | | | | |
| M/884 11 | Power | A | | | € 6,956,700 | 10% | € 695,670 | | | | | |
| M/900 11 | Iber Al-Alam | A | | | € 4,140,000 | 10% | € 414,000 | | | | | |
| M/910 11 | Dabanah | A | | | € 185,000 | 10% | € 18,500 | | | | | |
| M/917 11 | Systel | A | | | € 98,000 | 10% | € 98,000 | | | | | |
| M/909 11 | Venapro | A | | | € 1,280,000 | 10% | € 128,000 | | | | | |
| SP/110 11 | Venapro | A | | | € 256,000 | 10% | € 25,600 | | | | | |
| M/925 11 | Al-Arabia Al-Mutahida | A | | | € 565,000 | 10% | € 56,500 | | | | | |
| M/929 11 | Halwan | A | | | € 565,000 | 10% | € 56,500 | | | | | |
| M/930 11 | Al-Wailer Fred | A | | | € 565,000 | 10% | € 56,500 | | | | | |
| M/935 11 | Ghaddar | A | | | € 990,000 | 10% | € 99,000 | | | | | |
| M/896 11 | Mohammed Al-Wakeel | A | | | € 650,000 | 10% | € 65,000 | | | | | |
| M/905 11 | Helwan | A | | | € 990,000 | 10% | € 99,000 | | | | | |
| M/906 11 | Helwan | A | | | € 650,000 | 10% | € 65,000 | | | | | |
| M/907 11 | AL-Alemeia | P | | | € 990,000 | 10% | € 99,000 | | | | | |
| M/885 11 | AL-Muaasasa Al-Watenia | A | | | € 6,150,000 | 10% | € 615,000 | | | | | |
| M/898 11 | Tad | A | | | € 2,400,000 | 10% | € 2,400,000 | | | | | |
| M/901 11 | Atta | A | | | € 6,525,000 | 10% | € 652,500 | | | | | |

IIC-GOI-374322

IIC-GOI-374323

| Contract No. | Company | Contract Status | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M/911_11 | Al-Muhandess Al-Dualiya | A | | | € 650,000 | 10% | € 65,000 | | | | | |
| M/915_11 | Promelals | A | | | € 5,775,000 | 10% | € 577,500 | | | | | |
| M/926_11 | Al-muaassasa Al-Urdoniya | A | | | € 540,000 | 10% | € 54,000 | | | | | |
| M/920_11 | Hassanain | A | | | € 1,070,000 | 10% | € 107,000 | | | | | |
| M/921_11 | Al-Khareef | P | | | € 585,400 | 10% | € 58,540 | | | | | |
| M/922_11 | Al-Arabia for pumps | A | | | € 540,000 | 10% | € 540,000 | | | | | |
| M/932_11 | Mimaq | P | | | € 4,937,500 | 10% | € 493,750 | | | | | |
| SP/130_11 | Al-Arabia for pumps | A | | | € 5,299,651 | 10% | € 529965,1 | | | | | |
| M/940_11 | I.M.A | P | | | € 99,000 | 10% | € 99,000 | | | | | |
| M/895_11 | Hassanain | A | | | € 650,000 | 10% | € 65,000 | | | | | |
| M/936_11 | Al-Muasasa Al-Fattimia | | | | € 2,070,000 | 10% | € 207,000 | | | | | |
| SP/125_11 | Al-Muasasa Al-Fattimia | | | | € 207,000 | 10% | € 20,700 | | | | | |
| SP/128_11 | AL-Tijarah And Al-Inmaa | | | | € 199,000 | 10% | € 19,900 | | | | | |
| M/939_11 | AL-Tijarah And Al-Inmaa | | | | € 199,000 | 10% | € 19,900 | | | | | |
| M/927_11 | Standart | A | | | € 380,000 | 10% | € 38,000 | | | | | |
| M/931_11 | MOTOSAN | A | | | € 335,800 | 10% | € 33,580 | | | | | |
| M/924_11 | Standart | A | | | € 335,000 | 10% | € 33,500 | | | | | |
| M/922_11 | AL-Alamia | | | | € 585,400 | 10% | € 58,540 | | | | | |
| M/942_11 | CASPARDO | A | | | € 666,974 | 10% | €666697,4 | | | | | |
| M/953_11 | Narde | A | | | | | | | | | | |
| M/919_11 | Kranfos | | | | | | | | | | | |
| M/952_11 | BME | A | | | | | | | | | | |
| M/904_11 | Jezeera | | | | | | | | | | | |
| M/933_11 | Younis Ikhwan | A | | | | | | | | | | |
| SP/115_11 | Hassanain | A | | | | | | | | | | |
| SP/112_11 | Helwan | P | | | | | | | | | | |
| SP/119_11 | Helwan | P | | | | | | | | | | |
| SP/120_11 | Ghaddar | | | | | | | | | | | |
| M/923_11 | Ghaddar | A | | | | | | | | | | |
| M/888_11 | AL-Alamia | P | | | | | | | | | | |
| 889_11 | Al-Maaden | A | | | | | | | | | | |
| M/954_11 | AL-Alemeia | P | | | | | | | | | | |
| M/962_11 | KONGSKILDE | P | | | | | | | | | | |
| M/963_11 | TREJON | P | | | | | | | | | | |
| SP/116_11 | AL-Muhandess | P | | | | | | | | | | |
| SP/118_11 | AL-Alemeia | P | | | | | | | | | | |
| M/944_11 | Al-Muasasa Al-Urdonia | P | | | | | | | | | | |
| SP/125_11 | Reyana | A | | | | | | | | | | |
| SP/124_11 | Routens | | | | | | | | | | | |
| M/978_11 | Airteculer | P | | | | | | | | | | |
| M/979_11 | AL-Wassel and Babil | | | | € 797,565 | 10% | 79756,5 | | | | | |
| SP/113_11 | Muhammed Al-Wakeel | P | | | | | | | | | | |
| M/977_11 | AL-Majmuaa Al-Sinaaiya | | | | | | | | | | | |
| M/945_11 | AL_Alemia | P | | | € 2,911,900 | 10% | € 291,190 | | | | | |
| M/956_11 | AL_Alemia | P | | | € 9,350,000 | 10% | € 935,000 | | | | | |
| M/976_11 | AL-Wassel and Babil | | | | | | | | | | | |
| SP/114_11 | Saqqal | | | | € 130,000 | 10% | € 13,000 | | | | | |
| **Phase Twelve** | | | | | | | | | | | | |