Exhibit 4

IIC-GOI-189560

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/1/2024 | 1137 | 2/2/2006 | 3235 | € | 1,597.00 | 15,969.19 | € | 17,566.11 | 8 | | | Biomerieux | 34/2001/184 | 1001543 | 1 |
| | 10/1/1930 | 1155 | 2/2/2010 | 3450 | € | 46,042.00 | 460,399.70 | € | 506,440.70 | 11 | | | Pharmaceutici | 40/2001/730 | 1001424 | 2 |
| | 11/1/2019 | 1196 | 2/2/2010 | 3476 | € | 41,942.00 | 419,409.22 | € | 461,351.22 | 18 | | | Muna AL-Zadi | 40/2001/944 | 1001683 | 3 |
| | 11/1/2009 | 836 | 2/2/2019 | 4345 | € | 262,533.00 | 2,625,323.40 | € | 2,887,856.40 | 8 | | | Laboratories | 99/2001/50/f | 1001006 | 4 |
| | 11/1/2017 | 1218/A | 3/2/2005 | 5319 | € | 28,000.00 | 280,000.00 | € | 308,000.00 | 8 | | | Muna AL-Zadi | 40/2001/959 | 1001682 | 5 |
| | 9/1/2024 | 985 | 3/2/2003 | 4997 | € | 6,495.00 | 64,950.00 | € | 71,445.00 | 4 | | | Unimedicine | 40/2001/869 | 1000969 | 6 |
| | 4/1/2017 | 907 | 3/2/2003 | 5000 | € | 190,337.00 | 1,903,366.15 | € | 2,093,703.15 | 8 | | | Unimedicine | 40/2001/695 | 1000868 | 7 |
| | 10/1/2004 | 1071 | 3/2/2003 | 4994 | € | 84,116.00 | 841,154.32 | € | 925,270.32 | 14 | | | Unimedicine | 40/2001/850 | 1000817 | 8 |
| | 11/1/2009 | 846 | 3/2/2002 | 385 | € | 3,813.00 | 38,124.50 | € | 41,937.50 | 4 | | | Cilag | 40/2001/724 | 1001190 | 9 |
| | 9/1/2029 | 1027 | 3/2/2003 | 4994 | € | 97,666.00 | 976,641.15 | € | 1,074,307.14 | 11 | | | Unimedicine | 40/2001/704 | 1000961 | 10 |
| | 9/1/2025 | 997 | 3/2/2004 | 5103 | € | 10,800.00 | 108,000.00 | € | 118,800.00 | 10 | | | Bilim | 40/2001/851 | 1000725 | 11 |
| | 9/1/2017 | 908 | 3/2/2003 | 4999 | € | 689,040.00 | 6,890,400.00 | € | 7,579,440.00 | 18 | | | Unimedicine | 40/2001/717 | 1000967 | 12 |
| | 9/1/2018 | 911 | 3/2/2003 | 4995 | € | 39,632.00 | 396,320.00 | € | 435,952.00 | 17 | | | Unimedicine | 40/2001/779 | 1000965 | 13 |
| | 9/1/2029 | 1028 | 3/2/2003 | 4990 | € | 80,533.00 | 805,319.99 | € | 885,852.99 | 14 | | | Unimedicine | 40/2001/758 | 1000962 | 14 |
| | 11/1/2028 | 1221 | 2/2/2019 | 4356 | € | 24,080.00 | 240,800.00 | € | 264,880.00 | | | | Domina | 40/2001/950 | 1001400 | 15 |
| | 11/1/2001 | 1169 | 3/2/2003 | 5084 | € | 1,450.00 | 14,489.60 | € | 15,939.60 | 4 | | | Unimed | 40/2001/935 | 1001607 | 16 |
| | 9/1/2025 | 997 | 3/2/2004 | 5103 | € | 10,800.00 | 108,000.00 | € | 118,800.00 | 10 | | | Bilim | 40/2001/851 | 1000725 | 17 |

Ph:

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/1/2016 | 896 | 10/1/2022 | 24612 | € | 33,223.00 | 332,230.00 | € | 365,453.00 | 8 | 12/1/2005 | T 732210 | Medochemie | 40/2001/686 | 1000534 | 1 |
| | 9/1/2015 | 862 | 11/1/2004 | 25703 | € | 2,588.03 | 12,935.20 | € | 15,523.20 | 10 | 12/1/2011 | T 732461 | Ram | 40/2001/711 | 1000566 | 2 |
| | 9/1/2023 | 963 | 11/1/2008 | 26255 | € | 9,244.00 | 61,625.00 | € | 70,868.75 | 14 | 1/2/2011 | T 732413 | Pharmasyr | 40/2001/746 | 1000568 | 3 |
| | 9/1/2025 | 1001 | 11/1/2006 | 25957 | € | 7,545.00 | 75,400.00 | € | 82,940.00 | 13 | | | Tabuk | 40/2001/767 | | 4 |
| | 9/1/2027 | 1016 | 11/1/2011 | 26474 | € | 14,711.00 | 147,107.80 | € | 161,818.80 | 14 | 12/1/2007 | T 732411 | Alfa | 40/2001/814 | 1000641 | 5 |
| | 10/1/2010 | 1101 | 11/1/2013 | 26746 | € | 4,204.00 | 42,034.72 | € | 46,238.72 | 4 | 1/2/2007 | T 732634 | Alfaintes | 40/2001/906 | 1000733 | 6 |
| | 9/1/2020 | 938 | 11/1/2015 | 26839 | € | 17,662.00 | 88,306.00 | € | 105,968.14 | 13 | 12/1/1931 | T 732732 | Ram | 40/2001/791 | 1000658 | 7 |
| | 9/1/2015 | 880 | 11/1/2019 | 27140 | € | 547.00 | 5,462.00 | € | 6,009.34 | 4 | 1/2/2017 | T 732941 | Hikma | 40/2001/496 | 1000652 | 8 |
| | 9/1/2015 | 877 | 11/1/2019 | 27140 | € | 5,678.00 | 56,760.00 | € | 62,458.00 | 10 | 12/1/2027 | T 732683 | Hikma | 40/2001/726 | 1000654 | 9 |
| | 9/1/2015 | 879 | 11/1/2019 | 27140 | € | 8,907.00 | 8,970.00 | € | 98,662.02 | 13 | | | Hikma | 40/2001/702 | 1000653 | 10 |
| | 9/1/2017 | 609 | 11/1/2020 | 27228 | € | 21,585.00 | 215,843.00 | € | 237,426.91 | 11 | 12/1/2024 | T 732613 | A.P.M | 40/2001/688 | 1000661 | 11 |
| | 10/1/2003 | 1065 | 11/1/2026 | 27701 | € | 18,991.00 | 189,903.97 | € | 208,894.97 | 14 | 12/1/2027 | T 732637 | A.P.M | 40/2001/889 | 1000857 | 12 |
| | 10/1/2010 | 1102 | 11/1/2026 | 27701 | € | 5,498.00 | 54,980.00 | € | 60,478.00 | 4 | | | A.P.M | 40/2001/913 | 1000858 | 13 |
| | 9/1/1930 | 1048 | 11/1/2026 | 27701 | € | 9,077.00 | 90,764.50 | € | 99,841.50 | 11 | | | A.P.M | 40/2001/827 | 1000856 | 14 |
| | 9/1/2016 | 893 | 11/1/2028 | 27935 | € | 3,111.50 | 31,115.00 | € | 34,226.50 | 4 | 1/2/2011 | T 732798 | Guerber | 40/2001/742 | 1000608 | 15 |
| | 1/1/2023 | 63 | 8/1/2014 | 18433 | € | 3,165.04 | 31,592.94 | € | 34,752.23 | 7 | 12/1/2012 | T 732373 | Biotest | 77/2000/1103 | 1000928 | 17 |
| | 5/1/2020 | 626 | 9/1/2027 | 22501 | € | 29.00 | 599,680.00 | € | 659,860.00 | 9 | | | B.Braun | 85/2000/820 | 1000936 | 18 |
| | 1/1/2007 | 10 | 11/1/2001 | 25615 | € | 37,305.19 | 373,051.97 | € | 410,357.16 | 4 | 12/1/2011 | T 732424 | Fresenius | 77/2000/504 | 1000938 | 19 |
| | 4/1/2028 | 545 | 9/1/2024 | 22093 | € | 10,065.00 | 100,636.00 | € | 110,701.00 | 4 | 11/1/1930 | T 732237 | Biotest | 50/2001/130 | 1000939 | 20 |
| | 00/12/21 | 810 | 9/1/2011 | 20948 | French frenk | 57,585.45 | 3,777,298.50 | French fre | 4,155,034.25 | 6 | 2/1/2010 | T 732236 | Odelpah | 34/2000/887/A | 1000926 | 21 |
| | 9/1/1930 | 1045 | 11/1/2027 | 27871 | € | 66,706.00 | 333,526.44 | € | 400,232.44 | 9 | 1/2/2011 | T 732844 | Philadelphia | 40/2001/736 | 1000673 | 22 |
| | 9/1/2015 | 889 | 11/1/2029 | 28039 | € | 37,366.07 | 373,651.20 | € | 411,016.32 | 18 | 2/2/2007 | T 733281 | Pharmaceutical | 40/2001/732 | 1000757 | 23 |
| | 9/1/2023 | 958 | 11/1/2029 | 28037 | € | 44,654.00 | 446,540.00 | € | 491,194.00 | 14 | | | Pharmaceutical | 40/2001/774 | 1000754 | 24 |
| | 10/1/2003 | 1064 | 11/1/2025 | 27534 | € | 9,750.00 | 48,750.00 | € | 58,500.00 | 11 | 1/2/2003 | T 732743 | Ram | 40/2001/86/2 | 1000729 | 25 |
| | 10/1/2013 | 1107 | 12/1/2002 | 28216 | € | 2,942.01 | 29,411.20 | € | 32,353.20 | 4 | 12/1/1931 | T 732727 | UCB | 40/2001/728 | 1000898 | 26 |
| | 10/1/2024 | 1138 | 11/1/2025 | 27558 | € | 6,880.00 | 68,800.00 | € | 75,680.00 | 14 | | | Cipla | 40/2001/862 | 1001075 | 27 |
| | 01/15/26 | 670 | 11/1/2025 | 27533 | € | 4,786.23 | 47,862.25 | € | 52,648.48 | 4 | 1/2/2003 | T 732729 | Exmoor | 94/2000/1026 | 1000934 | 28 |
| | 4/1/2023 | 959 | 11/1/2029 | 28038 | € | 59,706.00 | 597,060.00 | € | 656,766.00 | 14 | 1/2/2011 | T 732851 | P.S.I | 40/2001/775 | 1000760 | 29 |
| | 10/1/2002 | 1057 | 12/1/2005 | 28567 | € | 4,890.00 | 48,900.00 | € | 53,780.00 | 14 | 1/2/2008 | T 732957 | Lifepharma | 40/2001/846 | 1000870 | 30 |
| | 9/1/2020 | 1011 | 11/1/2028 | 28023 | € | 16,400.00 | 164,000.00 | € | 18,400.00 | 14 | 1/2/2018 | T 732989 | D.A.D | 40/2001/768 | 1000650 | 31 |
| | 6/1/2018 | 764 | 12/1/2019 | 28447 | € | 154,866.25 | 1,548,544.25 | € | 1,703,418.72 | 4 | | | Grunenthal | 40/2001/464 | 1000933 | 32 |
| | 9/1/2019 | 932 | 11/1/2029 | 28108 | € | 2,620.09 | 26,200.00 | € | 28,820.00 | 13 | 1/2/2018 | T 732964 | medico | 40/2001/754 | 1000569 | 33 |
| | 9/1/2026 | 1009 | 11/1/2028 | 28021 | € | 12,567.00 | 125,660.76 | € | 138,227.76 | 8 | 1/2/2028 | T 732974 | D.A.D | 40/2001/680 | 1000657 | 34 |
| | 9/1/2026 | 1010 | 11/1/2028 | 28022 | € | 14,605.00 | 146,055.00 | € | 160,655.00 | 11 | 1/2/2022 | T 732959 | D.A.D | 40/2001/806 | 1000651 | 35 |
| | 9/1/2026 | 1004 | 12/1/2012 | 29045 | € | 21,270.00 | 212,694.50 | € | 233,964.50 | 14 | 1/2/2018 | T 732963 | Asia | 40/2001/718 | 1000697 | 36 |
| | 9/1/2015 | 887 | 12/1/2010 | 28899 | € | 12,404.47 | 124,020.93 | € | 136,423.02 | 8 | 2/2/2005 | T 733193 | Massoud | 40/2001/677 | 1000963 | 37 |
| | 10/1/2017 | 1117 | 12/1/2011 | 28993 | € | 16,585.47 | 165,850.00 | € | 182,435.00 | 11 | | | Universal | 40/2001/863 | 1000893 | 38 |
| | 9/1/2029 | 1035 | 12/1/2020 | 29610 | € | 40,463.12 | 404,631.23 | € | 44,594.35 | 11 | 2/2/2012 | T 733300 | Medochemie | 40/2001/836 | 1000639 | 39 |
| | 9/1/2011 | 845 | 12/1/2024 | 29474 | € | 4,290.00 | 42,900.00 | € | 47,190.00 | 8 | 1/2/1931 | T 733076 | J.P.M | 40/2001/712 | 1000501 | 40 |
| | 9/1/2025 | 998 | 12/1/2020 | 28475 | € | 4,763.00 | 47,627.80 | € | 52,390.80 | 13 | | | J.P.M | 40/2001/826 | 1000660 | 41 |
| | 9/1/2025 | 995 | 12/1/2024 | 28895 | € | 11,701.00 | 117,009.67 | € | 128,710.67 | 14 | 2/2/2005 | T 733102 | Chinomeheco | 40/2001/701 | 1000747 | 42 |
| | 9/1/2017 | 909 | 12/1/2024 | 28893 | € | 196,848.38 | 1,968,477.80 | € | 2,165,325.80 | 10 | 2/2/2004 | T 733060 | Chinomeheco | 40/2001/665 | 1000745 | 43 |
| | 9/1/2017 | 910 | 12/1/2023 | 29701 | € | 14,345.00 | 143,449.96 | € | 157,794.95 | 14 | | | Pharmaceutical | 40/2001/731 | 1000758 | 44 |
| | 9/1/2015 | 891 | 12/1/2023 | 29704 | € | 18,279.00 | 182,785.00 | € | 201,063.50 | 14 | | | Pharmaceutical | 40/2001/673 | 1000756 | 45 |
| | 9/1/2015 | 890 | 12/1/2023 | 29702 | € | 15,918.00 | 159,180.00 | € | 175,098.00 | 14 | | | Pharmaceutical | 40/2001/683 | 1000755 | 46 |
| | 10/1/2022 | 967 | 12/1/1930 | 30465 | € | 60,208.96 | 602,085.60 | € | 662,294.56 | 4 | 1/2/1931 | T 733048 | W&H | 72/2000/696/B | 1000638 | 47 |
| | 9/1/2020 | 944 | 12/1/2024 | 28894 | € | 18,625.84 | 186,235.74 | € | 204,861.58 | 4 | | | Chinomeheco | 87/2001/113/2 | | 48 |
| | 10/1/2001 | 1053 | 12/1/2027 | 30326 | € | 4,463.44 | 44,625.16 | € | 49,088.16 | 9 | | | Syrbio | 34/2001/798 | 1000818 | 49 |
| | 9/1/2018 | 920 | 12/1/2012 | 29070 | € | 37,801.00 | 377,999.29 | € | 415,800.29 | 13 | 1/2/2016 | T 732937 | Universal | 40/2001/722 | 1000523 | 50 |
| | 9/1/2018 | 921 | 12/1/2024 | 29071 | € | 5,800.00 | 58,000.00 | € | 63,800.00 | 10 | 2/2/2006 | T 733259 | Universal | 40/2001/755 | 1000583 | 51 |
| | 9/1/2022 | 952 | 12/1/2020 | 21490 | € | 8,832.00 | 88,320.00 | € | 97,152.00 | 14 | | | Massoud | 40/2001/760 | 1001050 | 52 |
| | 9/1/2023 | 961 | 12/1/2027 | 30402 | € | 37,583.47 | 375,834.17 | € | 413,418.17 | 10 | | | United | 40/2001/710 | 1000862 | 53 |
| | 10/1/2008 | 1092 | 12/1/2019 | 542 | € | 865.60 | 8,655.00 | € | 9,520.60 | 4 | | | Cercomex | 75/2001/171 | 1000825 | 54 |
| | 10/1/2022 | 1132 | 12/1/1930 | 1008 | € | 3,690.00 | 36,898.62 | € | 40,588.62 | 18 | | | Ekom | 40/2001/499 | 1001129 | 55 |
| | 9/1/2020 | 856 | 12/1/2016 | 1282 | € | 28,000.00 | 280,000.00 | € | 308,000.00 | 14 | | | Amrit | 40/2001/657 | 1000964 | 56 |
| | 4/1/2013 | 1196 | 1/2/2016 | 1411 | € | 31,352.00 | 313,510.04 | € | 344,862.54 | 18 | | | Muna AL-Zadan | 40/2001/934 | 1001445 | 57 |
| | 10/1/2017 | 1119 | 1/2/2017 | 1502 | € | 5,230.00 | 52,292.04 | € | 57,522.04 | 8 | | | Amriya | 40/2001/733 | 1001055 | 58 |
| | 9/1/2012 | 851 | 1/2/2013 | 884 | € | 21,052.00 | 210,511.20 | € | 231,563.20 | 8 | | | J.P.M | 40/2001/750 | 1000500 | 59 |
| | 9/1/2026 | 1012 | 1/2/2014 | 1038 | € | 15,106.00 | 151,055.60 | € | 166,161.60 | 10 | | | Biologici | 40/2001/879 | 1000872 | 60 |
| | 9/1/2029 | 1026 | 1/2/2014 | 1037 | € | 5,760.00 | 57,596.15 | € | 63,356.15 | 9 | | | Biologici | 40/2001/654 | 1000873 | 61 |
| | 9/1/2024 | 978 | 1/2/2014 | 1413 | € | 1.00 | 902,879.60 | € | 993,169.60 | 4 | | | Aesculap | 84/2000/755/2 | 1000885 | 62 |
| | 9/1/2021 | 1124 | 1/2/2023 | 1978 | € | 6,336.75 | 63,367.50 | € | 69,704.25 | 7 | | | Medictic | 40/2001/678 | 1001195 | 63 |
| | 9/1/2015 | 882 | 1/2/2023 | 1967 | € | 29,354.00 | 293,540.00 | € | 322,894.00 | 13 | | | Egyption | 40/2001/655 | 1000918 | 64 |
| | 9/1/2015 | 881 | 1/2/2023 | 1969 | € | 6,211.00 | 62,105.56 | € | 68,316.56 | 8 | | | Egyption | 40/2001/540 | 1000814 | 65 |
| | 9/1/2015 | 883 | 1/2/2023 | 1968 | € | 28,500.00 | 585,000.00 | € | 313,500.00 | 14 | | | Egyption | 40/2001/715 | 1000917 | 66 |
| | 10/1/2016 | 1115 | 1/2/2022 | 1882 | € | 4,990.00 | 45,360.00 | € | 49,896.00 | 4 | | | Efroze | 40/2001/500 | 1001077 | 67 |

IIC-GOI-189561

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/1/2019 | 928 | 1/2/2013 | 829 | € | 1,474.00 | 14,740.00 | € | 16,214.00 | 4 | | | Aesculap | 9/2001/664 | 1000883 | 68 |
| | 9/1/2022 | 776 | 1/2/2022 | 1835 | € | 2.00 | 774,211.26 | € | 851,635.26 | 4 | | | Aesculap | 72/2000/696/A | 1000877 | 69 |
| | 11/1/2014 | 1189 | 1/2/2021 | 1694 | € | 9,635.00 | 96,341.64 | € | 105,976.64 | 4 | | | AL-Rahma Holding | 40/2001/972 | 1001447 | 70 |
| | 9/1/2015 | 868 | 1/2/2013 | 883 | € | 21,798.64 | 217,986.40 | € | 261,583.68 | 4 | | | Holding | 96/2001/134 | 1000912 | 71 |
| | 9/1/1930 | 1040 | 1/2/2013 | 883 | € | 8,463.00 | 84,621.00 | € | 101,547.00 | 13 | | | Holding | 40/2001/671 | 1000902 | 72 |
| | 9/1/2024 | 983 | 1/2/2013 | 883 | € | 4,487.00 | 44,861.00 | € | 53,835.00 | 13 | | | Holding | 40/2001/759 | 1000906 | 73 |
| | 9/1/2016 | 900 | 1/2/2013 | 883 | € | 64,107.00 | 641,070.00 | € | 769,284.00 | 19 | | | Holding | 40/2001/694 | 1000903 | 74 |
| | 9/1/2029 | 1029 | 1/2/2013 | 883 | € | 4,343.00 | 43,429.40 | € | 52,115.40 | 18 | | | Holding | 40/2001/816 | 1000901 | 75 |
| | 9/1/2024 | 984 | 1/2/2013 | 883 | € | 169,260.00 | 1,692,600.00 | € | 2,031,120.00 | 18 | | | Holding | 40/2001/725 | 1000904 | 76 |
| | 9/1/1930 | 1039 | 1/2/2013 | 883 | € | 31,198.00 | 311,980.00 | € | 374,376.00 | 19 | | | Holding | 40/2001/681 | 1000905 | 77 |
| | 9/1/2016 | 899 | 1/2/2013 | 883 | € | 13,394.00 | 133,940.00 | € | 160,728.00 | 9 | | | Holding | 40/2001/801 | 1000911 | 78 |
| | 9/1/2015 | 875 | 1/2/2013 | 883 | € | 59,250.00 | 592,500.00 | € | 711,000.00 | 9 | | | Holding | 40/2001/676 | 1000910 | 79 |
| | 9/1/2020 | 937 | 1/2/2023 | 2054 | € | 4,392.00 | 43,920.00 | € | 48,312.00 | 12 | | | Medical | 40/2001/698 | 1000761 | 80 |
| | 9/22/2020 | 940 | 1/2/2017 | 1445 | € | 11,210.00 | 112,100.00 | € | 123,310.00 | 14 | | | Middle | 40/2001/794 | 1000855 | 81 |
| | 9/1/2018 | 919 | 1/2/2020 | 2259 | € | 571.00 | 5,705.27 | € | 6,276.27 | 7 | | | Avenzer | 40/2001/797 | 1001163 | 82 |
| | 5/1/2002 | 554 | 1/2/1930 | 2773 | € | 5,728.50 | 56,380.50 | € | 62,109.00 | 7 | | | Medical | 86/2000/857 | 1000937 | 83 |
| | 9/1/2025 | 1003 | 1/2/2027 | 2282 | € | 54,255.00 | 542,550.00 | € | 596,805.00 | 14 | | | Egytian | 40/2001/785 | 1000915 | 84 |
| | 4/1/2022 | 947 | 1/2/2027 | 2275 | € | 59,156.00 | 591,560.00 | € | 650,716.00 | 14 | | | Egytian | 40/2001/765 | 1000916 | 85 |
| | 9/1/2025 | 1002 | 1/2/1930 | 2717 | € | 22,000.00 | 2,220,000.00 | € | 2,442,000.00 | 14 | | | Egytian | 40/2001/815 | 1000913 | 86 |
| | 9/1/2018 | 918 | 1/3/1930 | 2792 | € | 20,642.00 | 187,647.75 | € | 206,412.52 | 6 | | | Mais | 93/2001/1415 | 1000762 | 87 |
| | 9/1/2024 | 987 | 1/2/2028 | 2469 | € | 1,510.00 | 15,095.86 | € | 16,605.86 | 4 | | | Genepharm | 40/2001/489 | 1001473 | 88 |
| | 9/2/2024 | 976 | 2/2/2004 | 3051 | € | 5,042.60 | 50,426.00 | € | 55,468.60 | 4 | | | Belpharm | 77/2001/638 | 1000721 | 89 |
| | 9/1/2029 | 1037 | 1/2/2027 | 2392 | € | 4,157.00 | 41,921.20 | € | 46,114.20 | 14 | 7/2/2016 | T735618 | DR.Reddy | 40/2001/812 | 1000812 | 90 |
| | 9/1/2022 | 955 | 1/2/2029 | 2163 | € | 138,180.00 | 1,381,800.00 | € | 1,519,980.00 | 14 | | | A.P.M | 40/2001/744 | 1001084 | 91 |
| | 11/1/2029 | 1222 | 1/3/2029 | 2163 | € | 22,200.00 | 222,000.00 | € | 244,200.00 | 14 | | | A.P.M | 40/2001/965 | 1001439 | 92 |
| | 10/1/2001 | 1051 | 1/2/2029 | 2606 | € | 30,738.00 | 307,372.80 | € | 338,110.08 | 5 | 7/2/1930 | T733819 | Trogo | 98/2001/535 | 1001286 | 93 |
| | 9/1/2015 | 879 | 2/2/2003 | 2908 | € | 63.00 | 89,693.00 | € | 98,662.02 | 13 | | | Hikma | 40/2001/1702 | 1000653 | 94 |
| | 9/1/2029 | 1030 | 2/2/2005 | 3097 | € | 28,875.00 | 288,750.00 | € | 317,625.00 | 4 | | | Lab.Leurquin | 40/2001/1741 | 1000118 | 95 |
| | 9/1/2016 | 894 | 2/2/2006 | 3233 | € | 3,076.00 | 30,761.28 | € | 33,837.40 | 9 | | | Amman | 40/2001/1745 | 100674 | 96 |
| | 9/1/2020 | 943 | 2/2/2011 | 3593 | € | 380,050.21 | 3,800,497.80 | € | 4,180,548.01 | 10 | | | St Jude | 87/2000/777 | 1000701 | 97 |
| | 3/1/2013 | 323 | 2/2/2001 | 3590 | € | 65,425.20 | 654,251.71 | € | 719,676.91 | 4 | | | Media | 87/2000/7777/A | 1000923 | 98 |
| | 10/1/2024 | 1137 | 2/2/2006 | 3235 | € | 1,597.00 | 15,969.19 | € | 17,566.11 | 8 | | | Biomerieux | 34/2001/184 | 1001543 | 99 |
| | 10/1/1930 | 1155 | 2/2/2010 | 3450 | € | 46,042.00 | 460,399.70 | € | 506,440.70 | 11 | | | Pharmaceutical | 40/2001/1730 | 1001424 | |
| | 11/1/2019 | 1196 | 2/2/2010 | 3476 | € | 41,942.00 | 419,409.22 | € | 461,351.22 | 18 | | | Muna AL-Zadan | 40/2001/944 | 1001683 | |
| | 11/1/2009 | 836 | 2/2/2019 | 4345 | € | 262,533.00 | 2,625,323.40 | € | 2,887,856.40 | 8 | | | Laboratories | 99/2001/50/3 | 1001006 | |
| | 11/1/2017 | 1218/A | 3/2/2005 | 5319 | € | 28,000.00 | 280,000.00 | € | 308,000.00 | 8 | | | Muna AL-Zadan | 40/2001/959 | 1001682 | |
| | 9/1/2024 | 985 | 3/2/2003 | 4997 | € | 6,495.00 | 64,950.00 | € | 71,445.00 | 8 | | | Unimedicine | 40/2001/869 | 1000969 | |
| | 4/1/2017 | 907 | 3/2/2003 | 5000 | € | 190,337.00 | 1,903,366.15 | € | 2,093,703.15 | 8 | | | Unimedicine | 40/2001/1695 | 1000868 | |
| | 10/1/2004 | 1071 | 3/2/2003 | 4994 | € | 84,116.00 | 841,154.32 | € | 925,270.32 | 14 | | | Unimedicine | 40/2001/850 | 1000817 | |
| | 11/1/2009 | 846 | 3/2/2002 | 385 | € | 3,813.00 | 38,124.50 | € | 41,937.50 | 4 | | | Cilag | 40/2001/1724 | 1001190 | |
| | 12/1/2002 | 1224 | 3/2/2003 | 4994 | € | 64,651.24 | 258,597.24 | € | 323,247.24 | 4 | | | Unimedicine | 40/2001/1983 | 1001687 | |
| | 12/1/2002 | 1225 | 3/2/2010 | 5758 | € | 3,963.75 | 15,854.75 | € | 19,818.75 | 11 | | | A.C.P.C | 40/2001/1743 | 1001685 | |
| € 120 more | 10/1/2003 | 1062 | 3/2/2003 | 5757 | € | 1,300.00 | 11,800.00 | € | 12,980.00 | 4 | | | A.C.P.C | 40/2001/684 | 1001459 | |
| Beirut Bank | 9/1/2015 | 872 | 3/2/2002 | 5030 | € | 1,406.00 | 14,055.60 | € | 15,461.60 | 8 | | | Kimi | 40/2001/763 | 1001746 | |
| | 9/1/2022 | 954 | 3/2/2003 | 84 | € | 175,750.00 | 1,757,500.00 | € | 1,933,250.00 | 4 | | | Janssen | 40/2001/770 | 1001082 | |
| Guaranty | 5/1/2014 | 602 | 3/2/2024 | 7122 | € | 49,190.64 | 491,839.51 | € | 541,030.15 | 18 | 12/3/2001 | T 732252 | A.P.M | 88/2000/692 | 1000922 | |
| Part of the guaranty was nc | 9/1/2022 | 953 | 3/2/2020 | | € | 245.00 | 4,280,476.39 | € | 4,708,524.39 | 7 | | | Meyra | 92/2001/140/4 | 1000888 | |
| | 10/1/2015 | 1114 | 3/2/2019 | 6780 | € | 1,606.00 | 16,050.70 | € | 17,656.70 | 4 | | | Aesculap | 83/2001/88 | 1001714 | |
| | 9/1/2029 | 25 | 4/2/2003 | 8067 | € | 32,625.00 | 326,250.00 | € | 358,875.00 | 5 | | | B.Braun | 87/2001/27/A | 1001847 | |
| Transferred to phase 7 | 9/1/2018 | 912 | 3/2/2021 | 7260 | € | 23,872.00 | 238,270.81 | € | 262,093.81 | 4 | | | Boston | 40/2001/1706 | 1000966 | |
| Guaranty | 9/1/2011 | 833 | 3/2/2021 | 6973 | € | 115,858.13 | 1,158,581.33 | € | 1,274,439.46 | 4 | 2/2/2022 | T 733556 | Unimedicine | 92/2001/40/3 | 1000759 | |
| | 9/1/2023 | 957 | 4/2/2003 | 8066 | € | 23,373.00 | 235,194.96 | € | 258,567.96 | 4 | 9/2/2017 | T734886 | Lorca marian | 98/2001/1605 | 1000542 | |
| | 9/1/2022 | 951 | 3/2/2017 | 6476 | € | 2,370.00 | 23,690.10 | € | 26,060.10 | 4 | | | Arabian feeling | 40/2001/7923 | 1001924 | |
| 0.20 cents less | 9/1/2029 | 1018 | 3/2/2027 | 7536 | € | 43,067.00 | 430,672.00 | € | 473,739.20 | 4 | | | Belpharm | 77/2001/554 | 1000722 | |
| Guaranty | 9/1/2011 | 844 | 4/2/2017 | 930 | € | 6,229.77 | 62,297.67 | € | 68,527.44 | 4 | 1/2/2022 | T 732709 | Glaxo | 40/2001/7300 | 1000984 | |
| Statement in the name of T | 10/1/2004 | 1069 | 4/2/2004 | Talib Mahdi Jasim | | 2,691.00 | 26,910.00 | € | 29,601.00 | 13 | | | Biomeghrab | 34/2001/1434 | 1001183 | |
| 0.79 cents more- transferred to phase 7 | 9/1/2029 | 1020 | 4/2/2004 | 8130 | € | 363.00 | 3,622.10 | € | 3,984.31 | 4 | | | Medlane | 75/2001/171/4 | 1001007 | |
| | 9/1/2016 | 898 | 4/2/2010 | 8710 | € | 103,375.00 | 1,033,741.04 | € | 1,137,116.04 | 4 | | | Link | 84/2001/539 | 1001009 | |
| Total guaranty paid | 9/1/2019 | 930 | 4/2/2014 | 8966 | € | 44,002.60 | 440,020.40 | € | 484,023.00 | 7 | | | NRC | 77/2001/537 | 1000656 | |

IIC-GOI-189562

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract exuction peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| € 10 less | 10/1/2009 | 1099 | 4/2/2011 | 8783 | € | 12,559.00 | 122,391.61 | € | 134,960.61 | 5 | | | Amman | 86/2000/713/8 | 1000806 | |
| no statement/ guaranty diffrence | | | | | | 1.00 | 117,243.24 | € | 128,968.24 | 7 | | | B.Braun | 40/2001/667 | 1002069 | |
| Total guaranty | 9/1/2029 | 1022 | 4/2/2022 | 9701 | € | 59,284.00 | 1,163,000.00 | D.M | 1,278,949.14 | 6 | 4/2/2009 | U 734358 | Maersk | 87/2001/35 | 1001016 | |
| Total guaranty | 9/1/2015 | 878 | 5/2/2016 | 11831 | € | 49,083.00 | 490,824.50 | € | 539,907.50 | 10 | 1/2/2007 | T 732674 | Hikma | 40/2001/666 | 1000655 | |
| € 407.2 more | 10/1/2023 | 1133 | 4/2/2021 | 9542 | € | 4,478.70 | 40,715.00 | € | 44,786.50 | 15 | | | Diamond | 34/2001/884 | 1000976 | |
| | 9/1/2024 | 973 | 5/2/2023 | 12474 | € | 93,075.00 | 930,746.70 | € | 1,023,821.70 | 13 | | | Hikma | 40/2001/796 | 1000853 | |
| Total guaranty paid | 5/1/2012 | 594 | 5/2/2014 | 11522 | € | 104,095.00 | 1,040,947.00 | € | 1,145,042.00 | | 11/30/2001 | T 732255 | Precisa | 85/2000/720 | 1000925 | |
| Total guaranty | 11/1/2005 | 1177 | | | € | 11,045.00 | 110,450.76 | € | 121,496.76 | 10 | | | Centr | 40/2001/927 | 1001481 | |
| € 1 less | 4/2/2013 | 89 | 6/2/2019 | Talib Mahdi Jasim | € | 215,734.00 | 2,157,340.00 | € | 2,373,074.00 | 18 | 7/2/2019 | T36090 | Kediron | 40/2001/805 | 1000871 | |
| Beirut Bank | 10/1/2013 | 1139 | 6/2/2010 | Talib Mahdi Jasim | € | 48,240.00 | 482,400.00 | € | 530,640.00 | 14 | | | China | 40/2001/843 | 1001391 | |
| | 10/1/2013 | 1166 | 6/2/2014 | Beirut Bank | € | 32,040.00 | 320,400.00 | € | 352,440.00 | 10 | | | Pharmaline | 40/2001/902 | 1001111 | |
| | 10/1/2013 | 1165 | 6/2/2014 | Beirut Bank | € | 7,200.00 | 72,000.00 | € | 79,200.00 | 6 | | | Pharmaline | 40/2001/829 | 1001107 | |
| | 10/1/2029 | 1154 | | Talib Mahdi Jasim | € | 18,720.00 | 187,200.00 | € | 205,920.00 | 18 | | | D.A.D | 40/2001/769 | 1001260 | |
| | 10/1/2007 | 1086 | 6/2/2014 | 34450 | € | 16,131.72 | 161,317.20 | € | 177,448.92 | 10 | | | Pharmaline | 40/2001/737 | 1001108 | |
| | 9/1/2020 | 941 | 6/2/2023 | 15119 | € | 474,150.00 | 4,741,500.00 | € | 5,215,650.00 | 11 | | | Mediotic | 40/2001/679 | 1001044 | |
| | 9/1/2024 | 970 | 6/2/2023 | Talib Mahdi Jasim | € | 6,582.00 | 65,818.90 | € | 72,400.90 | 4 | | | Diasorin | 34/2001/357 | 1001322 | |
| | 11/1/2004 | 1176 | 6/2/2012 | Beirut Bank | € | 335,100.00 | 3,351,000.00 | € | 3,686,100.00 | 14 | | | Levent | 34/2001/966 | 1001119 | |
| | 9/1/2011 | 843 | 6/2/2023 | Talib Mahdi Jasim | € | 9,156.00 | 91,557.60 | € | 100,713.36 | 10 | | | Biomerieux | 34/2001/358 | 1001411 | |
| | 11/1/2017 | 1192 | 6/2/2003 | 13485 | € | 4,243.00 | 42,422.85 | € | 46,665.85 | 4 | | | F.hoffmann | 40/2001/937 | 1001530 | |
| | 10/1/2008 | 1089 | | Talib Mahdi Jasim | € | 13,347.00 | 133,470.00 | € | 146,817.00 | 8 | | | Amriya | 40/2001/907 | 1001058 | |
| | 9/1/2018 | 923 | 7/2/2001 | Beirut Bank | € | 4,698.00 | 46,980.00 | € | 51,678.00 | 13 | | | Heliofarma | 40/2001/707 | 1001323 | |
| | 11/1/2017 | 1193 | 6/2/2012 | Beirut Bank | € | 3,150.00 | 31,500.00 | € | 34,650.00 | 14 | | | Heliofarma | 40/2001/923 | 1002057 | |
| | 10/1/1931 | 1158 | 6/2/2024 | 15247 | € | 2,443.00 | 24,423.40 | € | 26,866.40 | 4 | 8/2/2002 | T36381 | Leo | 40/2001/957 | 1001337 | |
| | 11/1/2010 | 1181 | 6/2/2024 | 15247 | € | 2,487.00 | 24,862.66 | € | 27,349.66 | 12 | | | Misk | 34/2001/837 | 1001347 | |
| Part of the guaranty | 5/1/2022 | 626 | 6/2/1930 | 15814 | € | 32,312.50 | 599,861.00 | € | 659,880.00 | 9 | 11/1/1930 | T 732284 | B.Braun | 85/2000/820 | 1000936 | |
| Total guaranty | 9/1/2024 | 18 | 7/2/2008 | 16639 | € | 32,004.00 | 320,029.66 | € | 352,033.66 | 4 | 3/2/2019 | U 733979 | B.Braun | 75/2001/291 | 1000881 | |
| Part of the guaranty | 9/1/2022 | 776 | 7/2/2011 | 16896 | € | 29,496.41 | 774,211.26 | € | 851,635.26 | 4 | 2/2/2022 | T 733462 | Aesculap | 72/2000/696/A | 1000877 | |
| Part of the guaranty | 10/1/2008 | 1090 | 7/2/2008 | 16642 | € | 24,033.33 | 2,034,789.15 | € | 2,238,268.15 | 8 | 3/2/2025 | T 733513 | Nille | 99/2001/50/2/B | 1000730 | |
| | 5/1/2022 | 650 | 7/2/2016 | 17256 | € | 37,543.75 | 375,433.96 | € | 412,977.71 | 6 | 11/2/1930 | T 732250 | Jenway | 85/2000/718 | 1000927 | |
| | 12/1/2005 | 1228 | 7/2/2014 | 17062 | € | 12,240.00 | 122,400.00 | € | 134,640.00 | 11 | | | Amriya | 40/2001/984 | 1001716 | |
| | 9/1/2013 | 853 | 7/2/2004 | Talib Mahdi Jasim | € | 10,395.00 | 103,948.76 | € | 114,343.76 | 4 | | | Pierre | 40/2007/318 | 1001828 | |
| Total guaranty | 3/1/2024 | 500 | 7/2/2007 | 16536 | € | 26,757.85 | 1,755,190.37 | French frei | 1,930,710.37 | 9 | | T733638 | Diagnostica | 34/2000/494 | 1000932 | |
| | 9/1/2015 | 873 | 9/2/2012 | 19490 | € | 33,165.00 | 331,645.68 | € | 364,810.68 | 5 | | | Rusch | 40/2001/41/4 | 1001330 | |
| Total guaranty | | | 7/2/1931 | 18524 | € | 25,288.00 | 252,880.00 | € | 278,168.00 | 9 | | T733405 | Beaufour | 40/2001/669 | 1000360 | |
| Total guaranty | 9/1/2011 | 835 | 8/2/2006 | 19030 | € | 116,898.00 | 1,168,971.40 | € | 1,285,869.40 | 6 | | T32725 | Misk | 98/2001/49 | 1000564 | |
| Talib Mahdi Jasim | 10/1/2021 | 1154 | 7/2/2010 | Talib Mahdi Jasim | € | 18,720.28 | 187,200.00 | € | 205,920.00 | 18 | | | D.A.D | 40/2001/769 | 1001260 | |
| | 11/1/2026 | 1217 | | | € | 4,280.00 | 43,000.00 | € | 47,300.00 | 8 | | | Egytian | 40/2001/981 | 1001717 | |
| | 10/1/2013 | 1166 | 7/2/2008 | | € | 48,095.75 | 481,680.00 | € | 529,848.00 | 18 | | | Egytian | 40/2001/872 | 1001450 | |
| Talib Mahdi Jasim | 10/1/2010 | 1105 | 4/2/2015 | Talib Mahdi Jasim | € | 88,342.00 | 88,342.00 | € | 965,250.00 | 14 | | | Toprak | 40/2001/868 | 1001002 | |
| | 12/1/2004 | 1227 | 7/2/2015 | | € | 11,645.00 | 116,450.00 | € | 128,090.00 | 12 | | | China Meheco | 40/2001/970 | 1001778 | |
| | 10/1/2020 | 1121 | 6/2/2007 | | € | 63,625.00 | 636,625.00 | € | 694,500.00 | 11 | | | Holding | 40/2001/914 | 1001174 | |
| | 10/1/2020 | 1122 | | | € | 144,985.00 | 959,310.00 | € | 1,046,520.00 | 11 | | | Holding | 40/2001/771 | 1001173 | |
| | 11/1/2013 | 1173 | 8/2/2012 | | € | 3,973.00 | 39,721.75 | € | 43,694.75 | 6 | | | feering | 40/2001/893 | 1001272 | |
| | 9/1/2025 | 996 | 8/2/2014 | | € | 70,057.00 | 9,340,824.75 | € | 10,741,948.75 | 24 | | | Bisca | 40/2001/697 | 1000752 | |
| € 7 less | 10/1/2009 | 1098 | 3/2/2028 | Talib Mahdi Jasim | € | 1,237.10 | 12,441.00 | € | 13,685.10 | 4 | | | Holding | 777/2001/530 | 1001175 | |
| Total guaranty | 10/1/2006 | 1078 | 7/2/2023 | 17948 | € | 136,162.70 | 1,225,458.00 | € | 1,361,620.70 | 2 | 5/2/1931 | T33403 | AGA | 87/2001/649 | 1000972 | |
| Part of the guaranty | 5/1/2020 | 626 | 8/2/2005 | 20440 | € | 27,677.50 | 599,861.00 | € | 659,880.00 | 9 | 11/1/1930 | T32284 | B.Braun | 85/2000/820 | 1000936 | |
| Part of the guaranty | 10/1/2008 | 1090 | 8/2/2026 | 20646 | € | 48,439.96 | 2,034,789.15 | € | 2,238,268.15 | 8 | 3/2/2025 | T33513 | Nille | 99/2001/50/2/B | 1000730 | |
| Total guaranty | 11/1/2026 | | 8/2/2008 | 19886 | € | 71,500.00 | 715,000.00 | € | 786,500.00 | 4 | 3/2/2022 | T33336 | I.D.I.T | 77/2001/867 | 1000859 | |
| Total guaranty | 10/1/2028 | 1220 | 8/2/2027 | 20805 | € | 59,271.00 | 592,704.06 | € | 651,975.06 | 4 | 7/2/2005 | T35845 | Nycomed | 40/2001/776 | 1001469 | |
| | 7/1/2002 | 809 | 10/2/2005 | Resources Bank | € | 11,694.00 | 116,933.40 | € | 128,627.40 | 4 | | | Heliofarma | 40/2001/323 | 1022189 | |
| Total guaranty | 10/1/2004 | 1070 | 9/2/2023 | 22858 | € | 73,200.00 | 732,000.00 | € | 805,200.00 | 18 | 5/15/2002 | T34129 | Novo-Nordisk | 40/2001/873 | 1001491 | |
| Total guaranty | 9/1/2024 | 986 | 9/2/2023 | 22859 | € | 80,125.00 | 801,250.00 | € | 881,375.00 | 11 | 3/2/2020 | T33950 | Novo-Nordisk | 40/2001/807 | 1000803 | |
| | 11/1/2026 | 1216 | 9/2/2023 | 23134 | € | 32,923.00 | 329,216.15 | € | 362,138.15 | 10 | | | Medipak | 40/2001/668 | 1001590 | |
| Total guaranty | 9/1/2015 | 876 | 10/2/2002 | 23697 | € | 125,868.00 | 1,258,680.00 | € | 1,384,548.00 | 9 | 2/2/2004 | T33077 | Novo-Nordisk | 40/2001/672 | 1000700 | |
| | 9/1/2025 | 999 | 10/2/2008 | 24184 | € | 4,490.00 | 44,895.60 | € | 49,385.60 | 5 | 5/2/2021 | T34464 | F.hoffmann | 40/2001/764 | 1000704 | |
| | 9/1/2029 | 1032 | 10/2/2007 | 24061 | € | 35,445.95 | 354,433.25 | € | 389,877.20 | 4 | | | Slamed | 85/2000/725 | 1001525 | |
| Total guaranty | 10/1/2023 | 964 | 10/2/2010 | 24491 | € | 13,196.00 | 131,953.84 | € | 145,149.84 | 7 | 2/2/2021 | T33512 | Aesculap | 91/2001/406 | 1000886 | |
| Total guaranty | 10/1/2009 | 1095 | 10/2/2008 | 24212 | € | 400,020.00 | 4,000,200.00 | € | 4,400,220.00 | 18 | 5/2/1931 | T34285 | feering | 40/2001/834 | 1001273 | |
| Part of the guaranty | 9/1/2022 | 953 | 10/2/2010 | 24490 | € | 6,005.55 | 4,280,476.39 | € | 47,808,524.39 | 13 | 4/2/1930 | T34607 | Aesculap | 92/2001/40/4 | 1000888 | |
| | 9/1/2024 | 982 | 10/2/2021 | 25250 | € | 19,986.00 | 199,858.46 | € | 219,844.46 | 6 | | | Wily | 83/2001/35/1 | 1002184 | |
| Part of the guaranty/ Wassi | 9/1/2026 | 1008 | 10/2/2028 | 1722 | € | 79,002.01 | 2,880,000.00 | € | 3,168,000.00 | 18 | 3/2/2019 | T33931 | Ekom | 40/2001/833 | 1000621 | |
| Part of the guaranty/ Wassi and Babi | | | 10/2/2028 | 1722 | € | 49,156.25 | 1,787,500.00 | € | 1,966,250.00 | 18 | 2/2/2022 | T33612 | Eczacibasi | 40/2001/789 | 1000620 | |
| | 9/1/2019 | 927 | 11/2/2013 | 27204 | € | 8,500.00 | 84,941.20 | € | 93,436.20 | 4 | | | Rego | 96/2001/61/B | 1001365 | |
| Part of the guaranty/ Wassi | 10/1/2008 | 1090 | 11/2/2013 | 27166 | € | 109,976.00 | 2,034,789.15 | € | 2,238,268.15 | 8 | 3/2/2025 | T33513 | Nille | 99/2001/50/2/B | 1000730 | |
| Part of the guaranty/ Wassi | 9/1/2022 | 949 | 11/2/2017 | 1860 | € | 49,032.55 | 1,787,500.00 | € | 1,966,250.00 | 18 | 2/2/2022 | T33612 | Eczacibasi | 40/2001/789 | 1000620 | |
| Part of the guaranty/ Wassi | 11/2/2005 | 1178 | 11/2/2017 | 1860 | € | 2,992.67 | 108,624.50 | € | 119,487.50 | 11 | 5/2/2015 | T34023 | Ekom | 40/2001/933 | 1001128 | |

IIC-GOI-189563

IIC-GOI-189564

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/1/2013 | 1159 | 11/2/2020 | 276203 | € | 13,689.38 | 124,740.00 | € | 137,214.00 | 14 | | | MUP | 40/2001/845 | 1001558 | |
| Total guaranty | 9/1/2017 | 904 | 11/2/2021 | 27752 | € | 11,404.00 | 114,030.38 | € | 125,434.38 | 5 | 2/2/2004 | T733210 | Roche | 40/2001/663 | 1000604 | |
| Total guaranty | 9/1/2015 | 861 | 11/2/2021 | 27752 | € | 43,355.00 | 433,550.00 | € | 476,905.00 | 9 | 2/2/2001 | T733175 | Roche | 40/2001/699 | 1000606 | |
| Total guaranty | 9/1/2015 | 860 | 11/2/2021 | 27752 | € | 9,555.00 | 95,545.60 | € | 105,100.60 | 8 | 2/2/2007 | T733172 | Roche | 40/2001/705 | 1000603 | |
| Total guaranty | 9/1/2022 | 948 | 11/2/2021 | 27752 | € | 44,279.00 | 442,781.75 | € | 487,060.57 | 7 | 5/2/2024 | T734902 | Leo | 40/2001/656 | 1000719 | |
| Total guaranty | 9/1/2015 | 858 | 11/2/2021 | 27752 | € | 4,235.00 | 42,350.00 | € | 46,585.00 | 4 | 2/2/2004 | T733190 | Roche | 40/2001/721 | 1000602 | |
| Total guaranty | 9/1/2022 | 946 | 11/2/2021 | 27752 | € | 12,538.00 | 125,374.50 | € | 137,912.50 | 5 | 6/2/2005 | T734471 | Roche | 40/2001/723 | 1000705 | |
| Part of the guaranty | 10/1/2001 | 1054 | 12/2/2022 | 30760 | € | 300,516.00 | 2,975,087.53 | € | 3,305,657.53 | 6 | 2/2/2026 | T733642 | Rithani | 84/2000/755/3 | 1000863 | |
| Total guaranty | 10/1/2021 | 1125 | 12/2/2019 | 29940 | € | 11,724.40 | 117,243.24 | € | 128,968.24 | 7 | 6/2/2012 | T735272 | B.Braun | 40/2001/667 | 1002069 | |
| Part of the guaranty | 10/1/2008 | 1090 | 12/2/1931 | 30968 | € | 21,028.89 | 2,034,789.15 | € | 2,238,268.15 | 8 | 3/2/2025 | T733513 | Nille | 99/2001/502/B | 1000730 | |
| Total guaranty | 9/1/2024 | 978 | 12/2/1931 | 30967 | € | 90,289.00 | 902,879.60 | € | 993,169.60 | 4 | 6/2/2019 | T35452 | Aesculap | 84/2000/755/2 | 1000885 | |
| Part of the guaranty | 9/1/2022 | 776 | 12/2/1931 | 30970 | € | 47,925.59 | 774,211.26 | € | 851,635.26 | 4 | 2/2/2022 | T733462 | Aesculap | 72/2000/696/A | 1000877 | |
| Part of the guaranty( 10 cal | 10/1/2013 | 1106 | 12/2/1930 | 30787 | € | 73,000.00 | 7,291,134.94 | € | 8,020,249.00 | 12 | | | Nasco | 77/2001/912 | 1000894 | |
| Part of the guaranty | 9/1/2022 | 953 | 12/2/1931 | 30976 | € | 147,192.00 | 4,280,476.39 | € | 4,708,524.39 | 13 | 4/2/1930 | T734607 | Aesculap | 92/2001/404 | 1000888 | |
| | 9/1/2022 | 956 | 1/3/2012 | Talib Mahdi Jasim | € | 10,813.00 | 108,121.75 | € | 118,934.75 | 8 | | | A.P.M | 40/2001/734 | 1001081 | |

IIC-GOI-189565

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 00/12/21 | 810 | 9/1/2011 | 20948 | € | 57,585.45 | 3,777,298.50 | € | 4,155,034.25 | 6 |  |  | Biotest | 34/2000/887/A | 1000926 | 1 |
|  | 1/1/2023 | 63 | 8/1/2014 | 18433 | € | 3,165.04 | 31,592.94 | € | 34,752.23 | 7 |  |  | Biotest | 77/2000/1103 | 1000928 | 2 |
|  | 5/1/2020 | 626 | 9/1/2027 | 22501 | € | 29.00 | 599,861.00 | € | 659,880.00 | 9 |  |  | B.Braun | 85/2000/820 | 1000936 | 3 |
|  | 1/1/2007 | 10 | 11/1/2001 | 25615 | € | 37,305.19 | 373,051.97 | € | 410,357.16 | 4 |  |  | Fresenius | 77/2000/504 | 1000938 | 4 |
|  | 4/1/2028 | 545 | 9/1/2024 | 22093 | € | 10,065.00 | 100,636.00 | € | 110,701.00 | 4 |  |  | Biotest | 50/2001/130 | 1000939 | 5 |