# Exhibit 6

Pesticides

# Pesticides

| Contract No. | Phase | Company Name | Category | BNP | Received | Currency | Contract Amount without inflation | % of Inflation | Currency | Inflation Amount | Currency | Amount Paied | Paid to | Account No. | Date of letter | No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Phase Eight

| Contract No. | Phase | Company Name | Category | BNP | Received | Currency | Contract Amount without inflation | % of Inflation | Currency | Inflation Amount | Currency | Amount Paied | Paid to | Account No. | Date of letter | No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/105 | 8 | MEDMAC | A | | | USD | 487500 | 5% | USD | 24375 | | | | | | | |
| CP/110 | 8 | Dawcro | A | | | USD | 157500 | 10% | USD | 15750 | | | | | | | |
| CP/119 | 8 | MEDMAC | A | | | EUR | 87800 | 10% | EUR | 8780 | | | | | | | |
| CP/111 | 8 | PROBELTE | A | C729251 | Executed | USD | 130950 | 10% | USD | 13095 | | | | | | | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No. 8595 in 1-July-2002 |
| Cp/113 | 8 | Al-Yamama | A | | | USD | 2113275 | 10% | USD | 211327.5 | | | | | | | |
| CP/108 | 8 | ARD | A | C726973 | Executed | USD | 1132790 | 10% | EUR | 129448.2 | EUR | 129448.2 | Ministry of Financial Treasury | 8979 | 17-Jan-02 | 1545 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| CP/109 | 8 | ISAGRO | A | C726685 | Executed | EUR | 222831.68 | 10% | EUR | 22283.38 | EUR | 22283.38 | Ministry of Financial Treasury | 8979 | 18-Mar-02 | 6674 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| CP/114 | 8 | Al-Yamama | A | C729817 | Executed | USD | 524875 | 10% | SFR | 89308 | EUR | 60961.09 | Central Bank of Iraq | | 11-Feb-02 | 3625 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| CP/115 | 8 | Al-Yamama | A | C729260 | Executed | USD | 739100 | 10% | USD | 73910 | SFR | 125758 | Ministry of Financial Treasury | 8979 | 01-Apr-02 | 7917 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| CP/106 | 8 | BAYER | A | C730698 | Executed | EUR | 1586140 | 10% | DEM | 310229.2 | DEM | 310500 | Rafidain/ Amman | 8982 | 21-Aug-01 | 19018 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-01 |
| CP/107 | 8 | LOD | A | C726118 | Executed | FFR | 3493042.8 | 10% | FFR | 349304 | FFR | 349304 | Rafidain/ Amman | 8837 | 04-Feb-01 | 2906 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-01 |

## Phase Nine

| Contract No. | Phase | Company Name | Category | BNP | Received | Currency | Contract Amount without inflation | % of Inflation | Currency | Inflation Amount | Currency | Amount Paied | Paid to | Account No. | Date of letter | No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/116 | 9 | MEDMAC | A | | | EUR | 311500 | 10% | EUR | 31150 | | | | | | | |
| CP/143 | 9 | Al-Urdoniya | A | | | EUR | 1042000 | 10% | EUR | 104200 | | | | | | | |
| CP/142 | 9 | Al-Yamama | A | L733351 | Executed | EUR | 183500 | 10% | EUR | 18350 | EUR | 18350 | Ministry of Financial Treasury | 8979 | 07-Aug-02 | | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| CP/118 | 9 | MEDMAC | A | | | EUR | 112800 | 10% | EUR | 11250 | | | | | | | |
| CP/123 | 9 | Azacro | A | | | EUR | 607750 | 10% | EUR | 60775 | | | | | | | |
| CP/124 | 9 | Ard | A | | | EUR | 285200 | 10% | EUR | 28520 | | | | | | | |
| CP/125 | 9 | Acredo | A | L732987 | Partially Executed | EUR | 290500 | 10% | EUR | 29050 | USD | 780 Equals to 882.15 Euro | Ministry of Financial Treasury | 620 | 03-Jan-02 | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |

IIC-GOI-220855

Pesticides

| ID | | Supplier | | Contract No. | Status | Cur | Amount | % | Cur | Amount | Cur | Amount | Payee | Ref | Date | Doc No | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | EUR | 28167.58 | | 90689 | | | paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| CP/126 | 9 | premo | A | L732455 | Executed | EUR | 641150 | 10% | EUR | 64115 | EUR | 64106.54 | Jordan Bank | | 04-Sep-02 | | A-Rafidai /Amman Letter |
| CP/127 | 9 | UNITED PHOSPHORUS | A | L731704 | Executed | EUR | 118900 | 10% | EUR | 11890 | EUR | 11890 | Ministry of Financial Treasury | 8979 | 17-Jul-02 | | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| CP/130 | 9 | PROBELTE | A | L734161 | Executed | EUR | 384370 | 10% | EUR | 38437 | EUR | 38437 | Central Bank of Iraq | 90689 | 11-Aug-02 | | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| CP/132 | 9 | Acrokem | A | | | EUR | 141550 | 10% | EUR | 14155 | | | | | | | |
| Cp/121 | 9 | JORDAN | A | | | | | | | | | | | | | | |
| CP/133 | 9 | Astrokem | A | L732344 | Executed | EUR | 210000 | 10% | EUR | 21000 | EUR | 21000 | Ministry of Financial Treasury | 8979 | 07-Jul-02 | 7/7/2002 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| CP/120 | 9 | VAPCO | A | L731718 | Executed | EUR | 309900 | 10% | EUR | 33725.24 | EUR | 33725.24 | Rafidain/ Amman | 8961 | 26-Jul-01 | 16790 | Company's Share was paid according to the iraqi central bank letter No. 1296 in 30-Oct-01 and 856 in 11/Jun/2002 |
| CP/131 | 9 | LOD | A | L730448 | Partially Executed | EUR | 803900 | 10% | FFR | 527094 | USD | 72319.89 | Ministry of Financial Treasury | 620 | | | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| CP/134 | 9 | BAYER | A | L730802 | Executed | | 112000 | 10% | EUR | 11200 | EUR | 11200 | Ministry of Financial Treasury | 8979 | 29-Aug-01 | 19805 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| CP/135 | 9 | BAYER | A | L730801 | Executed | EUR | 367000 | 10% | EUR | 36700 | EUR | 36700 | Ministry of Financial Treasury | 8979 | 29-Aug-01 | 19805 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| CP/136 | 9 | BAYER | A | L730834 | Executed | EUR | 390000 | 10% | EUR | 39000 | EUR | 39000 | Ministry of Financial Treasury | 8979 | 29-Aug-01 | 19805 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |

Pesticides

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/137 | 9 | BAYER | A | L730803 | Executed | EUR | 93000 | 10% | EUR | 9300 | EUR | 9300 | Ministry of Financial Treasury | 8979 | 29-Aug-01 | 19805 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| CP/129 | 9 | DAW | A | L731038 | Executed | EUR | 452000 | 10% | FFR | 296361.1 | FFR | 296370 | Rafidain/ Amman | 8837 | 06-Aug-01 | 17714 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| CP/117 | 9 | MEDMAC | A | L730762 | Executed | EUR | 166750 | 10% | EUR | 16675 | EUR | 16675 | Ministry of Financial Treasury | 8979 | 11-Feb-02 | 3543 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| 9 | | | | | | | | | | | | | | | | | |
| CP/122 | 9 | Ekrevan | A | L732392 | Executed | EUR | 275000 | 10% | EUR | 25000 | EUR | 25000 | | | | | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| | | | | | | | | | | | | | | | | | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |

**Phase Ten**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/144 | 10 | VAPCO | A | T/734867 | Executed | EUR | 611000 | 10% | EUR | 61100 | EUR | 61100 | Ministry of Financial Treasury | 8979 | 29-Aug-02 | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| CP/145 | 10 | ARD | A | T/735865 | Executed | EUR | 336750 | 10% | EUR | 33675 | EUR | 9275 | Central Bank of Iraq | | 12-Apr-02 | | Al-Rafidain / Beirut Letter No. 2107 in 4-Dec-2002 |
| CP/146 | 10 | ISAGRO | A | T/736130 | Executed | EUR | 260000 | 10% | EUR | 26000 | EUR | 26000 | Central Bank of Iraq | | 12-Sep-02 | | Al-Rafidain / Beirut |
| CP/147 | 10 | Acroyed | A | | | EUR | 89500 | 10% | EUR | 8950 | | | | | | | |
| CP/149 | 10 | AGRIPHAR | A | T/737740 | | EUR | 122500 | 10% | EUR | 12250 | | | | | | | |
| CP/151 | 10 | Express-A | P | | | EUR | 474980 | 10% | EUR | 47498 | | | | | | | |
| CP/152 | 10 | MEDMAC | A | T/734073 | Executed | EUR | 43100 | 10% | EUR | 4310 | EUR | 4741 | Central Bank of Iraq | 90689 | 12-Nov-02 | | Company's Share was paid according to the iraqi central bank letter No.2158 in 2 Jan 2003 |
| CP/157 | 10 | Insecticides | A | | | EUR | 448500 | 10% | EUR | 44850 | | | | | | | |
| CP/160 | 10 | Insecticides | A | T/734519 | Executed | EUR | 1312500 | 10% | EUR | 131250 | EUR | 131250 | 131250 | | 12-Dec-02 | | Jordan Bank |
| CP/162 | 10 | BAYER | A | | | EUR | 192500 | 10% | EUR | 19250 | EUR | 19250 | Ministry of Financial Treasury | 8979 | 04-Sep-02 | | Company's Share was paid according to the iraqi central bank letter No.1671 in 3-Nov-2002 |
| CP/164 | 10 | MEDMAC | A | | | EUR | 286000 | 10% | EUR | 28600 | | | | | | | |
| CP/150 | 10 | PREMIER | A | | | EUR | 1047800 | 10% | EUR | 104780 | | | | | | | |
| CP/156 | 10 | Acrokem | A | | | EUR | 183750 | 10% | EUR | 18375 | | | | | | | |
| CP/161 | 10 | BAYER | A | T/735424 | Executed | EUR | 80000 | 10% | EUR | 8000 | EUR | 8000 | Ministry of Financial Treasury | 8979 | 01-May-02 | | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |

IIC-GOI-220856

IIC-GOI-220857

Pesticides

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/158 | 10 | BAYER | A | T/735438 | Executed | EUR | 126800 | 10% | EUR | 12680 | EUR | 12680 | Ministry of Financial Treasury | 8979 | 01-May-02 | | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| CP/163 | 10 | BAYER | A | T/735444 | Executed | EUR | 245000 | 10% | EUR | 24500 | EUR | 24500 | Ministry of Financial Treasury | 8979 | 01-May-02 | | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| CP/155 | 10 | DAW | A | T/734776 | Executed | USD | 126835.8 | 10% | EUR | 12683.58 | EUR | 13800 | Ministry of Financial Treasury | 8979 | 18-Mar-02 | 6674 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| CP/166 | 10 | DAW | A | T/734550 | Executed | USD | 330876 | 10% | EUR | 33087.6 | EUR | 36000 | Ministry of Financial Treasury | 8979 | 18-Mar-02 | 6674 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| **Phase Eleven** | | | | | | | | | | | | | | | | | |
| CP/171 | 11 | LOD | A | V/736132 | Partially Executed | EUR | 692000 | 10% | EUR | 69200 | EUR | 69200 | Central Bank of Iraq | | 12-Jun-02 | 991 | |
| CP/174 | 11 | PROBELTE | A | | | EUR | 183111.5 | 10% | EUR | 18311.15 | EUR | 18311.15 | Ministry of Financial Treasury | 8979 | 05-May-02 | | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| CP/175 | 11 | PREMIER | A | | | EUR | 36850 | 10% | EUR | 3668.5 | | | | | | | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| CP/178 | 11 | MEDMAC | A | V/737534 | | EUR | 251875 | 10% | EUR | 25187.5 | | | | | | | |
| CP/190 | 11 | LOD | A | V/736463 | | EUR | 400000 | 10% | EUR | 40000 | EUR | 40000 | Central Bank of Iraq | ر1077 28/6/02 | | 1077 in 28/6 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| CP/189 | 11 | LOD | A | | | EUR | 104000 | 10% | EUR | 10400 | | | | | | | |
| CP/153 | 11 | Dabana | A | V 734879 | Executed | EUR | 145000 | 10% | EUR | 14500 | EUR | 14500 | Central Bank of Iraq | 90689 | | 12/10/2002 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| CP/185 | 11 | ARD | A | | | EUR | 1725000 | 10% | EUR | 172500 | | | | | | | |
| CP/182 | 11 | ARD | A | | | EUR | 1048900 | 10% | EUR | 104890 | | | | | | | |
| CP/179 | 11 | MEDMAC | A | V/737774 | | EUR | 35500 | 10% | EUR | 3550 | | | | | | | |

Pesticides

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/169 | 11 | Insecticides | A | | | EUR | 5500 | 10% | EUR | 5500 | | | | | |
| CP/172 | 11 | DAW | A | | | EUR | 354000 | 10% | EUR | 35400 | | | | | |
| CP/173 | 11 | DAW | A | | | EUR | 460000 | 10% | EUR | 46000 | | Ministry of Financial Treasury | 8979 | 19-Nov-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| | | | | | | | | | | | | | | | |
| CP/188 | 11 | Ecroycel | P | | | EUR | 176400 | 10% | EUR | 17640 | | | | | |
| CP/186 | 11 | Ezacro | A | | | EUR | 239750 | 10% | EUR | 23975 | | | | | |
| CP/181 | 11 | VAPCO | A | | | EUR | 147290 | 10% | EUR | 14729 | | | | | |
| CP/192 | 11 | UNITED | A | | | EUR | 64600 | 10% | EUR | 6460 | | | | | |
| CP/177 | 11 | Al-Yamama | A | | | EUR | 180000 | 10% | EUR | 18000 | | | | | |
| CP/170 | 11 | Dabana | A | | | EUR | 429625 | 10% | EUR | 42962.5 | | | | | |
| CP/187 | 11 | Al-Yamama | A | | | EUR | 161000 | 10% | EUR | 16100 | | | | | |
| CP/191 | 11 | Ekrevar | A | | | EUR | 58130 | 10% | EUR | 5813 | | | | | |
| CP/176 | 11 | BAYER | A | | | EUR | 75500 | 10% | EUR | 7550 | | Ministry of Financial Treasury | 8979 | 19-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| CP/197 | 11 | Insecticides | A | | | EUR | 1578500 | 10% | EUR | 157850 | | | | | |
| CP/193 | 11 | Ekrocem | A | | | EUR | 11000 | 10% | EUR | 1100 | | | | | |
| CP/194 | 11 | BAYER | A | | | EUR | 511900 | 10% | EUR | 51190 | | Ministry of Financial Treasury | 8979 | 19-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| CP/198 | 11 | Ard | A | | | EUR | 31800 | 10% | EUR | 3180 | | | | | |
| CP/199 | 11 | Ard | A | | | EUR | 5500 | 10% | EUR | 550 | | | | | |
| CP/203 | 11 | Ard | A | | | EUR | 45520 | 10% | EUR | 4552 | | | | | |
| CP/200 | 11 | Ard | A | | | | | | | | | | | | |
| CP/201 | 11 | Ard | A | | | | | | | | | | | | |
| CP/202 | 11 | Ard | A | | | | | | | | | | | | |
| CP/204 | 11 | senginta | A | | | | | | | | | | | | |
| CP/205 | 11 | senginta | A | | | | | | | | | | | | |
| CP/206 | 11 | senginta | A | | | | | | | | | | | | |
| CP/148 | 11 | LOD | A | V 735027 | Executed | EUR | 478400 | 10% | EUR | 47840 | | Central Bank of Iraq | | 23-Apr-02 | 7042 Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |

**Phase Twelve**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CP/138 | 12 | Ezacro | A | | | | | | | | | | | | |
| CP/195 | 12 | Insecticides | A | | | EUR | 61250 | 10% | EUR | 6125 | | | | | |
| CP/207 | 12 | LOD | A | | | EUR | 480000 | 10% | EUR | 48000 | | | | | |
| CP/209 | 12 | senginta | | | | EUR | 1640350 | 10% | EUR | 1640350 | | | | | |
| CP/210 | 12 | Al-Urdoniya | | | | EUR | 607000 | 10% | EUR | 60700 | | | | | |
| CP/215 | 12 | PROBELTE | | | | EUR | 334915 | 10% | EUR | 33491.5 | | | | | |
| CP/217 | 12 | Al-Alemya | | | | EUR | 175000 | 10% | EUR | 17500 | | | | | |
| CP/219 | 12 | LOD | A | | | EUR | 92000 | 10% | EUR | 9200 | | | | | |
| CP/212 | 12 | Ard | | | | EUR | 671250 | 10% | EUR | 67125 | | | | | |
| CP/226 | 12 | Al-Alemiya | | | | EUR | 172500 | 10% | EUR | 17250 | | | | | |
| CP/228 | 12 | Dabana | | | | EUR | 140000 | 10% | EUR | 14000 | | | | | |

IIC-GOI-220858

IIC-GOI-220859

| Pesticides | | |
|---|---|---|
| | | |