
# Exhibit 7

Phase 12

| Notes | Letter date | Contract No. | Check date | Check No. | Currency | After sale services | Original contract value | Currency | Total Contract value | Contract excution peroid from L/C date in months | Date | L/C No. Bnp | Supplier Name | Request No. | Approval No. | No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Talib Mahdi Jasim | 9/2/2013 | 195 | 9/2/2010 | Talib Mahdi Jas | € | 7,490.0 | 74900 | € | 82390 | 8 | | | Nippon | 40/2002/359 | 1200107 | 1 |
| Talib Mahdi Jasim | 9/2/2010 | 187 | 9/2/2003 | Talib Mahdi Jas | € | 9,048.0 | 90475.6 | € | 99523.1 | 9 | | | Chinameheco | 40/2002/333 | 1200019 | 2 |
| Talib Mahdi Jasim | 6/2/2024 | 220 | 9/2/2010 | Talib Mahdi Jas | € | 4,573.0 | 45726.52 | € | 50299.52 | 4 | | | Orion | 40/2002/323 | 1200109 | 3 |
| Talib Mahdi Jasim | 6/2/2017 | 206 | 9/2/2009 | Talib Mahdi Jas | € | 122,680.0 | 1226799.73 | € | 1349479.73 | 11 | | | Gulf | 40/2002/332 | 1200053 | 4 |
| Talib Mahdi Jasim | 6/2/2017 | 201 | 9/2/2012 | Talib Mahdi Jas | € | 35,657.0 | 356565.82 | € | 392222.82 | 14 | | | D.A.D | 40/2000/364 | 1200071 | 5 |
| Talib Mahdi Jasim | 7/2/2008 | 253 | 9/2/2023 | Talib Mahdi Jas | € | 3,767.0 | 37658.7 | € | 41425.7 | 13 | | | Cipla | 40/2002/335 | 1200250 | 6 |
| Talib Mahdi Jasim | 6/2/2017 | 200 | 10/2/2007 | Talib Mahdi Jas | € | 2,400.0 | 23999.6 | € | 26399.6 | 4 | | | Advanced | 40/2002/351 | 1200086 | 7 |
| Talib Mahdi Jasim | 6/2/2023 | 219 | 10/2/2009 | Talib Mahdi Jas | € | 9,112.0 | 91111.75 | € | 100223.75 | 4 | | | Ebewe | 40/2002/300 | 1200022 | 8 |
| Talib Mahdi Jasim | 6/2/2018 | 210 | 10/2/2019 | Talib Mahdi Jas | € | 1,125.0 | 11250 | € | 12375 | 4 | | | Eczachibasi | 40/2002/341 | 1200073 | 9 |
| | 6/2/2020 | 52 | 10/2/2021 | Talib Mahdi Jas | € | 3,907.5 | 39074.59 | € | 42982.89 | 4 | | | Satelec | 72/2000/696/6/A | 1200090 | 10 |
| | 6/2/2020 | 216 | 10/2/2021 | Talib Mahdi Jas | € | 3,915.1 | 39150.32 | € | 43066.32 | 4 | | | Amman | 40/2002/427 | 1200089 | 11 |
| | 7/2/2027 | 65M | 10/2/2017 | Talib Mahdi Jas | € | 9,997.9 | 99978.5 | € | 109976.35 | 4 | | | Sofarm | 83/2001/620 | 1200307 | 12 |
| | 6/2/2029 | 231 | 11/2/2013 | Talib Mahdi Jas | € | 204,339.0 | 2043390 | € | 2247729 | 16 | | | Chinameheco | 40/2002/425 | 1200093 | 13 |
| | 6/2/2020 | 217 | 11/2/2025 | Talib Mahdi Jas | € | 6,670.0 | 66689 | € | 73359 | 4 | | | Egyption | 40/2002/324 | 1200054 | 14 |
| | 7/2/2015 | 265 | 12/2/2001 | Talib Mahdi Jas | € | 145,414.0 | 1454135.54 | € | 1599549.54 | 8 | | | N.Vorganon | 40/2002/490 | 1200322 | 15 |
| | 7/2/2015 | 264 | 12/2/2001 | Talib Mahdi Jas | € | 28,043.0 | 280421.75 | € | 308464.75 | 8 | | | N.Vorganon | 40/2002/488 | 1200325 | 16 |
| | 8/2/2014 | 300 | | Talib Mahdi Jas | € | 8,064.0 | 80631 | € | 88694.1 | 8 | | | Amoun | 40/2002/500 | 1205505 | 17 |
| | 6/2/2026 | 227 | 12/2/2017 | Talib Mahdi Jas | € | 1,684.0 | 16832.4 | € | 18515.64 | 9 | | | planer | 34/2001/542 | 1200075 | 18 |
| | 7/2/2015 | 260 | 12/2/2026 | Talib Mahdi Jas | € | 6,282.0 | 62809.7 | € | 69091.7 | 11 | | | Biologici | 40/2002/440 | 1200125 | 19 |
| | 4/2/1930 | 126 | 1/2/2009 | Talib Mahdi Jas | € | 96,250.0 | 962500 | € | 1058750 | 10 | | | Biotest | 40/2002/254 | 1200378 | 20 |
| | 6/2/2017 | 204 | 12/2/2011 | Talib Mahdi Jas | € | 355.0 | 3548.9 | € | 3903.9 | 4 | | | Massoud | 40/2002/316 | 1200230 | 21 |
| | 8/2/2020 | 311 | 12/2/2029 | Talib Mahdi Jas | € | 994.0 | 9935.6 | € | 10929.6 | 4 | | | Massoud | 40/2002/571 | 1200713 | 22 |
| | 9/2/2012 | 94 | 12/2/2023 | Resources Ban | € | 17,081.7 | 170817 | € | 187898.7 | 4 | | | Eastman | 96/2002/154 | 1200707 | 23 |
| | 7/2/2022 | 259 | 12/2/2022 | Talib Mahdi Jas | € | 2,398.0 | 23977.3 | € | 26375.3 | 4 | | | Glaxo | 40/2002/347 | 1200432 | 24 |
| | 6/2/2024 | 221 | 1/3/2012 | Talib Mahdi Jas | € | 11,760.0 | 117600 | € | 129360 | 4 | | | A.P.M | 40/2002/321 | 1200305 | 25 |
| | 6/2/2024 | 222 | 1/3/2012 | Talib Mahdi Jas | € | 38,183.0 | 381820.05 | € | 420003.05 | 11 | | | A.P.M | 40/2002/301 | 1200271 | 26 |
| | 7/2/2010 | 57M | 10/2/2002 | | | 1,620.0 | 16169.92 | € | 17787.92 | 6 | | | Spectra | 91/2001/822 | 1200246 | 27 |
| | | | 11/2/2004 | 23717 | € | 1.5 | 6816692.57 | € | 7498363.62 | 10 | | | Aesculap | 99/2001/596/2 | 1200323 | 28 |
| | 6/2/2003 | 43 | 12/2/2004 | 26457 | € | 703.0 | 7020.25 | € | 7723.25 | 4 | | | Aesculap | 72/2001/76/D | 1200076 | 29 |
| | 6/2/2007 | 180 | 12/2/2016 | 28925 | € | 1,517.0 | 15166.92 | € | 16683.92 | 4 | | | Asia | 40/2002/303 | 1200404 | 30 |
| | 7/2/2021 | 63 | 12/2/2004 | 29644 | € | 5,953.0 | 59521.25 | € | 65474.25 | 8 | | | Aesculap | 89/2001/87 | 1200169 | 31 |
| | 8/2/2025 | 316 | 10/2/2017 | 28925 | € | 3,207.0 | 29097 | € | 32006.7 | 10 | 7/2/2017 | P735799 | Diamond | 34/2001/939 | 1200881 | 32 |
| Part of the Guaranty | 10/2/2009 | 1096 | 12/2/1931 | 25078 | € | 268,655.0 | 17134819.55 | € | 18848302.55 | 9 | | | Nile | 85/2000/1023 | 1200004 | 33 |
| | | | | 30962 | | | | | | | | | | | | |