# Exhibit 8

Veterinary

## Veterinary

| Contract No. | Company | Contract Statuse | BNP | Received | Contract Value without the inflation | Inflation persantege | Inflation Amount | Paid amount | paid to | Account No. | Date and No. of letter | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Phase Eight** | | | | | | | | | | | | |
| VETE/151 8 | VETAL | A | C730827 | Executed | $1,119,000 | 5% | S.Fr 96962 | S.Fr 96962 | Ministry of finance Treasury | 8981 | 19-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in 17- Sept -2002 |
| VETE/153 8 | Angelique International | A | | | $142,605 | 10% | $14260,5 | | | | | |
| VETE/156 8 | SOVETEX | A | C732948 | Executed | $1,057,500 | 5% | $52,875 | € 63443,35 | Iraqi Central Bank | | 19-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 2158 in 2-Jan-2003 |
| VETE/157 8 | Lika | A | | | $527,000 | 5% | $26,350 | | | | | |
| VETE/161 8 | Dar Al-Dawaa | A | | | $59,200 | 10% | $5,920 | | | | | |
| VETE/168 8 | Karl Kolb | A | | | $142,324 | 10% | $14,232 | | | | | |
| VETE/169 8 | MJT | P | | | $377353,1 | 10% | $37735,31 | | | | | |
| VETE/171A 8 | LOD | P | | | $66,635 | 10% | 6663,5 | | | | | |
| VETE/173 8 | LOD | H | | | $236,250 | 10% | $23,625 | | | | | |
| VETE/174 8 | CZV | H | | | $180,000 | 10% | $18,000 | | | | | |
| VETE/175 8 | FATRO | A | C730622 | Executed | $175,500 | 10% | $17,550 | € 21203,79 | Ministry of finance Treasury | 8979 | 29-Apr-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| VETE/176 8 | LOD | H | | | $94,526 | 10% | $9452,6 | | | | | |
| VETE/172 8 | LOD | A | | | $3,476 | 10% | $347,6 | | | | | |
| VETE/159 8 | MEDCO | A | C726200 | Executed | € 276308,04 | 10% | D.M 31768 | $11,750 | Ministry of finance Treasury | | Al-Rafidai /Amman letter 13164 in 17- June-02 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-01 |
| VETE/164 8 | Indian Immu | A | C726723 | Executed | $59,400 | 10% | $5,940 | $5,940 | Ministry of finance Treasury | 7872 | Al-Rafidai /Amman letter 10-July-01 | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport letter No.7722 in 13-June-02 |
| VETE/152 8 | Merial | A | C725891 | Executed | € 1363365,3 | 10% | D.M 266655 | € 5,670 | Al-Rafidai /Amman | | Al-Ehlee Jordainian Bank 61587 in 2-Aug-2001 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/158 8 | Serapameez | A | C725426 | Executed | | | $21,280 | € 130668,82 | Al-Rafidai /International | 830/2000 | Al-Rafidai /International 340294 in 8-Aug-2001 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| | | | | | | | | | Company's Share was paid From the Extra transport charge according to the the State Co. for Water Transport bank letter No. 1296 in 30-Oct-01 and 1071 in 11-July-02 | | 14325 in 28-June-01 | |
| VETE/154 8 | Intervete | A | C729011 | Executed | € 866611,92 | 10% | D.M 84749 | F.Fr. 284230 | Ministry of finance Treasury | 8837 | 16030 in 17-July-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/155 8 | Medmac | A | c725652 | Executed | € 430335,07 | 10% | D.M 42079 | $18,300 | Ministry of finance Treasury | 8782 | 293520868 in 16-Jan-01 | Company's Share was paid according to the iraqi central bank letter No. 1296 in 30-Oct-01 |
| VETE/163 8 | Al-Shark | A | C725662 | Executed | G.Malk 360516,81 | 5% | D.M 18027 | $7,860 | Ministry of finance Treasury | 620 | 702/47-1 in 27-Dec 01 | Company's Share was paid according to the iraqi central bank letter No. 1296 in 30-Oct-01 |
| VETE/165 8 | INVESA | A | C726484 | Executed | € 66,465 | 10% | D.M 12996,5 | $6,046 | Al-Rafidai /Amman | 8782 | 702/45-1 in 1 March-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/166 8 | SP. VETERINARY | A | C726491 | Executed | G.Malk 136335 | 10% | G.Malk 13633,5 | $6,100 | Al-Rafidai /Amman | 8782 | 09-Jul-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/160 8 | LA VETERINERIA | A | C725604 | Executed | € 126478,49 | 10% | D.M 12369 | $5,400 | Ministry of finance Treasury | 620 | 21466 in 17-Sept. 2001 | Company's Share was paid according to the iraqi central bank letter No. 1296 in 30-Oct-01 |
| | | | | | | | | € 37239,44 | Ministry of finance Treasury | 8979 | 02-Oct-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/162 8 | MUBEDCO | A | C725660 | Executed | € 750259,01 | 5% | D.M 72834 | $249 | Al-Rafidai /Baghdad | 620 | 23538 in 9-Oct. 2001 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/172 8 | LOD | A | C729497 | Executed | F.Fr 106671,8 | 10% | $1,346 | F.Fr 10667,18 | Ministry of finance Treasury | 8837 | | |
| VETE/170 8 | LOD | A | | | F.Fr. 27547,6 | | | F.Fr. 2754,76 | | | | |
| **Phase Nine** | | | | | | | | | | | | |
| VETE/167 A 9 | Krusse | A | L/733383 | Executed | $287,532 | 10% | $2,875,302 | € 77340,52 | Ministry of finance Treasury | | 04-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-20002 |
| VETE/167 9 | Krusse | A | L/733482 | Executed | $684,610 | 10% | $68,461 | $68,461 | French-Labanis Bank/Beirut sponser No.05399/11 until 30 March 2003 | | | |
| VETE/181 9 | Vetal/ Turkey | A | L/736061 | Executed | $62,500 | 10% | € 6,250 | | Ministry of finance Treasury | | | Transfere and Export Bank 01/7231/2002 |
| VETE/182 9 | MUBEDCO/Jordan | A | L/732810 | Executed | € 1,129,000 | 10% | € 1,129,000 | € 112,915 | Iraqi Central Bank | 90689 | 27-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| VETE/193 9 | FATRO/Italy | A | L/733382 | Executed | € 63,399 | 10% | € 6339,9 | € 6,340 | Ministry of finance Treasury | 8979 | 08-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |

IIC-GOI-291199

IIC-GOI-291200

Veterinary

| Code | Name | | Contract No. | Status | Amount | % | Amount 2 | Currency | Bank | Ref | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VETE/195 9 | La VETERINER/A /Italy | A | L733059 | Executed | €359,500 | 10% | €359,500 | G. Mark 30312 | Ministry of finance Treasury | 8979 | 12201 in 21 May 2002 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| VETE/196 9 | Medmac/ Jordan | A | L733232 | Executed | €489,600 | 10% | €48,960 | | | | | |
| VETE/200 9 | SoVETEX/ Tunisia | A | L736485 | | €501,600 | 10% | €50,160 | | | | | |
| VETE/204 9 | Medco/Syria | A | L733025 | Executed | €805,000 | 10% | €80,500 | ? 340586 | | | | paid in £ 49771 |
| VETE/208 9 | Jordan Insecticide/Jordan | A | | | €633,000 | 10% | €63,300 | | | | | Sponsor issued by Al-Ethad Bank for Credit and investment No.2002 7510003 |
| VETE/210 9 | Holding/Egypt | A | L733309 | Executed | €1,260,607 | 10% | €126060,7 | €125956,9 | Al-Wassil & Babil | | 05-Jan-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| VETE/215 9 | Enipi/ Europian Union | | | | €75,050 | 10% | €7,505 | | | | | |
| VETE/216 9 | Enipi/ Europian Union | | | | €2,700,000 | 10% | €270,000 | | | | | |
| VETE/213 9 | Neba/ Jordan | A | | | €9,861 | 10% | €9864,1 | | | | | |
| VETE/217 9 | Witeg/ Germany | A | | | €44,229 | 10% | €4422,9 | | | | | |
| VETE/214 9 | Al-Sayad Trading | A | | | €76,250 | 10% | €7,625 | | | Ministry of finance Treasury | | |
| VETE/191 9 | Arab/ Jordan | A | L733488 | Executed | €361,500 | 10% | €36,150 | €36,150 | Jordan Bank | | 03-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| VETE/179 9 | Al-Shark/Syria | A | L735922 | Executed | €348,610 | 10% | €34,861 | $30,310 | Iraqi Central Bank | 620 | 17-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| VETE/184 9 | Bayer/ Turkey | A | L730438 | Executed | €640,000 | 10% | €64,000 | €64,000 | Iraqi Central Bank | 90689 | 293521603 in 22-May-2002 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/177 9 | S.M Chemicals/Mal | A | L729418 | Executed | £8439 | | $12,116 | | | | | Company's Share was paid From the Extra Transport charge according to the the State Co. for Water Transport letter No.10055 in 28-Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| VETE/180 9 | Alved/ India | A | L732507 | Executed | | | €3,998 | | | | | After Sales amount was paid to the State Co. of Water transport according to Al-Rafedain Bank (HQ) Letter issued in 30-May-2002 Company's Share was paid according to the the State Co. for Water Transport letter No.18299 in 29- |
| VETE/197 9 | Norvet/ UAE | A | L734496 | Executed | €36,300 | 10% | €3,630 | €3,630 | Iraqi Central Bank | 90620 | 13-Mar-02 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/187 9 | Al-Soria/ Syria | A | L731226 | Executed | €167,500 | 10% | €16,750 | S.Fr 25518,5 | Ministry of finance Treasury | 8981 | 22907 in 2-Oct. 2001 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/189 9 | S.P/ Spain | A | L730715 | Executed | €97,800 | 10% | €9,780 | $8,963 | Al-Rafedain /Amman | 8782 | 06-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/201 9 | Vapco/ Jordan | A | L733620 | Executed | €44,250 | 10% | €4,452 | $3,986 | Ministry of finance Treasury | 620 | 23-Jan-01 | Company's Share was paid according to the iraqi central bank letter No. 1071 in 11-July-2002 |
| VETE/202 9 | merial/France | A | L733041 | Executed | €54,960 | 10% | €5,496 | €5496,1 | Ministry of finance Treasury | 8979 | 848 in 13-Jan-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| VETE/190 9 | Uved Co./Jordan | A | L734377 | Executed | €44,250 | 10% | €4,425 | €4,425 | Ministry of finance Treasury | 8979 | 7243 in 24-March-02 | Company's Share was paid according to the iraqi central bank letter No. 856 in 11-Jun-02 |
| VETE/178 9 | Syva /Spain | A | L731637 | Executed | €167854,4 | 10% | €16,786 | $15,429 | Al-Rafedain /Baghdad | 90320 | | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/183 9 | Doxal/Italy | A | L731642 | Executed | €64,020 | 10% | D.M 11383 | D.M 11384 | Al-Rafedain /Baghdad | | 06-Oct-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/185 9 | Kela/Belgium | A | L731512 | Executed | €21,700 | 10% | F.Fr 14234 | F.Fr 14236,72 | Ministry of finance Treasury | 8837 | 23401 in 8-Oct-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/188 9 | Immun/Indai Indian | A | L732023 | Executed | €162,550 | 10% | €16,255 | €16,255 | Ministry of finance Treasury | 9879 | 25257 in 29-Oct-2001 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/194 9 | INVESA/Spain | A | L732008 | Executed | €69,120 | 10% | D.M 13519 | D.M 13520 | Al-Rafidai /Amman | 8982 | 25357 in 30-Oct-2001 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/198 9 | Rawass/Syria | A | L731687 | Executed | €7,887 | 10% | D.M 4433 | £4424 | Al-Rafedain /Baghdad | | 14-Oct-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| VETE/206 9 | Serra pamies/Spain | A | L731641 | Executed | €95,000 | 10% | €9,500 | $8,732 | Al-Rafedain /Baghdad | 620 | 16-Oct-01 | Company's Share was paid according to the iraqi central bank letter No. 1015 in 12-Dec-2001 |
| FP/3 | NEBA | A | | | | | | | | | | | |
| AR/10 | LOD | A | | | | | | | | | | | |
| AR/11 | NUTRIS | A | | | | | | | | | | | |
| AR/12 | Intervete | A | | | | | | | | | | | |
| AR/13 | Nile | H | | | | | | | | | | | |
| AR/14 | Karl Kolb | H | | | | | | | | | | | |
| AR/15 | NUTRIS | H | | | | | | | | | | | |
| AR/16 | NUTRIS | H | | | | | | | | | | | |

**Phase Ten**

| | | | | | | | €27087,5 | Iraqi Central Bank | 90689 | 13-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |

IIC-GOI-291201

Veterinary

| ID | Company | | Contract | | Status | Value | % | Amount | | Payer | Amount Paid | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vet228_10 | Mubedco | A | T733783 | | Executed | €2,668,750 | 10% | €266,875 | | Al-Rafedain Bank HQ | €21,560 | 29-Sep-02 | Company's Share was paid according to the Iraqi central bank letter No. 1963 in 2-Dec-2002 |
| | | | | | | | | | | Al-Rafedain Bank HQ | €75,350 | 12-Aug-02 | Company's Share was paid according to the Iraqi central bank letter No. 1963 in 2-Dec-2002 |
| | | | | | | | | | | Al-Rafedain Bank HQ | €53,581 | 12-Oct-02 | Company's Share was paid according to the Iraqi central bank letter No. 1963 in 2-Dec-2002 |
| | | | | | | | | | | Al-Rafedain Bank HQ | €8,140 | 12-Oct-02 | Company's Share was paid according to the Iraqi central bank letter No. 1963 in 2-Dec-2002 |
| | | | | | | | | | | Al-Rafedain Bank HQ | €6307.49 | 06-Nov-02 | Company's Share was paid according to the Iraqi central bank letter No.2158 in 2 Jan 2003 |
| | | | | | | | | | | | | | €253468.79 was paid according to Iraqi Central Bank letter No.499 in 10 March 2003  13306.21 left |
| Vet226_10 | Jordian | A | T733560 | | Executed | €206,000 | 10% | €20,600 | | Ministry of Finance Treasury | €20,600 | 12-Dec-02 | Al-Rafidai /Amman letter |
| Vet239_10 | Holding | A | T737470 | | Executed | €450,000 | 10% | €4,500 | | Al-Wassil & Babil | €4487.14 | | |
| Vet232_10 | Alved | A | T735076 | | | €32,050 | 10% | €3,205 | | | €3,205 | | Paid/ Umm Qassir/ Water Transport |
| Vet225_10 | Arab | A | T734530 | | Executed | €1,218,000 | 10% | €121,800 | | Ministry of finance Treasury | €121,800 | 15-Jan-03 | Paid according to Al-Rafidair/ Amman Bank letter No. 490 in 10 March 2003 |
| Vet243_10 | AIFASAN | A | T734192 | | Executed | €159,000 | 10% | €15,900 | | Iraqi Central Bank | €15,900 | Al-Ehlee Jordianian Bank 340668/ Canceled | |
| Vet219_10 | INDIAN IMMUN | A | T737412 | | Partially Executed | €2,165,850 | 10% | €216,585 | | | | 3109222515300 1 in 28-Feb. 2003 | |
| Vet244_10 | NUTRIS | A | | | | €349,413 | 10% | 34941,3 | | | | | |
| Vet231_10 | Rawass | A | T736290 | | Executed | €80,700 | 10% | €8,070 | | Iraqi Central Bank | €8,070 | 07-Nov-02 | Company's Share was paid according to the Iraqi central bank letter No.2158 in 2 Jan 2003 |
| Vet218_10 | Vetal | H | | | | €280,000 | 10% | €28,000 | | | | | |
| Vet227_10 | Uved Co. | A | | | | €60,000 | 10% | €6,000 | | | | | |
| Vet233_10 | Doxal | A | T734691 | | Executed | €262,500 | 10% | €26,250 | | | | | |
| Vet240_10 | La Vet. | A | T736709 | | Executed | €1,748,000 | 10% | €174,800 | | | | 190829401530 01 in 18-Feb.2003 Al Iskan Bank for Trading and Funding | |
| Vet247_10 | KAHDI | A | | | | €2,511,300 | 10% | €251,130 | | | | | |
| Vet245_10 | Nile | A | | | | €692,000 | 10% | €69,200 | | | | | |
| Vet224_10 | Medimac | A | T/733296 | | Executed | €2,220,000 | 10% | €222,000 | | Ministry of finance Treasury | €222,000 | 29-Dec-02 | Paid according to Al-Rafidain/ Amman Bank letter No. 490 in 10 March 2003 |
| Vet248_10 | Karl Kolb | A | | | | €699,331 | 10% | €69933,1 | | | €2,000 | 01-Sep-03 | |
| Vet246_10 | Karl Kolb | A | | | | €1,526,365 | 10% | €152636,5 | | | | | |
| Vet230_10 | Medico | A | | | | €170,000 | 10% | €17,000 | | | | | |
| Vet221_10 | Intervete | A | | | | €2,397,090 | 10% | €239,709 | | | | | |
| Vet241_10 | Medico | A | T/736428 | | Executed | €140,000 | 10% | €14,000 | | Jordan Bank | €14,000 | 06-Jan-03 | Paid according to Al-Rafidain/ Amman Bank letter No. 490 in 10 March 2003 guarantee letter 340625 letter No. |
| Vet220_10 | CEVA | A | | | | €322,500 | 10% | €32,250 | | | | 21-Jan-03 | |
| Vet235_10 | S.P.VET. | A | T/736114 | | Executed | €19,200 | 10% | €1,920 | | Jordan Bank | €1,920 | 24-Jun-02 | Company's Share was paid according to the Iraqi central bank letter No. 1488 in17-Sept-2002 |
| Vet238_10 | INVESA | A | T/736046 | | Executed | €35,500 | 10% | €3,550 | | Jordan Bank | €3,550 | 24-Jun-02 | Company's Share was paid according to the Iraqi central bank letter No. 1488 in17-Sept-2002 |
| Vet234_10 | Serra pamies | A | T/733330 | | Executed | €207,550 | 10% | €20,755 | | Gentral Treasury | $18,531 | 30-Jan-02 | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| Vet236_10 | SYVA | A | T/734878 | | Executed | €39,900 | 10% | €3,990 | | Gentral Treasury | €3,990 | 25-Apr-02 | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| Vet229_10 | Al-Shark | A | T/733024 | | Executed | €133,000 | 10% | €13,300 | | Al-Rafidai /Amman | €13,300 | 04-Mar-02 | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| Vet171_10 | LOD | A | T/632235 | | Executed | $43,835 | 10% | $4383,5 | | Ministry of finance Treasury | $4840.62 | | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| Vet223_10 | VAPCO | A | T/733010 | | Executed | €118,520 | 10% | €11,852 | | Ministry of finance Treasury | $10,468 | 19-Dec-01 | Company's Share was paid according to the Iraqi central bank letter No. 1071 in 11-July-2002 |
| Vet222_10 | MERIAL | A | T/734272 | | Executed | €50,800 | 10% | €5,080 | | Ministry of finance Treasury | €5,080 | 6674 in 18-March-02 | Company's Share was paid according to the Iraqi central bank letter No. 856 in 11-Jun-02 |

### Phase Eleven

| ID | Company | | Contract | | Status | Value | % | Amount | | Payer | Amount Paid | Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vet249_11 | MERIAL | A | | | | €147,500 | 10% | €14,750 | | | | | |
| Vet250_11 | CEVA | A | | | | €280,000 | 10% | €28,000 | | | | | |
| Vet251_11 | VAPCO | A | V/736075 | | Executed | €276,320 | 10% | €27,632 | | Al-Rafidai /Amman | €27,632 | 18-Dec-02 | letter 2935228975 Arabic Bank Guarantee letter No. 340587 /Canceled |
| Vet252_11 | LAFTER NARIA | A | | | | €1,330,000 | 10% | €133,000 | | | | | |
| Vet253_11 | MUBEDCO | A | V/737318 | | Executed | €1,398,000 | 10% | €139,800 | | Ministry of finance Treasury | €133,000 | 08-Mar-03 | Guarantee letter No.340932 |
| Vet254_11 | AL-Arab | A | V/736839 | | Executed | €440,000 | 10% | €44,000 | | Ministry of finance Treasury | €76,230 | 17-Dec-02 | Al-Rafidai /Amman letter |
| Vet255_11 | Midmac | A | V/735936 | | Partially Executed | €1,438,300 | 10% | €143,830 | | | €44,000 | | |
| Vet258_11 | SM Chimical | A | | | | €425,300 | 10% | €42,530 | | | | | |
| Vet261_11 | Acmavet | A | V/736482 | | Executed | €75,000 | 10% | €7,500 | | Ministry of finance Treasury | $7,453 | 29-Jul-01 | Company's Share was paid according to the Iraqi central bank letter No. 1761 in 3-Nov-2002 |
| Vet262_11 | Doxal | A | | | | €125,000 | 10% | €12,500 | | | | | |
| Vet263_11 | HOLDING | A | | | | €1,849,300 | 10% | €184,930 | | | | | 2935231313 in 1-March-03 |

Veterinary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vet264 11 | Bayer | A | V/736225 | Executed | € 1,800,000 | 10% | € 180,000 | | | 90689 | Iraqi Central Bank Garentee letter No. 340617 until 31-March-03 |
| Vet265 11 | Kela | A | | | € 69,000 | 10% | € 6,900 | | | | |
| Vet266 11 | ACDIVET | A | V/736220 | Executed | € 76,600 | 10% | € 7,660 | € 7,660 | Jordan Bank | | 23-Jun-02 | Company's Share was paid according to the iraqi central bank letter No.2158 in 2 Jan 2003 |
| Vet267 11 | Priemer | A | | | € 50,000 | 10% | € 5,000 | | | | | |
| Vet268 11 | NOVARTIS | A | | | € 300,000 | 10% | € 30,000 | | | | | |
| Vet270 11 | Cebela | A | | | € 34,200 | 10% | € 3,420 | € 3,420 | Jordan Bank | Ministry of finance Treasury | 16-Jun-02 | Company's Share was paid according to the iraqi central bank letter No. 1488 in17-Sept-2002 |
| Vet271 11 | Jovet | A | V/736233 | Executed | € 42,000 | 10% | € 4,200 | € 4,200 | Ministry of finance Treasury | 8979 | 23-Dec-02 | Al-Rafidai /Amman |
| Vet272 11 | India Immu | A | V/737951 | Partially Executed | € 79,200 | 10% | € 7,920 | € 7,920 | Ministry of finance Treasury | 8979 | 17-Oct-02 | Company's Share was paid according to the iraqi central bank letter No. 1963 in 2-Dec-2002 |
| Vet273 11 | Al-Urdunia | A | V/735437 | Executed | € 1,300,000 | 10% | € 130,000 | € 13,000 | Ministry of finance Treasury | 8979 | 12-Dec-02 | Al-Rafidai /Amman letter |
| Vet274 11 | Fatro | A | V/736303 | Executed | € 50,600 | 10% | € 5,060 | | Paid amount | | | Sponcer issued from Jordan Bank LC/JA/1653/2002 |
| Vet275 11 | SB Veternaria | A | | | € 46,000 | 10% | € 4,600 | | | | | |
| Vet276 11 | Envesa | A | V/736845 | Executed | € 209,350 | 10% | € 20,935 | € 20,935 | Jordan Bank | | 18-Aug-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| Vet277 11 | Calier | A | V/736365 | Executed | € 24,255 | 10% | € 2425,5 | € 2425,6 | Ministry of finance Treasury | 8979 | 14-Sep-02 | Company's Share was paid according to the iraqi central bank letter No. 1761 in 3-Nov-2002 |
| Vet278 11 | CEVA | A | | | € 118,000 | 10% | € 11,800 | | | | | |
| Vet259 11 | ALVED | A | | | € 32,700 | 10% | € 3,270 | | | | | |
| Vet283 11 | HOLDING | A | | | € 213,300 | 10% | € 21,330 | | | | | |
| Vet260 11 | Al-Noor | A | | | € 1,084,500 | 10% | € 1,084,500 | | | | | |
| Vet282 11 | HAUPTNER | A | | | € 110,100 | 10% | € 11,010 | | | | | |
| Vet279 11 | Al-Hoda | A | | | € 43,100 | 10% | € 4,310 | | | | | |
| Vet199 11 | Al-Yemama | A | V/736303 | | € 459,052 | 10% | € 45905,2 | | Sponcer issued by Exports and Funding d Bank No.01/007530/2002 € 445906 was paid | | | |
| Vet280 11 | Krusse | A | | | | | | | | | | |
| Vet257 11 | Al Arab | A | | | € 168,000 | 10% | € 16,800 | | | | | |
| Vet281 11 | Enip | A | | | € 138222 | 10% | € 1382,25 | | | | | |
| Vet269 11 | Mubedco | A | | | € 40,000 | 10% | € 4,000 | | | | | |
| **Phase Twelve** | | | | | | | | | | | | |
| Vet220 12 | CEVA | A | P/737846 | Executed | | | | | | | | |
| Vet256 12 | MEDCO | A | | | | | | | | | | |
| Vet284 12 | LDVDG | P | | | € 1,743,350 | 10% | € 174,335 | | | | | |
| Vet285 12 | CEVA | | | | € 379,000 | 10% | € 37,900 | | | | | |
| Vet287 12 | IMMUNO-LOGICA-LS | | | | € 436,000 | 10% | € 43,600 | | | | | |
| Vet288 12 | MERIAL | P | | | € 627,070 | 10% | € 62,707 | | | | | |
| Vet290 12 | CEVA | | | | € 335,000 | 10% | € 33,500 | | | | | |
| Vet286 12 | AKZONOB EL INTERVET | | | | € 168,000 | 10% | € 16,800 | | | | | |
| Vet289 12 | AKZONOB EL INTERVET | | | | € 317,400 | 10% | € 31,740 | | | | | |

IIC-GOI-291202

IIC-GOI-291203

Veterinary

After Sale Sevices payments Report of the Veterinary Dept. until 28 Jan. 2003

| Phase | No. of contracts included in inflation | No. of contracts Totally Executed | | No. of contracts Partially Executed | | No. of unexecuted contracts | |
|---|---|---|---|---|---|---|---|
| | | Paid | Not paid | Paid | Not paid | Paid | Not paid |
| 6th | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7th | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8th | 25 | 15 | 0 | 0 | 0 | 1 | 9 |
| 9th | 44 | 24 | 2 | 0 | 0 | 0 | 18 |
| 10th | 30 | 15 | 2 | 0 | 1 | 0 | 12 |
| 11th | 35 | 8 | 1 | 1 | 2 | 1 | 22 |
| 12th | 9 | 0 | 0 | 0 | 0 | 0 | 8 |
| Total | 143 | 62 | 6 | 1 | 3 | 2 | 69 |