# Exhibit 9

| no | comm_no | diverted_to | usd_equiv | eur_amt | usd_amt | state_comp |
|---|---|---|---|---|---|---|
| 1 | 1100107 | Office of the President | 10,460.66 | | 10,460.66 | Delegations |
| 2 | 801585 | Office of the President | 4,206.19 | | 4,206.19 | Delegations |
| 3 | 900222 | Office of the President | - | | - | Delegations |
| 4 | 900440 | Dhilal | 457,000.00 | | 457,000.00 | Persons & Cargo |
| 5 | 902046 | Dhilal | 438,393.23 | | 438,393.23 | Persons & Cargo |
| 6 | 801021 | | 90,214.00 | | 90,214.00 | Post & Communications |
| 7 | 801021 | | 56,753.09 | | 56,753.09 | Post & Communications |
| 8 | 801021 | | 11,411.82 | | 11,411.82 | Post & Communications |
| 9 | | | 9,345.86 | 8,967.44 | | Post & Communications |
| 10 | 801243 | | 13,434.33 | 13,434.33 | | Water Transport |
| 11 | 900343 | | 3,121.08 | 3,121.08 | | Water Transport |
| 12 | 801634 | | 5,973.52 | 5,973.52 | | Water Transport |
| 13 | 900487 | | 8,457.55 | 8,457.55 | | Water Transport |
| 14 | 900976 | | 149,868.67 | 149,868.67 | | Water Transport |
| 15 | | | 78,500.00 | 78,500.00 | | Water Transport |
| 16 | 802013 | | 148,211.22 | | 148,211.22 | Projects |
| 17 | 1000832 | Ministry of Defense | 8,440.84 | | 8,440.84 | Projects |
| 18 | 901575 | | 284,695.67 | | 284,695.67 | Projects |
| 19 | 1000832 | Ministry of Defense | | | | Projects |
| 20 | 1000832 | Ministry of Defense | 9,779.49 | | 9,779.49 | Projects |
| 21 | 901545 | | 65,265.70 | | 65,265.70 | Projects |
| 22 | 901545 | | 25,506.84 | | 25,506.84 | Projects |
| 23 | 801611 | | 39,627.35 | | 39,627.35 | Projects |
| 24 | 900985 | | 23,042.25 | | 23,042.25 | Projects |
| 25 | 901697 | | 27,662.00 | | 27,662.00 | Projects |
| 26 | 1000188 | | 49,185.37 | | 49,185.37 | Projects |
| 27 | 802560 | | 178,747.00 | | 178,747.00 | Projects |
| 28 | 1000832 | Ministry of Defense | 70,124.06 | | 70,124.06 | Projects |
| 29 | 1000832 | Ministry of Defense | 127,609.17 | | 127,609.17 | Projects |
| 30 | 1000832 | Ministry of Defense | 219,591.64 | | 219,591.64 | Projects |
| 31 | 901086 | | 84,764.00 | | 84,764.00 | Projects |
| 32 | 900192 | | 21,411.00 | | 21,411.00 | Passanger Transport |
| 33 | 900193 | | 18,492.00 | | 18,492.00 | Passanger Transport |
| 34 | 800707 | Ministry of Defense | 35,865.00 | | 35,865.00 | Passanger Transport |
| 35 | 800658 | Ministry of Oil | 179,273.00 | | 179,273.00 | Passanger Transport |
| 36 | 1100181 | | 22,980.51 | 22,050.00 | | Passanger Transport |
| 37 | 1100133 | | 81,170.70 | 77,884.00 | | Passanger Transport |
| 38 | 1100062 | | 47,300.24 | 45,385.00 | | Passanger Transport |
| 39 | 900777 | Ministry of Defense | 122,072.88 | 117,130.00 | | Passanger Transport |
| 40 | 1100181 | | 63,271.96 | 60,710.00 | | Passanger Transport |
| 41 | 1100184 | | - | - | | Passanger Transport |
| 42 | 900777 | Ministry of Defense | 122,250.06 | 117,300.00 | | Passanger Transport |
| 43 | 800724 | Ministry of Defense | 316,617.81 | | 316,617.81 | Land Transport |
| 44 | 800724 | Ministry of Defense | 228,537.60 | | 228,537.60 | Land Transport |
| 45 | 800724 | Ministry of Defense | 136,829.81 | | 136,829.81 | Land Transport |
| 46 | 800724 | Ministry of Defense | 131,726.53 | | 131,726.53 | Land Transport |
| 47 | 800724 | Ministry of Defense | 158,706.67 | | 158,706.67 | Land Transport |
| 48 | 800724 | Ministry of Defense | 367,164.47 | | 367,164.47 | Land Transport |
| 49 | | Ministry of Defense | 318,173.57 | | 318,173.57 | Land Transport |
| 50 | | Ministry of Defense | 333,284.00 | | 333,284.00 | Land Transport |
| 51 | | Ministry of Defense | 222,189.33 | | 222,189.33 | Land Transport |

| no | comm_no | diverted_to | usd_equiv | eur_amt | usd_amt | state_comp |
|---|---|---|---|---|---|---|
| 52 |  | Ministry of Defense | 362,168.31 |  | 362,168.31 | Land Transport |
| 53 |  | Ministry of Defense | 151,602.04 |  | 151,602.04 | Land Transport |
| 54 |  | Ministry of Defense | 507,030.25 |  | 507,030.25 | Land Transport |
| 55 |  |  | 1,011,011.17 |  | 1,011,011.17 | Land Transport |
| 56 |  | Ministry of Defense | 321,089.32 |  | 321,089.32 | Land Transport |
| 57 |  | Ministry of Defense | 1,804,904.43 |  | 1,804,904.43 | Land Transport |
| 58 |  | Ministry of Defense | 450,847.91 |  | 450,847.91 | Land Transport |
| 59 | 801061 |  | 113,495.58 | 108,900.00 |  | Land Transport |
| 60 | 801635 | Ministry of Defense | 166,617.87 |  | 166,617.87 | Land Transport |
| 61 | 801574 |  | 999,674.65 |  | 999,674.65 | Land Transport |
| 62 | 801061 |  | 113,345.50 | 108,756.00 |  | Land Transport |
| 63 | 901397 | Ministry of Defense | 2,262,189.56 |  | 2,262,189.56 | Land Transport |
| 64 | 802594 |  | 1,857.00 |  | 1,857.00 | Railroads |
| 65 | 900420 |  | 12,930.00 |  | 12,930.00 | Railroads |
| 66 | 800732 |  | 130,350.00 |  | 130,350.00 | Railroads |
| 67 | 800657 |  | 43,700.00 |  | 43,700.00 | Railroads |
| 68 | 801370 | Ministry of Defense | 42,867.00 |  | 42,867.00 | Railroads |
| 69 | 801236 |  | 133,582.72 |  | 133,582.72 | Railroads |
| 70 | 801187 | Ministry of Defense | 181,795.20 | 185,600.00 |  | Railroads |
| 71 |  |  | 24,929.52 |  | 24,929.52 | Railroads |
| 72 |  |  | 499,747.50 |  | 499,747.50 | Railroads |
| 73 |  |  | 6,145.05 |  | 6,145.05 | Railroads |
| 74 |  |  | 51,870.00 |  | 51,870.00 | Railroads |
| 75 |  |  | 14,962.50 |  | 14,962.50 | Railroads |
| 76 |  |  | 2,169.56 |  | 2,169.56 | Railroads |
| 77 |  |  | 400,000.00 |  | 400,000.00 | Railroads |
| 78 |  |  | 513,467.64 |  | 513,467.64 | Railroads |
| 79 | 801411 |  | 26,276.00 |  | 26,276.00 | Railroads |
| 80 | 801371 | Ministry of Defense | 15,669.00 |  | 15,669.00 | Railroads |
| 81 | 801783 |  | 114,577.00 |  | 114,577.00 | Railroads |
| 82 | 801383 |  | 51,870.00 |  | 51,870.00 | Railroads |
| 83 | 800927 |  | 1,934,807.16 |  | 1,934,807.16 | Railroads |
| 84 | 900341 |  | 2,921,610.72 |  | 2,921,610.72 | Railroads |
| 85 | 800794 |  | 100,000.00 |  | 100,000.00 | Railroads |
| 86 | 1100005 |  | 187,000.00 |  | 187,000.00 | Railroads |
| 87 | 1100005 |  | 187,000.00 |  | 187,000.00 | Railroads |
| 88 | 1100005 |  | 187,000.00 |  | 187,000.00 | Railroads |
| 89 | 800794 |  | 140,000.00 |  | 140,000.00 | Railroads |
| 90 | 1100024 |  | 36,090.44 | 34,629.10 |  | Railroads |
| 91 | 1100126 |  | 32,597.93 | 31,278.00 |  | Railroads |
| 92 | 901366 |  | 144,459.75 | 138,610.40 |  | Railroads |
| 93 | 801187 | Ministry of Defense | 193,434.32 | 185,600.00 |  | Railroads |

IIC-GOI-252601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ,<br><br>        Plaintiff,<br><br>        -against-<br><br>ABB AG, et al.,<br><br>        Defendants. | ECF CASE<br><br>08 Civ. 5951 (GEL) |

## CERTIFICATE OF SERVICE

I, Christian Siebott, hereby certify that on the 31st day of July, 2009, I caused true and accurate copies of the foregoing Exhibits to the Republic of Iraq's First Amended Complaint to be served via ECF and/or first class mail upon counsel listed in the attached service list.

_____
CHRISTIAN SIEBOTT

## **SERVICE LIST**

ALSTON BIRD, LLP
Nelson Boxer
Christina Spiller
90 Park Avenue
New York, NY 10016

*Attorneys for Aesculap AG and KG, Aesculap Motric S.A., Aesculap Surgical Instruments SDN, B. Braun Medical France, B. Braun Medical Industries SDN BHD (Malaysia), B. Braun Melsungen A.G.*


AXINN, VELTROP & HARKRIDER, LLP
John Harkrider
Evan Storm
114 West 47th Street
New York, NY 10036

*Attorneys for Secalt S.A.*


BAKER & MCKENZIE
Lawrence Newman
1114 Avenue of the Americas
New York, NY 10036

*Attorney for Sulzer Buckhardt Engineering Works Ltd.*


BARNES & THORNBURG
Andrew Helfrich
121 W. Franklin St., Suite 200
Elkhart, IN 46516

*Attorney for ABB Solyvent-Ventec*

CADWALADER, WICKERSHAM & TAFT LLP
James K. Robinson
Michael Evan Horowitz
700 6th Street N.W.
Washington, DC 20001

CADWALADER, WICKERSHAM & TAFT LLP
Jason Jurgens
Nathan Marshall Bull
One World Financial Center
New York, NY 10281

*Attorneys for Dow Agrosciences*


COVINGTON & BURLING LLP
Nancy Lynn Kestenbaum
620 Eighth Avenue
New York, NY 10018

COVINGTON & BURLING LLP
O. Thomas Johnson, Jr.
Mark H. Lynch
1201 Pennsylvania Avenue, NW
Washington, DC 20004

*Attorneys for Akzo Nobel N.V., Astra Zeneca AB, Cilag AG International, Intervet International B.V. ("Intervet"), Janssen Pharmaceutical, Merial, N.V. Organon ("Organon")*


CRAVATH, SWAINE & MOORE, LLP
Robert H. Baron
Timothy Cameron
825 Eighth Avenue
New York, NY 10019

*Attorneys for AWB Ltd.*

**SERVICE LIST**

DAVIS POLK & WARDWELL
Brian Stryker Weinstein
Jason Bradley McCullough
450 Lexington Avenue
New York, NY 10017

*Attorneys for F. Hoffman La Roche, Roche Diagnostics GMBH*

DRINKER BIDDLE & REATH, LLP
Gregory Miller
One Logan Square Ste. 2000
Philadelphia, PA 19103-6996

DRINKER BIDDLE & REATH, LLP
Michael Miner
1500 K Street, N.W.
Washington, DC 20005

*Attorneys for Renault Agriculture & Sonalika International*

EDWARDS, ANGELL, PALMER & DODGE, LLP
Ira G. Greenberg
750 Lexington Avenue
New York, NY 10022

EDWARDS, ANGELL, PALMER & DODGE, LLP
Florence Crisp
2800 Financial Plaza
Providence, RI 02903

*Attorneys for Dresser International*

EPSTEIN, BECKER & GREEN, P.C.
Peter Louis Altieri
David John Clark
250 Park Avenue
New York, NY 10177

*Attorneys for Railtech International*

HARKINS CUNNINGHAM, LLP
John G. Harkins, Jr.
Colleen Healy Simpson
Marianne Consentino
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042

*Attorneys for Rohm and Haas France S.A.*

HOWREY LLP
Greg Baker
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

*Attorney for Solar Turbines Europe*

JONES DAY
Meir Feder
Phineas E. Leahey
Thomas E. Lynch
222 East 41st Street
New York, NY 10017

*Attorneys for Chevron Corp. including as successor to Texaco Corp.*

JONES DAY
Chris J. Lopata
222 East 41st Street
New York, NY 10017

JONES DAY
Thomas Jones
Michael H. Ginsberg
Amy K. Pohl
500 Grant Street - Suite 4500
Pittsburgh, PA 15219

*Attorneys for The Weir Group*

## SERVICE LIST

KELLEY DRYE & WARREN, LLP
Thomas Benjamin Kinzler
David I. Zalman
Melissa Errine Byroade
101 Park Avenue
New York, NY 10178

KELLEY DRYE & WARREN LLP
Eric McClafferty
Washington Harbour, Suite 400 -- 3050
K Street, N.W.
Washington, DC 20007

*Attorneys for Flowserve B.V., Flowserve Corp., Flowserve Pompes (formerly Ingersoll-Dresser Pompes)*

KIRKLAND & ELLIS LLP
Brant Warren Bishop
John R. Bolton
Thomas D. Yannucci
655 Fifteenth Street, NW Suite 1200
Washington, DC 20005

*Attorneys for Siemens Sanayi ve Ticaret A.Ş., Osram Middle East FZE, Siemens S.A.S. France*

KIRKLAND & ELLIS LLP
James P. Gillespie, PC
Andreanna M. Truelove
Karen McCartan DeSantis
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

*Attorneys for ABB AG, ABB Automation, ABB Elektric Sanayi A.Ş., ABB Industrie AC Machines, ABB Industrie Champagne, ABB Near East Trading Ltd.*

EL PASO CORPORATION
LEGAL DEPARTMENT
Thomas M. Malone
John L. Shoemaker
1001 Louisiana St., Suite 1925
Houston, TX 77002

*Attorneys for El Paso Corp. (successor to Coastal Corp.)*

ST. JUDE MEDICAL, INC.
LEGAL DEPARTMENT
Jim Ladner
1 Lillehei Plaza
St. Paul, MN 55117

*Attorney for St. Jude Medical Export GMBH*

PARK & JENSEN LLP
Tai H. Park
369 Lexington Avenue, 16th Floor
New York, NY 10017

*Attorney for Boston Scientific S.A.*

## SERVICE LIST

PEPPER HAMILTON LLP
Kenneth J. King
620 Eighth Avenue, 37th Floor
New York, NY 10018

PEPPER HAMILTON LLP
Gregory A. Paw
Robert L. Hickok
3000 Two Logan Square -- Eighteenth
and Arch Streets
Philadelphia, PA 19103

*Attorneys for Glaxo Smithkline Egypt SAE, Glaxo Wellcome Export Ltd., Glaxo Wellcome SA (South Africa) (PRY) Ltd., GlaxoSmithKline Walls House, SmithKline Beecham International*

PILLSBURY WINTHROP SHAW PITTMAN, LLP
John F. Pritchard
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036

*Attorneys for Atlas Copco Airpower n.v., Atlas Copco CMT Sweden AB*

REED SMITH
Casey Devin Laffey
599 Lexington Avenue
New York, NY 10022

REED SMITH
Casey L. Westover
Richard Wray
10 South Wacker Drive
Chicago, IL 60606

*Attorneys for York Air Conditioning and Refrigeration FZE*

SHEARMAN & STERLING LLP
Tammy Bieber
Dan Newcomb
H. Miriam Farber
599 Lexington Avenue
New York, NY 10022

*Attorneys for ABG Allgemeine Baumaschinen-GesellschaftmbH, Renault V.I., Renault Trucks SAS, Volvo Construction Equiptment AB (a successor company to Volvo Construction Equiptment International)*

SHEARMAN & STERLING LLP
Ken Kramer
H. Miriam Farber
599 Lexington Avenue
New York, NY 10022

*Attorneys for Buhler Ltd.*

SHEARMAN & STERLING LLP
Ken Kramer
599 Lexington Avenue
New York, NY 10022

*Attorney for Sulzer Pumpen Deutschland GMBH, Sulzer Turbo Ltd.*

## **SERVICE LIST**

SIDLEY AUSTIN LLP
Dorothy Jane Spenner
Andrew Douglas Hart
787 Seventh Avenue
New York, NY 10019

SIDLEY AUSTIN LLP
Bradford A. Berenson
Richard D. Klingler
1501 K Street, N.W.
Washington, DC 20005

*Attorneys for Eli Lilly Export S.A., Novo Nordisk*

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
William John O'Brien, III
Four Times Square
New York, NY 10036

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Robert S. Bennett
Jennifer L. Spaziano
1440 New York Avenue N.W.
Washington, DC 20005

*Attorneys for BNP Paribas (Suisse) SA, BNP Paribas Hong Kong, BNP Paribas London Branch, BNP Paribas Paris, BNP Paribas UK Holdings Limited, BNP Paribas USA*

SPAGNOLETTI & CO.
Francis I. Spagnoletti
401 Louisiana Street, 8th Floor
Houston, TX 77002

*Attorney for David B. Chalmers, Jr.*

SULLIVAN & CROMWELL, LLP
Penny Shane
Andrew Hunter Reynard
David Harold Braff
Steven Robert Peikin
125 Broad Street
New York, NY 10004

*Attorneys for Vitol S.A.*

TROUTMAN SANDERS, L.L.P.
Elliot Cohen
Robert M. Carmen
405 Lexington Avenue
New York, NY 10174-0700

*Attorneys for AGCO Denmark A/S, AGCO S.A., Valtra do Brazil*

WILLIAMS & CONNOLLY LLP
Robert A. Van Kirk
Katherine M. Turner
Matthew W.H. Wessler
Philip A. Sechler
725 Twelfth Street, N.W.
Washington, DC 20005

*Attorneys for Clyde Union S.A.S. (formerly known as Union Pumps S.A.S. formerly known as David Brown Guinard Pumps S.A.S.), David Brown Transmissions France S.A., Textron Inc.*

## SERVICE LIST

GIBBONS P.C.
Philip Warren Crawford
Jennifer Marino Thibodaux
Thomas R. Valen
One Gateway Center
Newark, NJ 07102

LEE, HONG, DEGERMAN, KANG & WAIMEY
Larry R. Schmadeka
660 South Figueroa Street, Suite 2300
Los Angeles, CA 90017

*Attorneys for Daewoo International Corp., Kia Motors Corp.*

LANDMAN CORSI BALLAINE & FORD PC
Mark S. Landman
120 Broadway, 27th Floor
New York, NY 10271

WILLCOX & SAVAGE P.C.
Conrad M. Shumadine
Brett A. Spain
One Commercial Place Suite 1800
Norfolk, VA 23510

*Attorneys for Liebherr Export, Liebherr France SA*

CANALES & SIMONSON, P.C.
J. A. Canales
Hector Canales
2601 Morgan Avenue
Corpus Christi, TX 78405

LAW OFFICE OF STEVEN ORLIKOFF
Steven Orlikoff
P.O. Box 6225
New York, NY 10150

THE PARKER LAW FIRM
Carl A. Parker
1 Plaza Square
Port Arthur, TX 77642

*Attorneys for Oscar S. Wyatt, Jr.*

K&L GATES
Walter P. Loughlin
599 Lexington Avenue
New York, NY 10022-6030

SHACKELFORD MELTON & MCKINLEY
Leland DeLaGarza
Andy Seigel
Tim Zieger
3333 Lee Parkway, 10th Floor
Dallas, TX  75219

*Attorneys for Woodhouse International*