ORIGINAL



SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ | 08-CV-05951 (GEL) |
| Plaintiffs, | ECF CASE |
| - against - | |
| ABB AG et al. | |
| Defendants. | |

SEP 11 2009

## MOTION TO ADMIT JOHN R. BOLTON AS COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brant W. Bishop, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | John R. Bolton |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 655 15th Street N.W., Suite 1200 |
| City/State/Zip: | Washington, D.C. |
| Phone Number: | 202-879-5000 |
| Fax Number: | 202-879-5200 |

John R. Bolton is a member in good standing of the bar of the District of Columbia. There are no pending disciplinary proceedings against John R. Bolton in any State or Federal Court.

Dated: September 11, 2009

      Washington, D.C.

_____
Brant W. Bishop, P.C. (BB6642)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 - fax
bbishop@kirkland.com

*Counsel for Siemens S.A.S. France,
Siemens Sanayi ve Ticaret Ş.A. and
Osram Middle East FZE*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ<br><br>Plaintiffs,<br><br>- against -<br><br>ABB AG et al.<br><br>Defendants. | 08-CV-05951 (GEL)<br><br>ECF CASE |

**AFFIDAVIT OF BRANT W. BISHOP IN SUPPORT OF
MOTION TO ADMIT JOHN R. BOLTON AS COUNSEL *PRO HAC VICE***

Brant W. Bishop, being duly sworn, hereby deposes and says as follows:

(i) I am a partner at Kirkland & Ellis LLP, counsel for Siemens S.A.S. France (identified in the Complaint as Siemens S.A.A. of France); Siemens Sanayi ve Ticaret Ş.A. (identified in the Complaint as Siemens Sanayi ve Ticaret A.S. of Turkey) and; Osram Middle East FZE. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit John R. Bolton as counsel *pro hac vice* to represent Siemens S.A.S. France, Siemens Sanayi ve Ticaret Ş.A., and Osram Middle East FZE in this matter.

(ii) I am a member in good standing of the bar of the State of New York, and was admitted to practice law on August 27, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

(iii) I have known John R. Bolton since 2008.

(iv) Mr. Bolton is Of Counsel at Kirkland & Ellis LLP, in Washington, D.C.

(v) I have found Mr. Bolton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

(vi) Accordingly, I am pleased to move the admission of John R Bolton, *pro hac vice*.

1

(vii)   I respectfully submit herewith a proposed order granting the admission of John R. Bolton, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John R. Bolton, *pro hac vice*, to represent the Defendants in the above captioned matter, be granted.

Dated:   September 11, 2009
        Washington, D.C.

_____
Brant W. Bishop, P.C. (BB6642)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 - fax
bbishop@kirkland.com

*Counsel for Siemens S.A.S. France, Siemens Sanayi ve Ticaret Ş.A. and Osram Middle East FZE*

DISTRICT OF Columbia
Sworn before me this 11th day of September, 2009

_____
Notary Public

Elizabeth A. Ester
Notary Public, District of Columbia
My Commission Expires 7/14/2012

2



### District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN R. BOLTON

was on the 10TH day of JANUARY, 1975 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 3, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ<br><br>          Plaintiffs,<br><br>     - against -<br><br>ABB AG et al.<br><br>          Defendants. | 08-CV-05951 (GEL)<br><br>ECF CASE |

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon motion of Brant W. Bishop, attorney for defendants Siemens S.A.S. France, Siemens Sanayi ve Ticaret Ş.A., and Osram Middle East FZE and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | John R. Bolton |
| Firm Name: | Kirkland & Ellis LLP |
| Address: | 655 15th Street N.W., Suite 1200 |
| City/State/Zip: | Washington, D.C. |
| Phone Number: | 202-879-5000 |
| Fax Number: | 202-879-5200 |

is admitted to practice *pro hac vice* as counsel for defendants Siemens S.A.S. France (identified in the Complaint as Siemens S.A.A. of France); Siemens Sanayi ve Ticaret Ş.A. (identified in the Complaint as Siemens Sanayi ve Ticaret A.S. of Turkey) and; Osram Middle East FZE in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

1

2

the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September __, 2009

New York, New York

_____
United States District/Magistrate Judge

## AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA     )
                         )
                         )

I, _Ayesha Johnson_, being duly sworn, depose and says:

1. I am not a party to this action and am over 21 years of age.

2. I am employed in the law firm of Kirkland & Ellis LLP, attorneys for Siemens S.A.S. France, Siemens Sanayi ve Ticaret Ş.A., and Osram Middle East FZE.

3. On _September 11, 2009_, I served true copies of a Motion to Admit Counsel *Pro Hac Vice* of John R. Bolton, Order for Admission *Pro Hac Vice* on Written Motion, Affidavit of Brant W. Bishop and Affidavit of Service were served by: (1) transmitting via electronic mail to the person at the electronic addresses set forth below in the above-entitled action; and (2) U.S. Mail by depositing true copies of these documents enclosed in post-paid wrappers in an official depository under the exclusive custody and control of the United States Postal Service within the District of Columbia, addressed as follows:

Stephen Albright, Esq
THE LAW OFFICES OF STEPHEN
ALBRIGHT
368 Veterans Memorial Highway
Commack, NY 11725

Mark Maney
Roliff Purrington
MANEY & PURRINGTON
711 Louisiana, Suite 3100
Houston, TX 77002

*Attorneys for Plaintiff*

Nelson Boxer
Christina Spiller
ALSTON BIRD LLP
90 Park Avenue
New York, NY 10016

*Attorneys for Aesculap AG & Co. KG;
Aesculap Motoric S.a.; Aesculap Surgical
Instruments SDN; Braun Medical Industries
SDN BHDB; Braun Medical S.A.B.; Braun
Melsungen A.G.*

John Harkrider
Evan Storm
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, New York 10036

*Attorneys for Secalt, S.A.*

J. A. Canales
Patricia Canales Bell
Hector A. Canales
CANALES & SIMONSON, P.C.
2601 Morgan Avenue
Corpus Christi, TX 78405

Carl A. Parker, P.C.
THE PARKER LAW FIRM
1 Plaza Square
Port Arthur, TX 77642

Steven Orlikoff
LAW OFFICE OF STEVEN ORLIKOFF
P.O. Box 6225
New York, NY 10150

*Attorneys for Oscar S. Wyatt, Jr.*

Robert Baron
Tim Cameron
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Attorneys for AWB Limited*

Jim Robinson
Michael Horowitz
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W.
Washington, DC 20004

*Attorneys for Dow Agrosciences*

Mark Lynch
Tom Johnson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Nancy Kestenbaum
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018

*Attorneys for Astra Zeneca AB; Cilag AG; Merial SAS*

Brian S. Weinstein
Jason McCullough
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for F. Hoffman LaRoche Ltd.; Roche Diagnostics GmbH*

Gregory Miller
DRINKER BIDDLE & REATH, LLP
One Logan Square 18th and Cherry Streets
Philadelphia, PA 19103-6996

Michael Miner
DRINKER BIDDLE & REATH, LLP
1500 K Street, N.W.
Washington, D.C. 20005

*Attorneys for Claas Tractor S.A.S. (Renault Agriculture S.A.S)*

Thomas M. Malone
John L. Shoemaker
EL PASO CORPORATION
1001 Louisiana Street, Suite 1952
Houston, TX 77002

*Attorneys for El Paso Corporation*

John G. Harkins, Jr.
Marianne Consentino
Colleen Healy Simpson
HARKINS CUNNINGHAM LLP
2800 One Commerce Street
2005 Market Street
Philadelphia, PA 19103-7042

*Attorneys for Rohm and Haas France, S.A.*

Florence Crisp
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903

Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue, 8th Floor
New York, NY 10022

*Attorneys for Dresser, Inc.*

Philip W. Crawford, Esq.
Thomas R. Valen, Esq.
Jennifer Marino Thibodaux
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102

Larry R. Schmadeka
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, CA 90017

*Attorneys for Kia Motors Corporation*

Greg Baker
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorney for Solar Turbines Europe, S.A*

Meir Feder
Thomas E. Lynch
Phineas E. Leahey
JONES DAY
222 East 41st Street
New York, NY 10017

*Attorneys for Chevron Corporation*

Melissa E. Byroade
Thomas Benjamin Kinzler
David I. Zalman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Eric McClafferty
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, DC 20007

*Attorneys for Flowserve Corporation;
Flowserve Pompes; Flowserve B.V.*

Amy K. Pohl
Michael H. Ginsberg
Thomas Jones
JONES DAY
500 Grant Street - Suite 4500
Pittsburgh, PA 15219

Chris J. Lopata
JONES DAY
222 East 41st Street
New York, NY 10017

*Attorneys for The Weir Group PLC*

James P. Gillespie, P.C.
Karen McCartan DeSantis
Andreanna M. Truelove
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005

*Attorneys for ABB AG; ABB Automation; ABB
Elektric Sanayi AS; ABB Industrie AC
Machines; ABB Industrie Champagne; ABB
Near East Trading Ltd.; ABB Solyvent-Ventec*

Kenneth J. King
PEPPER HAMILTON LLP
620 Eighth Avenue
New York, New York 10018

Robert L. Hickok
Gregory A. Paw
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

*Attorneys for GlaxoSmithKline Walls House; GlaxoSmithKline Egypt SAE; Glaxo Wellcome Export Ltd.; Glaxo Wellcome SA (South Africa) (PRY) Ltd.; SmithKline Beecham International*

Richard K. Wray
Casey L. Westover
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606

Casey D. Laffey
REED SMITH LLP
599 Lexington Ave, 22nd Floor
New York, NY 10022

*Attorneys for York Airconditioning & Refrigeration FZE*

John Federick Pritchard
Ranah Leila Esmaili
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036

*Attorneys for Atlas Copco CMT; Sweden AB; Atlas Copco Airpower n.v.*

Tammy P. Bieber
Dan Newcomb
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

*Attorneys for Renault Trucks SAS; Renault V.I.; Volvo Constructions Equipment AB*

7

Ken Kramer
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

*Attorney for Buhler, Ltd.; Sulzer Buckhardt Engineering Works Ltd.; Sulzer Pumpen Deutschland GMBH; Sulzer Turbo Ltd.*

William J. O'Brien
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Robert S. Bennett
Jen Spaziano
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Attorneys for BNP Paribas SUA; BNP Paribas Paris; BNP Paribas Hong Kong; BNP Paribas London Branch; BNP Paribas (Suisse) SA; BNP Paribas UK Holdings Limit*

Elliot Cohen
Robert M. Carmen
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174

*Attorneys for AGCO Denmark A/S; AGCO S.A.; Valtra do Brazil, S.A.*

Dorothy Spenner
Andrew Hart
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019

Richard Klingler
Brad Berenson
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Attorneys for Eli Lilly Export S.A.; Novo Nordisk*

Penny Shane
David Harold Braff
Andrew Hunter Reynard
Steven Robert Peikin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

*Attorneys for Vitol, S.A.*

Brett A. Spain
Conrad M. Shumadine
WILLCOX & SAVAGE, P.C.
1800 Bank of America Center
Norfolk, VA 23510

*Attorneys for Liebherr Export; Liebherr France*

8

Philip A. Sechler
Robert A. Van Kirk
Katherine M. Turner
Matthew W.H. Wessler
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

*Attorneys for Textron, Inc.; Clyde Union (f/k/a Union Pump, S.A.S.); David Brown Transmissions France, S.A.S.*

Walter P. Loughlin
K&L GATES
599 Lexington Avenue
New York, NY 10022-6030

Leland C. de la Garza
Andrew Siegel
SHACKELFORD, MELTON & McKINLEY, LLP
3333 Lee Parkway, 10th Floor
Dallas, TX 75219

*Attorneys for Woodhouse International*

DISTRICT OF Columbia
Sworn before me this 11th day of September, 2009

*[signature]* Ayesha Johnson

*[signature]* Elizabeth J. Ester
Notary Public

Elizabeth A. Ester
Notary Public, District of Columbia
My Commission Expires 7/14/2012

9