

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE REPUBLIC OF IRAQ, including as PARENS
PATRIAE on behalf of the CITIZENS of the REPUBLIC
OF IRAQ,

                      Plaintiff,

v.

ABB AG, et al.,

                      Defendants.

No. 08 CV 05951 (SHS)

ECF CASE

## NOTICE AND ORDER OF ATTORNEY WITHDRAWAL

PLEASE TAKE NOTICE that the following attorney hereby withdraws his appearance in the above-captioned matter since he is no longer of counsel for defendants Sulzer Pumpen Deutschland GMBH, Sulzer Turbo Ltd., and Buhler Ltd.:

        Kenneth Kramer
        SHEARMAN & STERLING LLP
        599 Lexington Avenue
        New York, NY 10022-6069
        Telephone: (212) 848-4000
        Facsimile: (646) 848-4172
        Email: kkramer@shearman.com

Ken Kramer recently retired from Shearman & Sterling LLP, but the firm continues to act as counsel for Sulzer Pumpen Deutschland GMBH, Sulzer Turbo Ltd., and Buhler Ltd. In addition, Tammy Bieber of Shearman & Sterling LLP recently filed a Notice of Appearance to appear on behalf of the above-named defendants. The defendants will be filing a motion to dismiss the First Amended Complaint on January 15, 2010. Counsel further requests that no further notice be given or required in this case, and no documents and other pleadings be given or served upon the above-mentioned attorney.

Dated: New York, New York
January __, 2019

> Respectfully submitted,
> SHEARMAN & STERLING LLP
>
> By: _____
> Tammy Bieber
> H. Miriam Farber
> 599 Lexington Avenue
> New York, NY 10022-6069
> Telephone: (212) 848-4000
> Facsimile: (646) 848-5333
> Email: tbieber@shearman.com
>
> *Attorneys for Defendants Sulzer Pumpen Deutschland GMBH, Sulzer Turbo Ltd., and Buhler Ltd.*

So Ordered: 1/12/19

_____
U.S.D.J.