**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ,<br><br>        Plaintiff,<br><br>    -against-<br><br>ABB AG, et al.,<br><br>        Defendants. | ECF CASE<br><br>08 Civ. 5951 (SHS) |

**CERTIFICATE OF SERVICE**

I, Stanley D. Bernstein, hereby certify that on the 30th day of April, 2010, I caused true and accurate copies of the foregoing Notice of Motion to Compel Arbitration Pursuant to 9 U.S.C. § 4 to be served via ECF and/or FedEx upon counsel listed in the attached service list.

                                                         /s/_____

                                               STANLEY D. BERNSTEIN