UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

1:08 C 05951-SHS ( )

The Republic of Iraq
                 Plaintiff,

-against-

ABB AG et al
                 Defendant.
------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

☒ I have cases pending      ☐ I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Robert B. Calihan

☒ Attorney

    ☒ I am a United States District Court, Southern District of New York
        attorney. My SDNY Bar Number is: RC2220    ; My State Bar Number is: 1817659

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ Law Firm/Government Agency Association

    From: Nixon Peabody LLP

    To: Calihan Law PLLC

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
        was entered on _____ by Judge_____.

☒ Address:    The Powers Building, Suite 761

            16 W Main St, Roch, NY 14614

☒ Telephone
   No.:    (585) 232-5291

☐ Fax No.:    _____

☒ E-Mail
   Address:    rcalihan@calihanlaw.com

Dated: 7/22/10         Rob B. Calik
                         ATTORNEY'S SIGNATURE