UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ |
|---|
| Plaintiffs, |
| - against - |
| ABB AG et al. |
| Defendants |

08 Civ. 05951 (SHS)

NOTICE OF WITHDRAWAL, [~~PROPOSED~~] ORDER

PLEASE TAKE NOTICE that Robert A. Salerno and Tim A. O'Brian, of the law firm of Morrison & Foerster LLP, hereby withdraws as counsel of record for defendant Evapco Europe S.R.L. ("Evapco Europe") in the above-captioned action. By entry of appearance dated April 15, 2010, Pamela Ann Kayatta of Bowie & Jensen, LLC filed her appearance as counsel of record for Evapco Europe. A declaration in support of this notice is filed herewith.

Dated: August 3, 2010.

Robert A. Salerno
Tim A. O'Brien
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
(202) 887-1500
(202) 887-0763
rsalerno@mofo.com
tobrien@mofo.com

SO ORDERED: 8/3/10

Honorable Sydney H. Stein
United States District Judge

dc-607569