UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as            :
PARENS PATRIAE in behalf of the               :
CITIZENS of the REPUBLIC OF IRAQ              :
                                              :
                    Plaintiff,                :       CASE NO. 08-CV-5951 (SHS)
                                              :
            v.                                :       ECF  CASE
                                              :
ABB AG, et al.                                :
                                              :
                    Defendants.               :
-------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT WOODHOUSE INTERNATIONAL, LLC

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Woodhouse International, LLC, ("Woodhouse"), by and through its undersigned counsel, states the following:

1. Woodhouse is a foreign company organized and existing under the laws of the United Arab Emirates.  It has no corporate parent.

2. No publicly-held corporation owns 10% or more of Woodhouse stock.

Dated: August 4, 2010
New York, New York

        K&L GATES

        By:     */s/ Walter P. Loughlin*
            Walter P. Loughlin (WL-4760)
        599 Lexington Avenue
        New York, NY  10022-6030
        Phone:  (212) 536-4065
        Fax: (212) 536-3901
        E-mail: walter.loughlin@klgates.com

        *Attorneys for Defendant*
        *Woodhouse International, LLC*

**CERTIFICATE OF SERVICE**

I, Walter P. Loughlin, hereby certify that I caused a true and correct copy of the foregoing *Rule 7.1 Disclosure Statement of Defendant Woodhouse International, LLC* to be served via ECF upon all counsel of record registered through the Court's ECF system, on this 4th day of August, 2010.

    */s/ Walter P. Loughlin*
    Walter P. Loughlin
    Counsel for Defendant
    Woodhouse International, LLC