UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

08   C   05951   SHS ( )

THE REPUBLIC OF IRAQ

         Plaintiff,

-against-

ABB AG, et al.

         Defendant.

---------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

☒   I have cases pending        ☑   I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s)
for: Pamela Kayatta Riewerts

☒     Attorney

      ☒      I am a United States District Court, Southern District of New York
attorney. My SDNY Bar Number is: PK3119_____; My State Bar Number is:_____

      ☐      I am a Pro Hac Vice attorney

      ☐      I am a Government Agency attorney

☐     Law Firm/Government Agency Association

      From:_____

      To:_____

      ☐      I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐      I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
was entered on _____ by Judge_____.

☒ Address:      10 E. 40th Street, Suite 3310

               New York, NY 10016

☐ Telephone
   No.:               _____

☐ Fax No.:        _____

☐ E-Mail
   Address:

Dated: 8/9/10

                              *Pamela Kayatta Riewerts*
                              ATTORNEY'S SIGNATURE