IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPUBLIC OF IRAQ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:08-cv-05951-SHS |
| | ) |
| ABB AG, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2010, a copy of the Notice of Change of Address of Pamela Ann Kayatta, counsel for Defendant Evapco, Europe S.R.L., was sent via first-class mail, postage pre-paid, to the following attorneys of record:

Amy K. Pohl
Jones Day(PA)
One Mellon Center
500 Grant Street
Ste. 4500
Pittsburgh, PA 15219

Casey L. Westover
Reed Smith LLP (Chicago)
10 South Wacker Drive
Chicago, IL 60606

Christopher S. Riley
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Indianapolis, IL 60606

1

J. A. Canales
Canales & Simonson, P.C.
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465

John L. Shoemaker
El Paso Corporation
1001 Louisiana St
Suite 1950
Houston, TX 77002

Larry R. Schmadeka
Lee, Hong, Degerman, Kang & Schmadeka, LLP
660 South Figueroa Street
Suite 2300
Los Angeles, CA 90017

Mark Burford
Burford & Maney P.C.
700 Louisiana
Suite 4600
Houston, TX 77002

Mark Maney
Buford & Maney, P.C.
1221 McKinney Street
Suite 3150
Houston, TX 77010

Michael H. Ginsberg
Jones Day(PA)
One Mellon Center
500 Grant Street
Ste. 4500
Pittsburgh, PA 15219

Philip E Urofsky
Shearman & Sterling
801 Pennsylvania Ave, NW
Washington, DC 20004

Ragan Naresh
Kirkland & Ellis LLP (Washington)
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005

Richard Wray
Reed Smith LLP (Chicago)
10 South Wacker Drive
Chicago, IL 60606

Richard D. Klingler
Sidley Austin LLP(Washington)
1501 K Street, N.W.
Washington, DC 20005

Robert A. Van Kirk
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Robert P. Parker
Paul, Weiss, Rifkinds, Wharton
2001 K St., Nw
Washington, DC 20006-1047

Roliff Purrington
Burford & Maney P.C.
1221 McKinney Street
Suite 3150
Houston, TX 77010

Tony Canales
Canales & Simonsen
P.O. Box 5624
Courpus Christi, TX 78465

|  |  |
|---|---|
| Date: August 9, 2010 | Respectfully submitted,<br><br>_____/s/_____<br>Pamela Kayatta Riewerts (#PK3119)<br>Email: riewerts@bowie-jensen.com<br>BOWIE & JENSEN, LLC<br><br>*New York Office:*<br>10 E. 40th Street<br>Suite 3310<br>New York, New York 10016<br><br>*Counsel for Defendant, Evapco Europe S.R.L.* |