UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THE REPUBLIC OF IRAQ              Plaintiff,        08 C 05951 SHS ( )

-against-

ABB AG, et al.                    Defendant.
-----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Pamela Kayatta Riewerts

[X]   Attorney

   [X]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: PK3119 ; My State Bar Number is:_____

   [ ]   I am a Pro Hac Vice attorney

   [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

   From:_____

   To:_____

   [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

[ ] Address:       10 E. 40th Street, Suite 3310

                   New York, NY 10016

[X] Telephone
    No.:           212-725-7500

[ ] Fax No.:       _____

[ ] E-Mail
    Address:

Dated: 8/27/10

ATTORNEY'S SIGNATURE