UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as :
PARENS PATRIAE in behalf of the :
CITIZENS of the REPUBLIC OF IRAQ :
:
                         Plaintiff, :
       v. :
:
ABB AG, et al. :
:
                       Defendants. :
-----------------------------------------------------------x

CASE NO. 08-CV-5951-GEL
ECF CASE

MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Walter Loughlin, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of

| | | |
|---|---|---|
| Applicant Names: | **Timothy Zeiger** | **Leland de la Garza** |
| Firm Names: | Shackelford, Melton & McKinley, LLP | Shackelford, Melton & McKinley, LLP |
| Addresses: | 3333 Lee Parkway | 3333 Lee Parkway |
| City/State/Zip: | 10th floor | 10th floor |
| | Dallas, Texas  75219 | Dallas, Texas  75219 |
| Phone Numbers: | (214) 780-1400 | (214) 780-1400 |
| Fax Numbers: | (214) 780-1401 | (214) 780-1401 |
| Email Addresses: | tzeiger@shacklaw.net | ldelagarza@shacklaw.net |

      Timothy Zeiger is a member in good standing of the Bar of the State of Texas and the Bar of the State of Wisconsin.

Leland de la Garza is a member in good standing of the Bar of the State of Texas.

Dated:   New York, New York
         September 1, 2010

                              K&L GATES LLP

                    By: _____
                              Walter P. Loughlin (WL-4760)
                              599 Lexington Avenue
                              New York, NY 10022-6030
                              Phone: (212) 536-4065
                              Fax: (212) 536-3901
                              E-mail: walter.loughlin@klgates.com

                              *Attorneys for Defendant*
                              *Woodhouse International, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as   :   CASE NO. 08-CV-5951-GEL
PARENS PATRIAE in behalf of the      :   ECF CASE
CITIZENS of the REPUBLIC OF IRAQ     :
                                     :
                  Plaintiff,         :   AFFIDAVIT OF WALTER P.
       v.                            :   LOUGHLIN IN SUPPORT OF
                                     :   MOTION TO ADMIT
ABB AG, et al.                       :   COUNSEL *PRO HAC VICE*
                                     :
                  Defendants.        :
------------------------------------------------------------x

STATE OF NEW YORK    )

COUNTY OF NEW YORK   )

WALTER P. LOUGHLIN, being duly sworn, deposes and says:

1. I am a member in good standing of the bar of this court, and of K&L Gates, counsel for Defendant Woodhouse International, LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the instant motion to admit Timothy Zeiger and Leland de la Garza as counsel *pro hac vice* to represent Defendant Woodhouse International, LLC, in this action.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April, 1999. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York, and am in good standing with these Courts.

3. Timothy Zeiger is a partner with the firm of Shackelford, Melton & McKinley, LLP, in Dallas, Texas. He started with the firm on January 1, 2002. I have found Mr. Zeiger to be a skilled attorney and a person of integrity. He is experienced in Federal

practice and is familiar with the Federal Rules of Procedure. Accordingly, I am pleased to move for the admission of Timothy Zeiger, *pro hac vice*. In support of this motion, I submit the Certificate of Good Standing for Timothy Zeiger from the State of Texas and the Certificate of Good Standing from the State of Wisconsin (both attached hereto as Exhibit "A").

4. I respectfully submit a proposed order granting the admission of Timothy Zeiger, *pro hac vice* (attached hereto as Exhibit "B").

5. Leland de la Garza is a partner with the firm of Shackelford, Melton & McKinley, LLP, in Dallas, Texas. He started with the firm on January 1, 2006. I have found Mr. de la Garza to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure. Accordingly, I am pleased to move for the admission of Leland de la Garza, *pro hac vice*. In support of this motion, I submit the Certificate of Good Standing for Leland de la Garza from the State of Texas (attached hereto as Exhibit "C").

6. I respectfully submit a proposed order granting the admission of Leland de la Garza, *pro hac vice* (attached hereto as Exhibit "D").

WHEREFORE, it is respectfully requested that the motion to admit Timothy Zeiger and Leland de la Garza *pro hac vice* to represent Defendant Woodhouse International, LLC in this action be granted.

_____
Walter P. Loughlin

Subscribed and sworn to before me this 1st day of September, 2010.

_____
Notary Public

LAURA A. CUMMINGS
Notary Public, State of New York
No. 01-CU4912663
Qualified in New York County
Commission Expires March 12, 2014

Motion to Admit Counsel *Pro Hac Vice* – Page 2

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Timothy David Zeiger**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of October, 1981.

    I further certify that the records of this office show that, as of this date

**Timothy David Zeiger**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of August, 2010.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0809B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

A. John Voelker
Acting Clerk

# *CERTIFICATE OF GOOD STANDING*

*The Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

TIMOTHY D. ZEIGER

*was admitted to practice as an attorney within this state on January 7, 2004 and is presently in good standing in this court.*

Dated: August 13, 2010

*[signature]*
Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as     :     CASE NO. 08-CV-5951-GEL
PARENS PATRIAE in behalf of the        :     ECF CASE
CITIZENS of the REPUBLIC OF IRAQ       :
                                       :
              Plaintiff,               :
                                       :     ORDER FOR ADMISSION
     v.                                :     *PRO HAC VICE*
                                       :
ABB AG, et al.                         :
                                       :
              Defendants.              :
-----------------------------------------------------------x

Upon the motion of Walter P. Loughlin, and said sponsor attorney's affidavit in support;

**IT IS HEREBY** ORDERED that

| | |
|---|---|
| Applicant Name: | **Timothy Zeiger** |
| Firm Name: | Shackelford, Melton & McKinley, LLP |
| Address: | 3333 Lee Parkway |
| City/State/Zip: | 10th floor |
| Phone Number: | Dallas, Texas  75219 |
| Fax Number: | (214) 780-1400 |
| Email Address: | (214) 780-1401 |
| | tzeiger@shacklaw.net |

is admitted to practice *pro hac vice* as counsel for Defendant Woodhouse International, LLC in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:    New York, New York
          September ___, 2010

                                          _____
                                          U.S. District Judge

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Leland Curtis De La Garza**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1984.

I further certify that the records of this office show that, as of this date

**Leland Curtis De La Garza**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of August, 2010.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 0809A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as      :       CASE NO. 08-CV-5951-GEL
PARENS PATRIAE in behalf of the         :       ECF CASE
CITIZENS of the REPUBLIC OF IRAQ        :
                                        :
                    Plaintiff,          :
         v.                             :       ORDER FOR ADMISSION
                                        :       *PRO HAC VICE*
ABB AG, et al.                          :
                                        :
                    Defendants.         :
------------------------------------------------------------x

     Upon the motion of Walter P. Loughlin, and said sponsor attorney's affidavit in support;

**IT IS HEREBY** ORDERED that

| | |
|---|---|
| Applicant Name: | **Leland de la Garza** |
| Firm Name: | Shackelford, Melton & McKinley, LLP |
| Address: | 3333 Lee Parkway |
| City/State/Zip: | 10th floor |
| Phone Number: | Dallas, Texas  75219 |
| Fax Number: | (214) 780-1400 |
| Email Addresse: | (214) 780-1401 |
| | ldelagarza@shacklaw.net |

is admitted to practice *pro hac vice* as counsel for Defendant Woodhouse International, LLC in the above captioned case in the United States District Court for the Southern District of New York.

     All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:     New York, New York
              September ___, 2010

                                          _____
                                          U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as      :     CASE NO. 08-CV-5951-GEL
PARENS PATRIAE in behalf of the         :     ECF CASE
CITIZENS of the REPUBLIC OF IRAQ        :
                                        :
                   Plaintiff,           :
        v.                              :     **CERTIFICATE OF**
                                        :     **SERVICE**
ABB AG, et al.                          :
                                        :
                   Defendants.          :
-----------------------------------------------------------x

I, Samantha J. Katze, hereby certify that on September 2, 2010, I caused true and correct copies of the foregoing (1) Motion to Admit Counsel *Pro Hac Vice* and (2) Affidavit of Walter P. Loughlin in Support of Motion to Admit Counsel *Pro Hac Vice* to be served via First Class mail upon all counsel on the attached Service List.

_____
Samantha J. Katze

## SERVICE LIST

Christian Patrick Siebott
Bernstein Liebhard, LLP
10 East 40th Street
22nd Floor
New York, NY 10016
*Attorneys for Plaintiff*

Mark Maney
Bubb Grogan & Cocca, LLP
25 Prospect Street
Morristown, NJ 07960
*Attorneys for Plaintiff*

S. Alyssa Young
Leader & Berkon LLP
630 Third Avenue, 17th Floor
New York, NY 10017
*Attorneys for Defendant
ABB Solyvent-Ventec*

Aaron Hirsch Mendelsohn
Troutman Sanders LLP (NYC)
405 Lexington Avenue
*Attorneys for Defendants
AGCO Denmark A/S, AGCO S.A.,
Valtra do Brazil*

Mark H. Lynch
Covington & Burling, L.L.P. (DC)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Defendants
Akzo Nobel N.V., N.V. Organon
Intervet International B.V.,
Cilag AG International
Janssen Pharmaceutical, Merial,
Astra Zeneca AB*

Mark Burford
Burford & Maney P.C.
1221 McKinney
Suite 3150
Houston, TX 77010
*Attorneys for Plaintiff*

Stephen Albright
Stephen Albright, Esq
368 Veterans Memorial Highway
Commack, NY 11725
*Attorneys for Plaintiff*

Christopher S. Riley
Barnes & Thornburg LLP
One N. Wacker Drive, Suite 4400
Indianapolis, IL 60606
*Attorneys for Defendant
ABB Solyvent-Ventec*

Darrell Prescott
Baker & McKenzie LLP
1114 Avenue of The Americas
NY, NY 10036
*Attorneys for Defendant
Air Liquide Engineering*

Nancy Lynn Kestenbaum
Covington & Burling LLP(NYC)
620 Eighth Avenue
New York, NY 10018-1405
*Attorneys for Defendants
Akzo Nobel N.V., N.V. Organon
Intervet International B.V.
Cilag AG International
Janssen Pharmaceutical, Merial,
Astra Zeneca AB*

Robert H Baron
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Attorneys for Defendant*
*AWB Ltd.*

Jennifer Lynn Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP (DC)
1440 New York Avenue N.W.
Washington, DC 20005
*Attorneys for Defendants*
*BNP Paribas USA, BNP Paribas (Suisse) SA,*
*BNP Paribas Hong Kong,*
*BNP Paribas Paris, BNP Paribas UK*
*Holdings Limited, BNP Paribus London*
*Branch*

David Stephen Toy
David S. Toy, Esq.,
401 Louisiana Avenue
4th Floor
Houston, TX 77002
*Attorneys for Defendant*
*David B. Chalmers, Jr.*

Philip Warren Crawford
Gibbons P.C. (NJ)
One Gateway Center
Newark, NJ 07102
*Attorneys for Defendant*
*Daewoo International Corp.*

Philp Eric Urofsky
Shearman & Sterling LLP
801 Pennsylvania Ave. Nw
Washington, DC 20004
*Attorneys for Defendant*
*Daimler Chrysler AG*

Robert Stephen Bennett
Hogan Lovells US LLP (DC)
555 Thirteenth Street, N.W.
Washington, DC 20004
*Attorneys for Defendants*
*BNP Paribas USA, BNP Paribas (Suisse) SA,*
*BNP Paribas Hong Kong,*
*BNP Paribas Paris, BNP Paribas UK*
*Holdings Limited, BNP Paribus London*
*Branch*

H. Miriam Farber
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants*
*Buhler Ltd.,*
*Sulzer Pumpen Deutschland GMBH,*
*Sulzer turbo Ltd.*

Thomas E. Lynch
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
*Attorneys for Defendant*
*Chevron Corp.*

Larry R. Schmadeka
Lee, Hong, Degerman, Kang & Schmadeka, LLP
660 South Figueroa Street
Suite 2300
Los Angeles, CA 90017
*Attorneys for Defendant*
*Daewoo International Corp.*

Michael Evan Horowitz
Cadwalader, Wickersham & Taft, LLP (DC)
700 6th Street N.W.
Washington, DC 20001
*Attorneys for Defendants*
*Dow Agrosciences, Dow AgroSciences S.A.S.*

3

Jason Jurgens
Cadwalader, Wickersham & Taft LLP (NYC)
One World Financial Center
New York, NY 10281
*Attorneys for Defendants*
*Dow Agrosciences, Dow AgroSciences S.A.S.*

John L. Shoemaker
El Paso Corporation
1001 Louisiana St. Suite 1950
Houston, TX 77002
*Attorneys for Defendant*
*El Paso Corp. (successor to Coastal Corp.)*

Pamela Kayatta Riewerts
Bowie & Jensen, LLC
29 W. Susquehanna Avenue,
Towson, MD 21043
*Attorneys for Defendant*
*Evapco Europe S.R.L.*

Robert Alan Salerno
Morrison & Foerster LLP
2000 Pennsylvania Avenue, North West
Suite 5500
Washington, DC 20006
*Attorneys for Defendant*
*Evapco Europe S.R.L.*

Kenneth J. King
Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
*Attorneys for Defendants*
*GlaxoSmithKline Walls House,*
*Glaxo Smithkline Egypt SAE,*
*Glaxo Wellcome SA (South Africa) (PRY) Ltd.,*
*SmithKline Beecham International,*
*Glaxo Wellcome Export Ltd.*

Robert Barnes Calihan
Calihan Law PLLC
The Power Building, Suite 761
16 W Main Street
Roch, NY 14614
*Attorneys for Defendant*
*Eastman Kodak S.A.*

Joann Kahn
Fulbright & Jaworski L.L.P. (NYC)
666 Fifth Avenue
New York, NY 10103
*Attorneys for Defendant*
*El Paso Corp. (successor to Coastal Corp.)*

Tim A. O'Brien
Morrison & Foerster LLP
1650 Tysons Blvd. #300
Mclean, VA 22102
*Attorneys for Defendant*
*Evapco Europe S.R.L.*

David I. Zalman
Kelley Drye & Warren, LLP (NY)
101 Park Avenue
New York, NY 10178
*Attorneys for Defendant*
*Flowserve Corp.*

Dorothy Jane Spenner
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants*
*Ingersoll-Rand Italiana SPA,*
*Thermo King Ireland Limited,*
*Ingersoll-Rand World Trade Ltd.*

Steven Craig Herzog
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
*Attorneys for Defendant*
*Ingersoll-Rand Benelux N.V.*

Larry R. Schmadeka
Lee, Hong, Degerman, Kang & Waimey
660 South Figueroa Street
Suite 2300
Los Angeles, CA 90017
*Attorneys for Defendant*
*Kia Motors*

Brett A. Spain
Willcox & Savage P.C.
One Commercial Place
Suite 1800
Norfolk, VA 23510
*Attorneys for Defendant*
*Liebherr Export AG*
*Liebher France SA*

Richard D. Klingler
Sidley Austin LLP(Washington)
1501 K Street, N.W.
Washington, DC 20005
*Attorneys for Defendants*
*Novo Nordisk, Eli Lilly Export S.A*

John Patrick Doherty
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016
*Attorneys for Defendant*
*Pauwels*

Brian Stryker Weinstein
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
*Attorneys for Defendant*
*F. Hoffman La Roche,*
*Roche Diagnostics GMBH*

Anna Odella Crowell
Paul, Weiss, Rifkind, Wharton & Garrison, LLP (DC)
2001 K Street, N.W. 5th Floor
Washington, DC 20006
*Attorneys for Defendant*
*Ingersoll-Rand Benelux N.V.*

Mark S. Landman
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271
*Attorneys for Defendant*
*Liebherr Export AG,*
*Liebher France SA*

David M. Ryan
Nixon Peabody LLP (MA)
100 Summer Street
Boston, MA 02110
*Attorneys for Defendant*
*Serono Pharma International*

Andrew Douglas Hart
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
*Attorneys for Defendants*
*Novo Nordisk, Eli Lilly Export S.A*

Peter Louis Altieri
Epstein, Becker & Green, P.C. (New York)
250 Park Avenue
New York, NY 10177
*Attorneys for Defendant*
*Railtech International*

John G. Harkins , Jr.
Harkins Cunningham LLP(Philadelphia)
2800 One Commerce Square, 2005 Market Street
Philadelphia, PA 19103
*Attorneys for Defendant*
*Rohm and Haas France S.A.*

John David Harkrider
Axinn Veltrop & Harkrider LLP
114 W 47th St
New York, NY 10036
*Attorneys for Defendant*
*Secalt S.A.*

Gregory L Baker
Howrey LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Attorneys for Defendant*
*Solar Turbines Europe*

Gregory P Miller
Drinker, Biddle & Reath, LLP (PA)
One Logan Square
Suite 2000
Philadelphia, PA 19103
*Attorneys for Defendant*
*Renault Agriculture & Sonalika International*

Marsha Jessica Indych
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY 10005
*Attorneys for Defendant*
*Renault Agriculture & Sonalika International*

Chris J. Lopata
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
*Attorneys for Defendant*
*The Weir Group*

John R. Bolton
Kirkland & Ellis LLP (Washington)
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005
*Attorneys for Defendant*
*Siemens S.A.A. of France, Siemens Sanayi ve Ticaret A.S. of Turkey, Osram Middle East FZE*

Robert A. Van Kirk
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
*Attorneys for Defendant*
*Textron Inc.,*
*David Brown Transmissions France S.A.*

Michael R Miner
Drinker Biddle & Reath, LLP(DC)
1500 "K" Street, N.W.,
Suite 1100
Washington, DC 20005
*Attorneys for Defendant*
*Renault Agriculture & Sonalika International*

Danforth Newcomb
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
*Attorneys for Defendant*
*Volvo Construction Equiptment AB*

Amy K. Pohl
Jones Day(PA)
One Mellon Center
500 Grant Street Ste. 4500
Pittsburgh, PA 15219
*Attorneys for Defendant*
*The Weir Group*

Carl A. Parker
The Parker Law Firm
1 Plaza Square
Port Arthur, TX 77642
*Attorneys for Defendant
Oscar S. Wyatt, Jr.*

J. A. Canales
Canales & Simonson, P.C.
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465
*Attorneys for Defendant
Oscar S. Wyatt, Jr.*

David Harold Braff
Sullivan and Cromwell, LLP(NYC)
125 Broad Street
New York, NY 10004
*Attorneys for Defendant
Vitol S.A.*

Casey Devin Laffey
Reed Smith (NYC)
599 Lexington Avenue
New York, NY 10022
*Attorneys for Defendant
York Air Conditioning and Refrigeration FZE*

Casey L. Westover
Reed Smith LLP (Chicago)
10 South Wacker Drive
Chicago, IL 60606
*Attorneys for Defendant
York Air Conditioning and Refrigeration FZE*

John Federick Pritchard
Pillsbury, Winthrop, LLP (NYC2)
1540 Broadway
New York, NY 10036
*Attorneys for Defendant
Atlas Copco Airpower n.v.*

Gregory J. Wallance
Kaye Scholer, LLP (NYC)
425 Park Avenue
New York, NY 10022
*Attorneys for Deefndant
Ebewe Pharma GES M.B.H.*

Thomas Patrick Battistoni
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
*Attorneys for Defendant
Fiatavio*