```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as      :    CASE NO. 08-CV-5951-GEL
PARENS PATRIAE in behalf of the         :    ECF CASE
CITIZENS of the REPUBLIC OF IRAQ        :
                                        :
              Plaintiff,                :
                                        :    ORDER FOR ADMISSION
       v.                               :    *PRO HAC VICE*
                                        :
ABB AG, et al.                          :
                                        :
              Defendants.               :
------------------------------------------------------x

Upon the motion of Walter P. Loughlin, and said sponsor attorney's affidavit in support;

**IT IS HEREBY** ORDERED that

| | |
|---|---|
| Applicant Name: | **Timothy Zeiger** |
| Firm Name: | Shackelford, Melton & McKinley, LLP |
| Address: | 3333 Lee Parkway |
| City/State/Zip: | 10th floor |
| Phone Number: | Dallas, Texas  75219 |
| Fax Number: | (214) 780-1400 |
| Email Address: | (214) 780-1401 |
| | tzeiger@shacklaw.net |

is admitted to practice *pro hac vice* as counsel for Defendant Woodhouse International, LLC in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED 9/10/10

SIDNEY H. STEIN
U.S.D.J.