**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ**<br><br>Plaintiff,<br><br>- against -<br><br>**ABB AG et al.**<br><br>Defendants. | 08 Civ. 05951 (SHS)<br><br>ECF CASE |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 1.4, Joshua H. Orr hereby moves to withdraw his appearance as attorney of record for Defendant Serono Pharma International in the above-captioned matter. Attorney Orr is leaving the employ of Nixon Peabody LLP, which represents Defendant Serono Pharma International. David M. Ryan and Fred A. Kelly, Jr., of Nixon Peabody LLP, who also have filed appearances in the above captioned matter, will continue to represent Defendant Serono Pharma International.


Dated: New York, New York
        September 24, 2010

**SERONO PHARMA INTERNATIONAL,**

By its Attorney,

/s/ Joshua H. Orr_____
Joshua H. Orr
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
jorr@nixonpeabody.com

13149360.1