```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE REPUBLIC OF IRAQ,                    :       08 Civ. 5951 (SHS)

                Plaintiff,            :

      -against-                          :       ORDER

ABB AG, *ET AL.*,                        :

                Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present either in person or by telephone,

      IT IS HEREBY ORDERED that there will be oral argument on the cross motions to compel and stay arbitration on February 23, 2011, at 4:00 p.m.

Dated: New York, New York
       February 15, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.