UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------x  
IN THE MATTER OF AN APPLICATION  
TO BRING AN ELECTRONIC DEVICE(S)  
INTO THE DANIEL PATRICK MOYNIHAN  
UNITED STATES COURTHOUSE OR THE  
CHARLES L. BRIEANT UNITED STATES  
COURTHOUSE FOR USE IN A TRIAL OR  
PROCEEDING  
------------------------------------x  

Order No. _____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/11
```

    I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled Republic of Iraq v. ABB AG, 08 Civ. 5951 (SHS), which is anticipated to begin on Wednesday, February 23, 2011, and conclude on the same day.

| Attorney | Device(s) |
|---|---|
| 1. Mark Maney | Laptop computer |
| 2. | |
| 3. | |
| 4. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

    This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED:

Dated: New York, New York  
       February 22, 2011  
RECEIPT  
ACKNOWLEDGED

_____  
Sidney H. Stein, U.S.D.J.

_____  
Chair (or designee), Technology Committee

*(The provisions on page 2 are an integral part of this order.)*

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.

**Properly endorsed orders must be e-mailed to Shona_Mikell@nysd.uscourts.gov and Elly_Harrold@nysd.uscourts.gov in the District Executive's Office prior to the dates authorized in the order.**