USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE REPUBLIC OF IRAQ, including as
PARENS PATRIAE on behalf of the
CITIZENS of the REPUBLIC OF IRAQ,

                Plaintiff,

      -against-

ABB AG, et al.,

                Defendants.
------------------------------------------------------------x

08 Civ. 5951 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    BNP Paribas has filed a memorandum of law in support of both an application for a temporary restraining order and a motion for a preliminary injunction enjoining the Republic of Iraq from proceeding with arbitration, (Dkt. No. 461). However, BNP Paribas does not appear to have filed a notice of motion in connection with that document. To the extent that such application and motion are before the Court, they are dismissed as moot in light of the Opinion & Order issued today.

Dated: New York, New York
       March 3, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.