UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

THE REPUBLIC OF IRAQ, including as              :
PARENTS PATRIAE on behalf of the                :
CITIZENS of the REPUBLIC OF IRAQ,               :
                                                :
                                  Plaintiff,    :     08 Civ. 5951 (SHS)
                                                :
                                                :     ORDER
                 -against-                      :
                                                :
ABB AG, et al.,                                 :
                                                :
                                  Defendants.   :
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On January 15, 2010, defendants in this action filed a "Consolidated Notice of

Defendants' Motions to Dismiss Plaintiff's First Amended Complaint," (Dkt. No. 355), and a

consolidated memorandum of law in support thereof.  On July 1, 2010, defendant York

Airconditioning & Refrigeration FZE filed a notice of a motion to dismiss the First Amended

Complaint (Dkt. No. 434), joining in the consolidated memorandum of law previously filed.  On

July 9, 2010 and July 30, 2010, defendants Valtra do Brasil Ltda. and Woodhouse International

LLC, respectively, did the same.  (Dkt. Nos. 437, 442.)

Accordingly, it is HEREBY ORDERED that:

1.   The motions to dismiss by defendants York Airconditioning & Refrigeration FZE, Valtra

     do Brasil Ltda. and Woodhouse International LLC are consolidated with the

     "Consolidated Notice of Defendants' Motions to Dismiss Plaintiff's First Amended

     Complaint," (Dkt. No. 355); and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/11

2.  The individual notices of motion filed by York Airconditioning & Refrigeration FZE,

Valtra do Brasil Ltda. and Woodhouse International LLC (Dkt. Nos. 434, 437, 442) are

DISMISSED as moot.


Dated: New York, New York
       March 24, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.