

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE REPUBLIC OF IRAQ, including as
PARENS PATRIAE in behalf of the
CITIZENS of the REPUBLIC OF IRAQ,

                Plaintiff,

- against -

ABB AG, et al.,

                Defendants.

08 Civ. 5951 (SHS)

ECF CASE

NOTICE OF APPEAL

---

PLEASE TAKE NOTICE that, pursuant to 9 U.S.C. § 16(a)(2), the Republic of Iraq hereby appeals to the United States Court of Appeals for the Second Circuit from the Order denying the Republic's motion to compel arbitration and granting BNP Paribas's motion to enjoin arbitration, entered in this action on March 3, 2011 (ECF No. 465).

Dated:  New York, New York
          March 31, 2011

BERNSTEIN LIEBHARD LLP

By: _____
Stanley D. Bernstein (*bernstein@bernlieb.com*)
Rebecca M. Katz (*katz@bernlieb.com*)
Christian Siebott (*siebott@bernlieb.com*)
10 East 40th Street, Floor 22
New York, New York 10016
(212) 779-1414 Telephone
(212) 779-3218 Facsimile

- and -

Mark Maney* (*mmaney@burfordmaney.com*)
Roliff Purrington* (*rpurr@purrlegal.com*)
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
(713) 425-8469 Telephone

**Counsel for the Republic of Iraq**

---

*Admitted *pro hac vice*.

## ADDENDUM

**Stanley D. Bernstein**
**Rebecca M. Katz**
**Christian Siebott**
Bernstein Liebhard LLP
10 East 40th Street, Floor 22
New York, New York 10016
bernstein@bernlieb.com
katz@bernlieb.com
siebott@bernlieb.com

- and -

**Mark Maney**[*]
**Roliff Purrington**[*]
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
mmaney@burfordmaney.com
rpurr@purrlegal.com

*Attorneys for Plaintiff-Appellant the Republic of Iraq*

**William John O'Brien, III**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
william.obrien@skadden.com

**Jennifer L. Spaziano**
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue N.W.
Washington, DC 20005
jen.spaziano@skadden.com

**Robert S. Bennett**
**Ellen S. Kennedy**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
robert.bennett@hoganlovells.com
ellen.kennedy@hoganlovells.com

*Attorneys for Defendants-Appellees BNP Paribas (Suisse) SA, BNP Paribas Hong Kong, BNP Paribas London Branch, BNP Paribas Paris, BNP Paribas UK Holdings Limited, BNP Paribas USA*

---

[*]Admitted *pro hac vice.*