UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ,<br><br>        Plaintiff,<br><br>  – against –<br><br>ABB AG, et al.,<br><br>        Defendants. | ECF CASE<br><br>08 Civ. 5951 (SHS)<br><br>**CERTIFICATE OF SERVICE** |

I, Lotan Korenblit, hereby certify that on the 1st day of April, 2011, I caused true and accurate copies of the Republic of Iraq's Notice of Appeal to be served via first class mail upon the following:

Jim Ladner
**St. Jude Medical, Inc.**
Legal Department
1 Lillehei Plaza
St. Paul, MN 55117

*Attorney for St. Jude Medical Export GmbH*

Carl A. Parker
**The Parker Law Firm**
1 Plaza Square
Port Arthur, TX 77642

*Attorney for Oscar S. Wyatt, Jr.*

_____
LOTAN KORENBLIT

40797v1