UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE REPUBLIC OF IRAQ, including
as PARENS PATRIAE in behalf of the
CITIZENS of the REPUBLIC of IRAQ

                    *Plaintiffs*,

       -against-

ABB AG, et al.,

                    *Defendants.*
------------------------------------------------------X

Civil Action No: 08-CV-05951 (SHS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lawrence W. Newman, of Baker & McKenzie LLP does hereby appear as counsel for Defendant Sulzer Burckhardt Engineering Works Ltd. in the above-captioned matter.

Dated: New York, New York
       April 1, 2011

*/s/ Lawrence W. Newman*

Lawrence W. Newman
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 891-3970 (Telephone)
(212) 310-1670 (Facsimile)
Lawrence.Newman@bakermckenzie.com

ATTORNEYS FOR DEFENDANT
Sulzer Burckhardt Engineering Works Ltd.

NYCDMS/1179803.1