UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

The Republic of Iraq             Plaintiff,        Case No. 1:08-CV-05951-SHS

    -against-

ABB AG, et al.                   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Gregory L. Baker**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is _____

I am,
    [ ] An attorney
    [ ] A Government Agency attorney
    [✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Howrey LLP
             FIRM ADDRESS: 1299 Pennsylvania Avenue, N.W., Washington, DC 20004
             FIRM TELEPHONE NUMBER: 202-783-0800
             FIRM FAX NUMBER: 202-383-6610

NEW FIRM:    FIRM NAME: Baker & Hostetler LLP
             FIRM ADDRESS: Washington Square, Suite 1100, 1050 Connecticut Avenue, N.W., Washington, DC 20036
             FIRM TELEPHONE NUMBER: 202-861-1500
             FIRM FAX NUMBER: 202-861-1783

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: April 6, 2011

ATTORNEY'S SIGNATURE