UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ,<br><br>                  Plaintiff,<br><br>    – against –<br><br>ABB AG, et al.,<br><br>                  Defendants. | ECF CASE<br><br>08 Civ. 5951 (SHS) |

## CERTIFICATE OF SERVICE

I, Lotan Korenblit, hereby certify that on the 25th day of April, 2011, I caused true and accurate copies of the Republic of Iraq's First Notice of Supplemental Authority and Sur-Reply on the Issue of Extraterritorial Jurisdiction to be served via ECF, email, and/or first class mail upon counsel listed in the attached service list.

*/s/ Lotan Korenblit*

LOTAN KORENBLIT

41668v1

**SERVICE LIST**                                   Page 1 of 15

| | |
|---|---|
| **John P. Doherty** | *Attorneys for CG Holdings Belgium N.V.* |
| **Jennifer S. Kozar** | *(f/k/a Pauwels International N.V.)* |
| Alston & Bird, LLP | |
| 90 Park Avenue | |
| New York, NY 10016 | |
| john.doherty@alston.com | |
| jennifer.kozar@alston.com | |
| | |
| **Nelson Boxer** | *Attorneys for Aesculap AG (f/k/a Aesculap* |
| **Christina Spiller** | *AG & Co. KG), Metec Motric S.A.* |
| Alston & Bird, LLP | *Medizintechnik (as successor to Aesculap* |
| 90 Park Avenue | *Motric S.A.), Aesculap Surgical* |
| New York, NY 10016 | *Instruments SDN BHD, B. Braun Medical* |
| christina.spiller@alston.com | *S.A.S., B. Braun Medical Industries SDN* |
| nelson.boxer@alston.com | *BHD, B. Braun Melsungen A.G.* |
| | |
| **John Harkrider** | *Attorneys for Secalt S.A.* |
| **Evan Storm** | |
| Axinn, Veltrop & Harkrider, LLP | |
| 114 West 47th Street | |
| New York, NY 10036 | |
| jdh@avhlaw.com | |
| ess@avhlaw.com | |
| | |
| **Lawrence W. Newman** | *Attorney for Burckhardt Compression AG* |
| Baker & McKenzie LLP | *(formerly Sulzer Burckhardt Engineering* |
| 1114 Avenue of the Americas | *Works Ltd.)* |
| New York, NY 10036 | |
| lawrence.newman@bakermckenzie.com | |
| | |
| **Darrell Prescott** | *Attorney for Air Liquide Engineering* |
| Baker & McKenzie | |
| 1114 Avenue of the Americas | |
| New York, NY 10036 | |
| darrell.prescott@bakernet.com | |

**SERVICE LIST** Page 2 of 15

| | |
|---|---|
| **Pamela Kayatta Riewerts**<br>Bowie & Jensen, LLC<br>10 East 40th Street, Suite 3310<br>New York, NY 10016<br>riewerts@bowie-jensen.com | *Attorney for Evapco Europe S.R.L.* |
| **James K. Robinson**<br>**Michael Evan Horowitz**<br>Cadwalader, Wickersham & Taft LLP<br>700 6th Street N.W.<br>Washington, DC 20001<br>james.robinson@cwt.com<br>michael.horowitz@cwt.com | *Attorneys for Dow AgroSciences LLC, Dow AgroSciences S.A.S.* |
| **Jason Jurgens**<br>**Nathan Marshall Bull**<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>jason.jurgens@cwt.com<br>nathan.bull@cwt.com | |
| **Nancy Lynn Kestenbaum**<br>Covington & Burling LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>nkestenbaum@cov.com | *Attorneys for Akzo Nobel N.V., Astra Zeneca AB, Cilag GmbH International (formerly Cilag AG International), Intervet International B.V., Janssen Pharmaceutica N.V., Merial SAS, N.V. Organon* |
| **O. Thomas Johnson, Jr.**<br>**Mark H. Lynch**<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>ojohnson@cov.com<br>mlynch@cov.com | |

**SERVICE LIST**                                              Page 3 of 15

| | |
|---|---|
| **Robert H. Baron**<br>**Timothy G. Cameron**<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>rbaron@cravath.com<br>tcameron@cravath.com | *Attorneys for AWB Limited* |
| **Brian Stryker Weinstein**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>brian.weinstein@davispolk.com | *Attorneys for F. Hoffman-La Roche Ltd.,*<br>*Roche Diagnostics GmbH* |
| **Jason Bradley McCullough**<br>Davis Polk & Wardwell<br>901 15th Street, NW<br>Washington, DC 20005<br>jason.mccullough@davispolk.com | |
| **Gregory P. Miller**<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th and Cherry Streets<br>Philadelphia, PA 19103<br>gregory.miller@dbr.com | *Attorneys for Renault Agriculture &*<br>*Sonalika International* |
| **Marsha J. Indych**<br>Drinker Biddle & Reath LLP<br>140 Broadway, 39th Floor<br>New York, NY 10005<br>marsha.indych@dbr.com | |
| **Michael R. Miner**<br>Drinker Biddle & Reath LLP<br>1500 K Street, N.W.<br>Washington, DC 20005<br>michael.miner@dbr.com | |

**SERVICE LIST**  Page 4 of 15

| | |
|---|---|
| **Peter Louis Altieri** | *Attorneys for Railtech International SA* |
| **David John Clark** | |
| Epstein, Becker & Green, P.C. | |
| 250 Park Avenue | |
| New York, NY 10177 | |
| paltieri@ebglaw.com | |
| dclark@ebglaw.com | |
| | |
| **John G. Harkins, Jr.** | *Attorneys for Rohm and Haas France, S.A.* |
| **Colleen Healy Simpson** | |
| **Marianne Consentino** | |
| Harkins Cunningham, LLP | |
| 2800 One Commerce Square | |
| 2005 Market Street | |
| Philadelphia, PA 19103-7042 | |
| jharkins@harkinscunningham.com | |
| csimpson@harkinscunningham.com | |
| mconsentino@harkinscunningham.com | |
| | |
| **Gregory L. Baker** | *Attorney for Solar Turbines Europe, S.A.* |
| Baker & Hostetler LLP | |
| Washington Square, Suite 1100 | |
| 1050 Connecticut Avenue, N.W. | |
| Washington, DC 20036 | |
| gbaker@bakerlaw.com | |
| | |
| **Meir Feder** | *Attorneys for Chevron Corporation* |
| **Phineas E. Leahey** | |
| **Thomas E. Lynch** | |
| Jones Day | |
| 222 East 41st Street | |
| New York, NY 10017 | |
| mfeder@jonesday.com | |
| peleahey@jonesday.com | |
| telynch@jonesday.com | |

**SERVICE LIST** Page 5 of 15

| | |
|---|---|
| **Chris J. Lopata**<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>cjlopata@jonesday.com | *Attorneys for The Weir Group PLC* |
| **Thomas Jones**<br>**Michael H. Ginsberg**<br>**Amy K. Pohl**<br>Jones Day<br>500 Grant Street - Suite 4500<br>Pittsburgh, PA 15219<br>tsjones@jonesday.com<br>mhginsberg@jonesday.com<br>akpohl@jonesday.com | |
| **Gregory Wallance**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>gwallance@kayescholer.com | *Attorney for Ebewe Pharma Ges. M.b.H Nfg. KG* |
| **Thomas Benjamin Kinzler**<br>**David I. Zalman**<br>**Melissa Errine Byroade**<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>tkinzler@kelleydrye.com<br>dzalman@kelleydrye.com<br>mbyroade@kelleydrye.com | *Attorneys for Flowserve B.V., Flowserve Corporation, Flowserve Pompes S.A.S.* |
| **Eric McClafferty**<br>Kelley Drye & Warren LLP<br>Washington Harbour, Suite 400 -- 3050 K Street, N.W.<br>Washington, DC 20007<br>emcclafferty@kelleydrye.com | |

**SERVICE LIST**                                    Page 6 of 15

| | |
|---|---|
| **Brant Warren Bishop**<br>**John R. Bolton**<br>**Robert B. Gilmore**<br>**Thomas D. Yannucci**<br>**Ragan Naresh**<br>**Mark Champoux**<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, NW Suite 1200<br>Washington, DC 20005<br>brant.bishop@kirkland.com<br>john.bolton@kirkland.com<br>robert.gilmore@kirkland.com<br>thomas.yannucci@kirkland.com<br>ragan.naresh@kirkland.com<br>mark.champoux@kirkland.com | *Attorneys for Siemens Sanayi ve Ticaret A.Ş., Osram Middle East FZE, Siemens S.A.S. France* |
| **James P. Gillespie, PC**<br>**Karen McCartan DeSantis**<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, DC 20005<br>james.gillespie@kirkland.com<br>karen.desantis@kirkland.com | *Attorneys for ABB AG, ABB France SAS (successor in interest to ABB Automation SAS and to ABB Industrie Champagne by way of its merger into ABB Automation SAS), ABB Electric Sanayi AS, ABB Industrie AC Machines (now ABB Industrie AG/ABB Schweitz AG), ABB Near East Trading Limited* |
| **Jim Ladner**<br>St. Jude Medical, Inc.<br>Legal Department<br>1 Lillehei Plaza<br>St. Paul, MN 55117 | *Attorney for St. Jude Medical Export GmbH* |

**SERVICE LIST**                                    Page 7 of 15

| | |
|---|---|
| **Robert B. Calihan** <br> Calihan Law PLLC <br> The Powers Building, Suite 761 <br> 16 West Main Street <br> Rochester, NY 14614 <br> rcalihan@calihanlaw.com | *Attorney for Eastman Kodak S.A.* |
| **David M. Ryan** <br> Nixon Peabody LLP <br> 437 Madison Avenue <br> New York, NY 10022 <br> dryan@nixonpeabody.com | *Attorneys for Serono Pharma International* |
| **Fred A. Kelly, Jr.** <br> Nixon Peabody LLP <br> 100 Summer St. <br> Boston, MA 02110 <br> fkelly@nixonpeabody.com | |
| **Tai H. Park** <br> Park & Jensen LLP <br> 369 Lexington Avenue, 16th Floor <br> New York, NY 10017 <br> tpark@parkjensen.com | *Attorney for Boston Scientific, S.A.* |
| **Steven C. Herzog** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019 <br> sherzog@paulweiss.com | *Attorneys for Doosan Benelux SA, as successor to Ingersoll-Rand Benelux, N.V.* |
| **Robert Parker** <br> **Anna O. Crowell** <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br> rparker@paulweiss.com <br> acrowell@paulweiss.com | |

**SERVICE LIST** Page 8 of 15

| | |
|---|---|
| **Kenneth J. King**<br>Pepper Hamilton LLP<br>620 Eighth Avenue, 37th Floor<br>New York, NY 10018<br>kingk@pepperlaw.com | *Attorneys for GlaxoSmithKline Egypt SAE, Glaxo Wellcome Export Ltd., Glaxo Wellcome South Africa (PRY) Ltd., GlaxoSmithKline Walls House, SmithKline Beecham International* |
| **Gregory A. Paw**<br>**Robert L. Hickok**<br>Pepper Hamilton LLP<br>3000 Two Logan Square -- Eighteenth and Arch Streets<br>Philadelphia, PA  19103<br>pawg@pepperlaw.com<br>hickokr@pepperlaw.com | |
| **John F. Pritchard**<br>**Ranah Leila Esmaili**<br>Pillsbury Winthrop Shaw Pittman, LLP<br>1540 Broadway<br>New York, NY 10036<br>john.pritchard@pillsburylaw.com<br>ranah.esmaili@pillsburylaw.com | *Attorneys for Atlas Copco Airpower N.V., Atlas Copco CMT Sweden AB* |
| **Casey Devin Laffey**<br>Reed Smith<br>599 Lexington Avenue<br>New York, NY 10022<br>claffey@reedsmith.com | *Attorneys for York Airconditioning & Refrigeration (FZE)* |
| **Casey L. Westover**<br>**Richard Wray**<br>Reed Smith<br>10 South Wacker Drive<br>Chicago, IL 60606<br>cwestover@reedsmith.com<br>rwray@reedsmith.com | |

**SERVICE LIST**  Page 9 of 15

| | |
|---|---|
| **Thomas P. Battistoni**<br>**Fabrizio Grasso**<br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, NY 10022<br>tbattistoni@schiffhardin.com<br>fgrasso@schiffhardin.com | *Attorneys for Avio S.p.A.* |
| **Tammy Bieber**<br>**Dan Newcomb**<br>**H. Miriam Farber**<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>tbieber@shearman.com<br>dnewcomb@shearman.com<br>mfarbergorman@shearman.com | *Attorneys for ABG Allgemeine Baumaschinen Gesellschaft MbH, Renault Trucks SAS (f/k/a Renault V.I.), Volvo Construction Equipment AB (as successor to Volvo Construction Equipment International)* |
| **Tammy Bieber**<br>**H. Miriam Farber**<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>tbieber@shearman.com<br>mfarbergorman@shearman.com | *Attorneys for Buhler Ltd.* |
| **Tammy Bieber**<br>**H. Miriam Farber**<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>tbieber@shearman.com<br>mfarbergorman@shearman.com | *Attorneys for Sulzer Pumpen Deutschland GMBH, Sulzer Turbo Ltd.* |

| | |
|---|---|
| **Dan Newcomb**<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>dnewcomb@shearman.com | *Attorneys for Daimler AG (formerly Daimler-Chrysler AG)* |
| **Philip Urofsky**<br>Shearman & Sterling LLP<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>philip.urofsky@shearman.com | |
| **Dorothy Jane Spenner**<br>**Andrew Douglas Hart**<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>dspenner@sidley.com<br>ahart@sidley.com | *Attorneys for Eli Lilly Export SA, Novo Nordisk A/S* |
| **Bradford A. Berenson**<br>**Richard D. Klingler**<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>bberenson@sidley.com<br>rklingler@sidley.com | |
| **Dorothy Jane Spenner**<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>dspenner@sidley.com | *Attorneys for Ingersoll-Rand Italiana S.p.A., Ingersoll-Rand World Trade Ltd., Thermo King Ireland Ltd.* |
| **Bradford A. Berenson**<br>**Richard D. Klingler**<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>bberenson@sidley.com<br>rklingler@sidley.com | |

**SERVICE LIST**   Page 11 of 15

| | |
|---|---|
| **Francis I. Spagnoletti**<br>**David S. Toy**<br>Spagnoletti & Co.<br>401 Louisiana Street, 8th Floor<br>Houston, TX 77002<br>fspagnoletti@spaglaw.com<br>dtoy@spaglaw.com | *Attorneys for David B. Chalmers, Jr.* |
| **Penny Shane**<br>**Andrew Hunter Reynard**<br>**David Harold Braff**<br>**Steven Robert Peikin**<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY 10004<br>shanep@sullcrom.com<br>reynarda@sullcrom.com<br>braffd@sullcrom.com<br>peikins@sullcrom.com | *Attorneys for Vitol, S.A.* |
| **Elliot Cohen**<br>**Aaron Mendelsohn**<br>**Daniel Anziska**<br>Troutman Sanders, L.L.P.<br>405 Lexington Avenue<br>New York, NY 10174-0700<br>elliot.cohen@troutmansanders.com<br>aaron.mendelsohn@troutmansanders.com<br>daniel.anziska@troutmansanders.com | *Attorneys for AGCO Danmark A/S, AGCO S.A., Valtra do Brasil Ltda.* |
| **Robert A. Van Kirk**<br>**Katherine M. Turner**<br>**Philip A. Sechler**<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>rvankirk@wc.com<br>kturner@wc.com<br>psechler@wc.com | *Attorneys for Clyde Union, S.A.S. (f/k/a Union Pumps, S.A.S.), David Brown Transmissions France, S.A.S., Textron, Inc.* |

**SERVICE LIST**                                             Page 12 of 15

| | |
|---|---|
| **William John O'Brien, III**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>william.obrien@skadden.com<br><br>**Jennifer L. Spaziano**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue N.W.<br>Washington, DC 20005<br>jen.spaziano@skadden.com<br><br>**Robert S. Bennett**<br>**Ellen S. Kennedy**<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>robert.bennett@hoganlovells.com<br>ellen.kennedy@hoganlovells.com | *Attorneys for BNP Paribas (Suisse) SA, BNP Paribas Hong Kong, BNP Paribas London Branch, BNP Paribas Paris, BNP Paribas UK Holdings Limited, BNP Paribas USA* |
| **Philip Warren Crawford**<br>**Jennifer Marino Thibodaux**<br>**Thomas R. Valen**<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>pcrawford@gibbonslaw.com<br>JMarino@gibbonslaw.com<br>tvalen@gibbonslaw.com<br><br>**Larry R. Schmadeka**<br>Lee, Hong, Degerman, Kang & Waimey<br>660 South Figueroa Street, Suite 2300<br>Los Angeles, CA 90017<br>lschmadeka@lhlaw.com | *Attorneys for Daewoo International Corp., Kia Motors Corporation* |

**SERVICE LIST**  Page 13 of 15

| | |
|---|---|
| **Thomas M. Malone** | *Attorneys for El Paso Corporation* |
| **John L. Shoemaker** | |
| El Paso Corporation | |
| Legal Department | |
| 1001 Louisiana St., Suite 1925 | |
| Houston, TX 77002 | |
| thomas.malone@elpaso.com | |
| john.shoemaker@elpaso.com | |

**Mark A. Robertson**
**Joann Kahn**
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
mrobertson@fulbright.com
jkahn@fulbright.com

| | |
|---|---|
| **Andrew Helfrich** | *Attorneys for Fläkt Solyvent-Ventec (as* |
| **Christopher S. Riley** | *successor to ABB Solyvent-Ventec)* |
| Barnes & Thornburg | |
| 121 W. Franklin St., Suite 200 | |
| Elkhart, IN 46516 | |
| andrew.helfrich@btlaw.com | |
| christopher.riley@btlaw.com | |

**S. Alyssa Young**
Leader & Berkon LLP
630 Third Avenue, 17th Floor
New York, NY 10017
ayoung@leaderberkon.com

**SERVICE LIST**  Page 14 of 15

| | |
|---|---|
| **Mark S. Landman** <br> Landman Corsi Ballaine & Ford PC <br> 120 Broadway, 27th Floor <br> New York, NY 10271 <br> mlandman@lcbf.com | *Attorneys for Liebherr Export AG,* <br> *Liebherr France, SA* |

**Conrad M. Shumadine**
Willcox & Savage P.C.
One Commercial Place Suite 1800
Norfolk, VA 23510
cshumadine@wilsav.com

**Brett A. Spain**
Willcox & Savage P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
bspain@wilsav.com

| | |
|---|---|
| **J. A. Canales** <br> **Hector Canales** <br> Canales & Simonson, P.C. <br> P.O. Box 5624 <br> 2601 Morgan Ave. <br> Corpus Christi, TX 78564 <br> tonycanales@canalessimonson.com | *Attorneys for Oscar S. Wyatt, Jr.* |

**Steven Orlikoff**
Law Office of Steven Orlikoff
P.O. Box 6225
New York, NY 10150
orlikoff@msn.com

**Carl A. Parker**
The Parker Law Firm
1 Plaza Square
Port Arthur, TX 77642

**SERVICE LIST**  Page 15 of 15

| | |
|---|---|
| **Walter P. Loughlin**<br>K&L Gates<br>599 Lexington Avenue<br>New York, NY 10022-6030<br>walter.loughlin@klgates.com | *Attorneys for Woodhouse International, LLC* |
| **Leland de la Garza**<br>**Andy Seigel**<br>**Tim Zeiger**<br>Shackelford, Melton & McKinley, LLP<br>3333 Lee Parkway, 10th Floor<br>Dallas, TX  75219<br>ldelagarza@shacklaw.net<br>asiegel@shacklaw.net<br>tzeiger@shacklaw.net | |