UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ<br><br>Plaintiff,<br><br>- against -<br><br>ABB AG et al.<br><br>Defendants. | Case No. 08-cv-05951 (SHS)<br><br>ECF CASE<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the undersigned attorney for Defendant Renault Agriculture & Sonalika International will be located at the following address as of July 1, 2011:

>DRINKER BIDDLE & REATH LLP
>1177 Avenue of the Americas
>41st Floor
>New York, New York 10036
>Telephone No.: (212) 248-3140
>Facsimile No.: (212) 248-3141

>DRINKER BIDDLE & REATH LLP

>By: _/s/ Marsha J. Indych_
>Marsha J. Indych
>140 Broadway, 39th Floor
>New York, New York 10005-1116
>(212) 248-3140
>marsha.indych@dbr.com
>Attorneys for Defendant
>Renault Agriculture & Sonalika International

Dated: New York, New York
June 22, 2011

NY01/ 7210389.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 22, 2011, a true and correct copy of the foregoing Notice of Change of Address was served upon all counsel of record via the ECF filing system.

*/s/ Marsha J. Indych*
Marsha J. Indych
