**EXHIBIT C**

Case 1:09-cv-05951-SHS Document 423 oc. Filed 06/27/11 Page 2 of 18

## CESSIONE DI RAMO D'AZIENDA

**********

Tra il signor

Riccardo LALA, nato a Torino il 12 luglio 1948,
domiciliato a Torino, via Nizza n. 312, dirigente
industriale,

nella sua qualità di procuratore della

FiatAvio s.p.a., con sede in Torino, via Nizza n.
312, col capitale sociale di euro 148.200.000, i-
scritta nel registro delle imprese - ufficio di
Torino al n. 01661400018,

in virtù di procura autenticata nella firma dal
notaio Benedetta LATTANZI in data 21 dicembre
2001, repertorio n. 510.070, che in originale si
allega al presente atto sotto la lettera "A";

ed il signor

Enrico ZANETTI, nato a Torino il 28 gennaio 1951,
domiciliato a Torino, corso Ferrucci n. 112A, di-
rigente industriale,

nella sua qualità di procuratore della

FIAT ENGINEERING S.p.A., con sede in Torino, corso
Ferrucci n. 112A, col capitale sociale di euro
10.588.250, iscritta nel registro delle imprese -
ufficio di Torino al n. 04956170155,

in virtù di procura autenticata nella firma dal

1

notaio Benedetta LATTANZI in data 21 dicembre 2001, repertorio n. 510.077, che in originale si allega al presente atto sotto la lettera "B";

premesso che

- la FiatAvio s.p.a. svolge, tra l'altro, attraverso un proprio ramo d'azienda, attività di installazione e di commercializzazione di turbine a gas e di costruzione di centrali per la generazione di energia termo-elettrica;

- la FiatAvio s.p.a. e la FIAT ENGINEERING S.p.A. si sono reciprocamente manifestate la volontà di rispettivamente vendere ed acquistare il predetto ramo d'azienda;

- della volontà della FiatAvio s.p.a. e della FIAT ENGINEERING S.p.A. di compravendere il ramo d'azienda di cui sopra è stata data l'informazione di cui alla legge 428/1990;

tutto ciò premesso

si conviene e si stipula quanto segue:

- 1 -

La FiatAvio s.p.a. vende alla FIAT ENGINEERING S.p.A., che acquista, il ramo d'azienda relativo alle attività di installazione e commercializzazione di turbine a gas e di costruzione di centrali per la generazione di energia termo-elettrica

2

svolte in Torino, corso Giulio Cesare n. 300, e
nelle stabili organizzazioni istituite in Siria e
in Pakistan.

Tale ramo d'azienda è costituito da:

a) le immobilizzazioni materiali (dotazioni di uf-
ficio e mezzi informatici) separatamente indivi-
duate dalle parti;

b) i n. 24 (ventiquattro) dipendenti addetti al
ramo d'azienda individuati nell'elenco che si al-
lega al presente atto sotto la lettera "C";

c) i crediti verso i dipendenti;

d) i crediti commerciali;

e) i debiti commerciali per fatture ricevute;

f) il fondo garanzia contrattuale;

g) i crediti verso l'erario per anticipo delle im-
poste sui TFR dei dipendenti di cui alla preceden-
te lettera b);

h) le dotazioni di cassa ed i crediti dei conti
correnti bancari il cui dettaglio è riportato nel-
l'elenco che si allega al presente atto sotto la
lettera "D";

i) il contratto del Consorzio CO.GE.AV., con sede
in Torino, corso Ferrucci 112A, iscritto nel regi-
stro delle imprese - ufficio di Torino al n.
07524930018;

3

l) l'avviamento;

m) i debiti finanziari verso la FIAT GE.VA.
S.p.A., con sede in Torino, via Nizza n. 250;

n) il fondo per il trattamento di fine rapporto
(TFR), i debiti verso i dipendenti e verso enti
previdenziali ed i ratei di retribuzione differita
verso i dipendenti di cui alla precedente lettera
b) maturati e maturandi fino al momento dell'effi-
cacia della cessione con i relativi contributi
previdenziali;

o) i rapporti giuridici con terzi connessi ai con-
tratti relativi al ramo d'azienda riportati nel-
l'elenco che si allega al presente atto sotto la
lettera "E" e le relative controversie giudizia-
rie, fermo restando che tale elenco potrà essere
integrato dalle parti entro il 31 marzo 2002.
Relativamente ai predetti rapporti con terzi le
parti precisano che sarà cura di entrambe notifi-
care ai terzi interessati il trasferimento del ra-
mo d'azienda al fine del trasferimento dei rappor-
ti sopra enumerati e di quelli ad essi connessi e
che nessuna responsabilità per nessun motivo potrà
addebitarsi alla FiatAvio s.p.a. in ipotesi di re-
cesso di terzi contraenti.

- 2 -

4

Gli effetti della cessione si produrranno automaticamente alle ore 23,59 del 31 dicembre 2001.

- 3 -

Con l'acquisto del ramo d'azienda, la FIAT ENGINEERING S.p.A. subentra nei rapporti di lavoro con i lavoratori i cui nominativi sono riportati nel citato allegato "C".

Sono conseguentemente trasferiti alla FIAT ENGINEERING S.p.A. anche tutti i rapporti giuridici e le relative poste contabili sopra individuate.

La FIAT ENGINEERING S.p.A. si impegna a conservare ai dipendenti addetti al ramo d'azienda la medesima anzianità di servizio e ad applicare i trattamenti economici e normativi previsti dal Contratto Nazionale per i Lavoratori Metalmeccanici, nonché dai contratti collettivi aziendali vigenti presso la FiatAvio s.p.a. e, per ciò che concerne i dirigenti, dal contratto collettivo dei dirigenti di aziende industriali, salvo diverso accordo tra le parti ed i dipendenti stessi.

- 4 -

E' espressamente escluso dalla cessione del ramo d'azienda ogni altro bene, rapporto, debito e diritto in genere che non è ricompreso fra quelli indicati al punto 1 che precede e in particolare:

5

- le attività residue relative al nucleare, in
particolare il sito di Saluggia (VC);

- i beni immobili (locali e terreni);

- i diritti indennitari spettanti alla FiatAvio
s.p.a. nei confronti delle assicurazioni per re-
sponsabilità incorse nell'esecuzione di commesse
rientranti nel ramo d'azienda.

- 5 -

La FiatAvio s.p.a. garantisce alla FIAT ENGINEE-
RING S.p.A. che tutti i lavoratori dipendenti di
cui all'elenco come sopra allegato sotto la lette-
ra "C" sono stati regolarmente assunti e fatti og-
getto delle previste segnalazioni e denunce agli
uffici pubblici preposti, avendo la FiatAvio
s.p.a., con riferimento alle loro posizioni, sem-
pre e puntualmente adempiuto ad ogni prescrizione
previdenziale ed assicurativa.

- 6 -

La FiatAvio s.p.a. si impegna a manlevare e tenere
indenne la FIAT ENGINEERING S.p.A. da ogni passi-
vità che dovesse sopravvenire relativamente agli
oneri ed alle passività discendenti dai rapporti
di lavoro e dai rapporti con gli enti previdenzia-
li ed assicurativi obbligatori, relativamente ai
lavoratori del ramo d'azienda nonché dalle passi-

6

vità di natura fiscale antecedenti alla data di
efficacia della presente cessione sino alla sca-
denza dei rispettivi termini di prescrizione, fer-
mo restando quanto stabilito al successivo punto
7.

- 7 -

La FIAT ENGINEERING S.p.A. dal canto suo si impe-
gna a manlevare e tenere indenne la FiatAvio
s.p.a. da ogni onere e passività relativa a:
- i rapporti giuridici di cui al precedente punto
1 lettera o) in particolare, ma non esclusivamen-
te, per effetto dei contenziosi relativi al ramo
d'azienda ceduto e le garanzie rilasciate in rela-
zione a tali rapporti;
- ogni fatto o atto posto in essere dalla FIAT EN-
GINEERING S.p.A. stessa posteriormente alla data
di effetto del presente atto.

- 8 -

In ogni caso, le garanzie di cui ai precedenti
punti 5, 6 e 7 saranno valide soltanto nella misu-
ra in cui venga rispettata la condizione che cia-
scun singolo successivo evento venga tempestiva-
mente notificato, dalla FIAT ENGINEERING S.p.A.
alla FiatAvio s.p.a. (o, se del caso, dalla FiatA-
vio s.p.a. alla FIAT ENGINEERING S.p.A., nel caso

7

delle garanzie di cui al punto 7) a mezzo racco-
mandata con avviso di ricevimento, entro il termi-
ne di 30 (trenta) giorni dal momento in cui la
FIAT ENGINEERING S.p.A. (o, se del caso, la FiatA-
vio s.p.a.) ne venga a conoscenza, in qualunque
forma, e comunque in tempo utile affinchè la Fia-
tAvio s.p.a. (o, se del caso, la FIAT ENGINEERING
s.p.A.) possa tutelare adeguatamente i propri di-
ritti sotto pena di decadenza.

Al verificarsi di un qualsiasi evento di cui so-
pra, nel termine e secondo le modalità e condizio-
ni predette, la FiatAvio s.p.a. (ovvero, se del
caso, la FIAT ENGINEERING S.p.A.) avrà il diritto
alternativamente di:

- assumere, a proprio carico ed onere, la gestione
operativa delle vicende oggetto della notifica;
- delegare l'altra parte a detta gestione, con
promessa di tenere a proprio carico ogni onere e
spesa sostenuti o derivanti in capo all'altra par-
te, previa preventiva approvazione dei predetti
costi, ove questi ultimi derivino da transazione o
definizione stragiudiziale di eventuali contenzio-
si originanti la sopravvenienza.

E' esclusa ogni altra garanzia per il ramo d'a-
zienda ceduto.

8

- 9 -

L'avviamento del ramo d'azienda è convenuto in eu-
ro 344.000 (trecentoquarantaquattromila).

- 10 -

Il corrispettivo che la FIAT ENGINEERING S.p.A.
corrisponderà alla FiatAvio s.p.a. per la cessione
del ramo d'azienda è determinato dalla sommatoria
algebrica degli importi rappresentanti i valori
delle attività e delle passività evidenziati nella
situazione patrimoniale provvisoria al 30 novembre
2001, che si allega al presente atto sotto la let-
tera "F".

Il prezzo come sopra determinato è pari a euro
4.500.000 (quattromilionicinquecentomila), corri-
spondenti a lire 8.713.215.000 (ottomiliardisette-
centotredicimilioniduecentoquindicimila) e sarà
pagato dalla FIAT ENGINEERING S.p.A., in un'unica
soluzione, entro il 15 gennaio 2002, senza gravame
di interesse.

- 11 -

Entro il 31 marzo 2002, le parti si impegnano a
redigere la situazione patrimoniale definitiva al
31 dicembre 2001, relativa al ramo d'azienda cedu-
to.

Le parti convengono che le eventuali variazioni

che risultassero nelle attività e/o passività, tra
la situazione patrimoniale al 30 novembre 2001 e
quella al 31 dicembre 2001, verranno compensate
con variazioni di segno contrario dei debiti fi-
nanziari verso la FIAT GE.VA. S.p.A. per modo che
il prezzo di euro 4.500.000 (quattromilionicinque-
centomila) rimanga immutato.

- 12 -

La FiatAvio s.p.a. si obbliga a mettere a disposi-
zione, su richiesta della FIAT ENGINEERING S.p.A.,
ogni documento relativo ai beni ed ai rapporti
giuridici oggetto della presente cessione.
La FIAT ENGINEERING S.p.A. si impegna a sua volta
a prendere in consegna e a gestire l'archivio del
ramo d'azienda ceduto ed ogni documentazione ad
esso relativa.

- 13 -

Qualora una della parti non adempia alle obbliga-
zioni previste dal presente atto, la parte adem-
piente avrà facoltà di contestare per iscritto
l'inadempimento, invitando l'altra parte ad adem-
piere entro un termine non inferiore a 30 (trenta)
giorni.

- 14 -

Le spese del presente atto, inerenti e conseguen-

10

ti, incluse quelle di registrazione, sono a carico
della FIAT ENGINEERING S.p.A..

- 15 -

Gli allegati al presente atto di cessione contrad-
distinti con le lettere A-B-C-D-E-F  ne  costitui-
scono parte integrante e sostanziale.

- 16 -

Il  presente  atto verrà conservato nella raccolta
del notaio autenticante l'ultima firma  necessaria
ai fini del perfezionamento dello stesso.

| Matricola | Cognome | Nome |
|---|---|---|
|  | FRANZI | UMBERTO |
|  | MERLO | FRANCO |
|  | TURCHETTO | SILVIO |
| 3779 | ANTONIOLLI | ROBERTO |
| 509219 | BASANO | MAURO |
| 1362 | BOSIO | PIERFRANCO |
| 6462 | BUSSA | ROBERTO |
| 1937 | CATENA | VALERIANO |
| 5616 | CINTI | GABRIELE |
| 6403 | DAMASINO | GIANNA CARLA |
| 5774 | DE CRISTOFARO | ALBERTO |
| 6389 | FORNARO | RENZO |
| 5846 | GAIA | ROBERTO |
| 2505 | GENOVA | GIANCARLO |
| 5580 | LIBOA | GIOVANNI |
| 4115 | MAGGIO | RAFFAELE |
| 5844 | NICOLAZO | OSVALDO |
| 5581 | PEZZI | FABIO |
| 3363 | RAJACIC | MILICA |
| 1389 | ROSSI | GABRIELLA |
| 6148 | SILVESTRI | ALESSANDRO |
| 5864 | SIMONI | ENNIO |
| 6135 | SPINELLO | GIANFRANCO |
| 6081 | TALARICO | DOMENICO DARIO |

| C/C bancari | N^conto |
|---|---|
| People's Bank - Colombo | 19 A/C 296739 |
| Banca Commerciale - Siria | 28498/306 |
| American Express Bank - Pakistan | 100-097-971 |

| Dotazioni di cassa | Valuta |
|---|---|
| Cassa La Spezia | Euro |
| Cassa Aleppo | SYP |
| Cassa AL Nasserieh | SYP |
| Cassa Damasco | SYP |
| Cassa Zayzoon | SYP |
| Cassa emergenze Siria | USD |
| Cassa Daura | USD |
| Cassa Quetta | PKR |
| Cassa Kelanitissa | SLR |

I.    Contratti in corso di esecuzione (o in fase di garanzia)

- contratto n. 430/EXT, del 20 febbraio 1994, con il Ministero siriano della Elettricità, per la costruzione della Centrale di Zayzoon, con relative varianti ed addendum;

- contratto n. 397/EXT, del 5/9/93, con l'Ente Statale Siriano dell'Elettricità, per la costruzione della Centrale di Tishreen, con relative varianti, addendum ed extensions;

- contratto n. 425/EXT, del 4/11/93, con l'Ente Statale Siriano dell'Elettricità, per la costruzione della centrale elettrica di Al-Nasserieh;

- contratto Black Start GT, n. Z-2B-ACQ-AL, del 4/4/1995, con Mitsubishi Heavy Industries, per la costruzione della Centrale di Aleppo;

–▷ - contratto GCEP-Iraq, n. 5/2/2886, del 25/7/98, con l'Ente Elettrico Iracheno, per il revamping delle centrali di Daura e Dihis;

- contratto n. 47/00/00/1/T, del 07/06/94, con l'Ente Elettrico Saudita, per la costruzione della centrale di Al Jawf;

- contratto PO, del 7/06/94, con le Cartiere Burgo S.p.A., per la costruzione della centrale di Avezzano.

- contratto n. PR/015/96/004/CEB, del 02/08/96, con Ceylon Electricity Board, per la costruzione della centrale in Sri Lanka.

- contratto con Enel per la centrale di La Spezia: Ordine AAQV10661 del 21/10/1997. Fornitura in opera di n. 2 Turbogas con relativi alternatori e relativi ordini:

  * Ordine: AAQV1066/01 DEL09/11/1998 – Fornitura in opera aggiuntiva di sistemi di riscaldamento metano e sistemi di monitoraggio delle scariche parziali (Enel Power)

  * Ordine: nr. 3000012304 del 10.10.2001 – Attività revisione 24.000 h TG1 (Enel Produzione)

  * Ordine: nr. R2294 del 31.08.01 –Fornitura schede aggiuntive ed adeguamento software sistema di controllo SEPA per install. Strumentazione aggiuntiva (CESI)

  * Ordine: nr. 3000015360 del 11.12.01 – Attività di revisione a 16.000 h parti di caldaia TG "Termoregolazione unità a gas Tg1 e Tg2 (Enel Produzione)

- Atteso nuovo Ordine per Fornitura surriscaldatore di riserva (Enel Produzione)

- Atteso nuovo Ordine per Aggiornamento sistema controllo turbogas (Enel Produzione)

2.   Contratti relativamente ai quali sono in corso contenziosi

- Contratti di costruzione della Centrale di Quetta (EPC e Construction) del 29/2/96

  * arbitrato Uncitral presso l'AAA negli Stati Uniti (Washington) contro HCPC, relativo a reciproco pretese fra FiatAvio ed HCPC derivanti dall'esecuzione del contratto;

  * azione giudiziaria contro la FiatAvio dinanzi al Tribunale di Quetta intentata dalla società Arna Engineering per il pagamento di una subfornitura relativa alla centrale di Quetta;

  * azione giudiziaria intentata dinanzi al Tribunale di Quetta dalla ditta Arsalan per il risarcimento del danno derivante dal furto di una vettura di locazione utilizzata dal cantiere della Centrale di Quetta.

  * ricorso amministrativo dinanzi alla commissione tributaria di appello per il recupero di ritenute effettuate dalle autorità fiscali pakistane relativamente ai contratti di costruzione della centrale di Quetta.

- Contratto di costruzione della Centrale di Thornhill

  * arbitrato presso la Camera di Commercio di Milano contro la Società Stirling relativa a reciproche pretese fra le parti relativa all'esecuzione del contratto.

  * insinuazione di FiatAvio nel fallimento della società Compagnia Cauzioni, pendente dinanzi al Tribunale di Roma, e relativa al pagamento, da parte del fallimento, dell'importo dovuto da Società Italiana Cauzioni per una fidejussione da questa prestata a favore della Sicel.

- Contratto di costruzione della centrale di Gardanne (fra, da un lato, AIG e, dall'altro FA/SGC)

  * azione giudiziaria intentata dalla società Gardannaise d'Electricité dinanzi al tribunale di Aix-en-Provence, avente ad oggetto una perizia preventiva circa il funzionamento della Centrale di Gardanne;

3.    <u>Contratti relativamente ai quali sono in essere garanzie bancarie</u>

-   Contratto n. AAQK11304  e varianti n.FTA960001406, N.FTA960001409, n.FTA970000407, n.FTA970000404, n.FTA970001311 con ENEL per la costruzione della centrale di Turbigo Levante
-   Contratto n. AAQN10341 con ENEL per la costruzione della centrale di Giugliano
-   Contratto n. AAQN11211 con ENEL per la costruzione della centrale di Larino
-   Contratto n.4206 con il cliente A.G.S.M. Verona per la costruzione della centrale di Borgo Trento
-   Contratto n. dac1173 con il cliente TAVANIR/ REY TEHRAN per la costruzione della centrale di Rey Theran
-   Garanzia a fronte di un credito di aiuto al Ministero affari Esteri per la formazione professionale a STEG - Tunisia

Case 1:08-cv-05951-SHS   Document 483-3   Filed 06/27/11   Page 18 of 18

# FiatAvio S.p.A./ Fiat Engineering S.p.A.

Cessione di ramo d'azienda relativo all'installazione e commercializzazione di turbine a gas ed alla costruzione di centrali per la generazione di energia termo-elettrica

Situazione patrimoniale provvisoria al :

30 novembre 2001

| ATTIVITA' | euro |
|---|---|
| Crediti | |
| - Crediti commerciali | 18.637.192 |
| - Crediti verso dipendenti e verso Erario | 954.611 |
| Immobilizzazioni materiali | 200 |
| Dotazioni di Cassa | 161.327 |
| C/C Bancari | 397.257 |
| Partecipazione COGEAV | 35.119 |
| Avviamento | 344.000 |
| ATTIVO | 20.529.706 |

| PASSIVITA' | euro |
|---|---|
| Debiti | |
| - Debiti commerciali | 2.771.158 |
| - Debiti verso dipendenti e enti previdenziali | 10.521 |
| Ratei passivi | 312.335 |
| Trattamento fine rapporto | 843.604 |
| Fondo garanzia contrattuale | 7.704.909 |
| Debiti finanziari - FiatGeva | 4.387.179 |
| PASSIVO | 16.029.706 |
| VALORE NETTO CESSIONE | 4.500.000 |