UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE REPUBLIC OF IRAQ, including as         :   08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the            :   ECF Case
CITIZENS of the REPUBLIC OF IRAQ,          :
                                           :
                    Plaintiffs,            :   **NOTICE OF APPEARANCE**
                                           :
        - against -                        :
                                           :
ABB AG ET AL., and JOHN DOES 1-10,         :
                                           :
                    Defendants.            :
---------------------------------------------------------------X

To the Clerk of this court and all parties of record:

   Please enter my appearance as counsel in this case for Defendant St. Jude Medical Export GmbH. I certify that I am admitted to practice in this court.

Dated: June 28, 2011

                                    CARTER LEDYARD & MILBURN LLP

                                    By: _____
                                        Judith A. Lockhart  (JL2676)
                                        Lockhart@clm.com
                                        Two Wall Street
                                        New York, New York 10005
                                        (212) 732-3200
                                        (212) 732-3232 (fax)

6813279.1