Judith A. Lockhart, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
212-238-8603
212-732-3232 (Fax)
lockhart@clm.com
*Attorneys for Defendant St. Jude Medical Export GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE REPUBLIC OF IRAQ, including as :    Case No. 08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the :    ECF Case
CITIZENS of the REPUBLIC OF IRAQ, :
                                 Plaintiffs, :
                                                       :    RULE 7.1 STATEMENT
                      - against - :
:
ABB AG ET AL., and JOHN DOES 1-10, :
:
                              Defendants.
------------------------------------------------------------X

       Defendant St. Jude Medical Export GmbH is a non-public corporation formed and organized under the laws of Austria. It is wholly-owned by SJM International, Inc., a non-public Delaware corporation. SJM International, Inc. is a wholly-owned subsidiary of St. Jude Medical, Inc., a publicly-owned corporation formed and organized under the laws of the state of Minnesota. There is no publicly-held company that holds 10% or more of the stock of St. Jude Medical, Inc.

Dated: New York, NY
         June 28, 2011

6809384.2

CARTER LEDYARD & MILBURN LLP

_____
Judith A. Lockhart
2 Wall Street
New York, New York 10005
212-238-8603
212-732-3232 (fax)
lockhart@clm.com

and

James W. A. Ladner (to be admitted pro hac vice)
Deputy General Counsel – Litigation
St. Jude Medical, Inc.
One St. Jude Medical Drive
St. Paul, Minnesota 55117
(651) 756 2048
(651) 756 2156 (fax)
jladner@sjm.com
Counsel for Defendant St. Jude Medical Export GmbH