Judith A. Lockhart
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Tel. No. 212-732-3200
Fax No. 212-732-3232
lockhart@clm.com

*Attorneys for Defendant St. Jude Medical Export GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

| | | |
|---|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE on behalf of the CITIZENS of the REPUBLIC OF IRAQ, | : : : | 08-CV-05951 (SHS) ECF Case |
| | : | |
| Plaintiffs, | : : | **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| - against - | : : | |
| ABB AG ET AL., and JOHN DOES 1-10, | : : | |
| Defendants. | : | |

------------------------------------------------------------- X

1.   Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts

for the Southern and Eastern Districts of New York, I, Judith A. Lockhart, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

> Applicant's Name:   James W. A. Ladner
> Firm Name:             St. Jude Medical, Inc.
> Address:                 One St. Jude Medical Drive
> City/State/Zip:        St. Paul, Minnesota 55117
> Phone Number:        (651) 756-2048
> Fax Number:            (651) 756-2156

2.   James W. A. Ladner is a member in good standing of the Bar of the State of

Minnesota.

3. There are no pending disciplinary proceeding against James W. A. Ladner in

any State or Federal court.

Dated: New York, New York
      June **29**, 2011

Respectfully submitted,

By: _____

Judith A. Lockhart
SDNY Bar No.: JL2687
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Tel. No. 212-732-3200
Fax No. 212-732-3232
lockhart@clm.com

*Attorneys for Defendant St. Jude Medical Export GmbH*

Judith A. Lockhart
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Tel. No. 212-732-3200
Fax No. 212-732-3232
lockhart@clm.com

*Attorneys for Defendant St. Jude Medical Export GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| THE REPUBLIC OF IRAQ, including as | : | Case No. 08-CV-05951 (SHS) |
| PARENS PATRIAE on behalf of the | : | ECF Case |
| CITIZENS of the REPUBLIC OF IRAQ, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **AFFIDAVIT OF JUDITH A.** |
| - against - | : | **LOCKHART IN SUPPORT** |
| | : | **OF MOTION TO ADMIT** |
| ABB AG ET AL., and JOHN DOES 1-10, | : | **COUNSEL *PRO HAC VICE*** |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

STATE OF NEW YORK )
              ) ss:
COUNTY OF NEW YORK)

      Judith A. Lockhart, being duly sworn, deposes and says:

      1.     I am a Partner at the law firm of Carter Ledyard & Milburn, LLP, counsel for

Defendant, St. Jude Medical Export GmbH, in the above captioned action. I am familiar with the

proceedings in this case and make this statement based on my personal knowledge of the facts

set forth herein and in support of the Motion to Admit Counsel *Pro Hac Vice* to represent the

Defendant in this action.

      2.     I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in 1986. I am also admitted to the bar of the United States District

Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James W. A. Ladner since June 2011.

4. Mr. Ladner is Deputy General Counsel – Litigation of St. Jude Medical, Inc., in St. Paul, Minnesota. A Certificate of Good Standing for James W. A. Ladner is attached hereto as Exhibit A.

5. Based upon my conversations and meeting with Mr. Ladner I have found him to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of James W. A. Ladner, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of James W. A. Ladner, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the Motion to Admit Counsel *Pro Hac Vice*, to represent Defendant in the above captioned matter, be granted.

Respectfully submitted,

Judith A. Lockhart
SDNY Bar No.: JL2687

Sworn to before me this

29 ͭ ͪ day of June, 2011.

_____
Notary Public

DENNIS MURPHY
Notary Public, State of New York
No. 31-01MU4644752
Qualified in New York County
Commission Expires March 30, 2015

2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JAMES WILLIAM ABBOTT LADNER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 21, 1983

Given under my hand and seal of this court on

June 17, 2011

*Frederick K. Grittner*

Frederick K. Grittner

Clerk of Appellate Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE REPUBLIC OF IRAQ, including as          :    Case No. 08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the             :    ECF Case
CITIZENS of the REPUBLIC OF IRAQ,           :
                                            :
                    Plaintiffs,             :    **ORDER FOR ADMISSION *OF***
                                            :    **JAMES W. A. LADNER**
          - against -                       :    **PRO HAC VICE**
                                            :
ABB AG ET AL., and JOHN DOES 1-10,          :
                                            :
                    Defendants.             :
-------------------------------------------------------------- X

        Upon the motion of Judith A. Lockhart, attorney for Defendant St. Jude Medical

Export GmbH and said sponsor attorney's affidavit in support, it is hereby

ORDERED that:

>    Applicant's Name:    James W. A. Ladner
>    Firm Name:           St. Jude Medical, Inc.
>    Address:             One St. Jude Medical Drive
>    City/State/Zip:      St. Paul, Minnesota 55117
>    Phone Number:        (651) 756 2048
>    Fax Number:          (651) 756 2156
>    Email Address:       jladner@sjm.com

is admitted to practice *pro hac vice* as counsel for Defendant St. Jude Medical Export GmbH, in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

 

                                             _____
                                                      U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE REPUBLIC OF IRAQ, including as          :       08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the             :       ECF Case
CITIZENS of the REPUBLIC OF IRAQ,           :
                                            :
                    Plaintiffs,             :       **AFFIDAVIT OF MAILING**
                                            :
            - against -                      :
                                            :
ABB AG ET AL., and JOHN DOES 1-10,          :
                                            :
                    Defendants.             :
-------------------------------------------------------------- X

STATE OF NEW YORK )
                              : ss.
COUNTY OF NEW YORK)

        JOSE L. ENCARNACION, being duly sworn, deposes and says that he is over the age
of eighteen years and is not a party to this action.
        On the 29th day of June, 2011 I served true and correct copies of annexed NOTICE
OF APPEARANCE by placing the same in first class post-paid envelopes addressed:

                            SEE ATTACHED LIST


        And on said day I deposited said envelopes with a postal clerk at the United States
Post Office located at One Hanover Street, New York, New York, to be dispatched by first class
mail.

                                                    Jose L. Encarnacion

Sworn to before me this
29th day of June, 2011,

Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2014

6814040.1

John P. Doherty
Jennifer S. Kozar
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016


Nelson Boxer
Christina Spitler
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016


John Harkrider
Evan Storm
Axinn, Veltrop & Harkrider, LLP
114 West 47th Street
New York, NY 10036


Lawrence W. Newman
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036


Darrell Prescott
Baker & McKenzie
1114 Avenue of the Americas
New York, NY 10036

Pamela Kayatta Riewerts
Bowie & Jensen, LLC
10 East 40th Street, Suite 3310
New York, NY 10016

James K. Robinson
Michael Evan Horowitz
Cadwalader, Wickersham & Taft LLP
700 6th Street N.W.
Washington, DC 20001

Jason Jurgens
Nathan Marshall Bull
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Nancy Lynn Kestenbaum
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

0. Thomas Johnson, Jr.
Mark H. Lynch
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Robert H. Baron
Timothy G. Cameron
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Brian Stryker Weinstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jason Bradley McCullough
Davis Polk & Wardwell
901 15th Street, NW
Washington, DC 20005

Gregory P. Miller
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

Marsha J. Indych
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005

Michael R. Miner
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005


Peter Louis Altieri
David John Clark
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177


John G. Harkins, Jr.
Colleen Healy Simpson
Marianne Consentino
Harkins Cunningham, LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042


Gregory L. Baker
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036


Meir Feder
Phineas E. Leahey
Thomas E. Lynch
Jones Day
222 East 41st Street
New York, NY 10017

Chris J. Lopata
Jones Day
222 East 41st Street
New York, NY 10017


Thomas Jones
Michael H. Ginsberg
Amy K. Pohl
Jones Day
500 Grant Street - Suite 4500
Pittsburgh, PA 15219


Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022


Thomas Benjamin Kinzler
David I. Zalman
Melissa Errine Byroade
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178


Eric McClafferty
Kelley aye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, DC 20007

Brant Warren Bishop - John R. Bolton
Robert B. Gilmore - Thomas D. Yannucci
Ragan Naresh - Mark Champoux
Kirkland & Ellis LLP
655 Fifteenth Street, NW Suite 1200
Washington, DC 20005


James P. Gillespie, PC
Karen McCartan DeSantis
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005


Jim Ladner
St. Jude Medical, Inc.
Legal Department
1 Lillehei Plaza
St. Paul, MN 55117


Robert B. Calihan
Calihan Law PLLC
The Powers Building, Suite 761
16 West Main Street
Rochester, NY 14614


David M. Ryan
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Fred A. Kelly, Jr.
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110


Tai H. Park
Park & Jensen LLP
369 Lexington Avenue, 16th Floor
New York, NY 10017


Steven C. Herzog
Paul, Weiss, Rifldnd, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019


Robert Parker
Anna 0. Crowell
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006


Kenneth J. King
Pepper Hamilton LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018

Gregory A. Paw
Robert L. Hickok
Pepper Hamilton LLP
3000 Two Logan Square –
Eighteenth and Arch Streets
Philadelphia, PA 19103


John F. Pritchard
Ranah Leila Esmaili
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036


Casey Devin Laffey
Reed Smith
599 Lexington Avenue
New York, NY 10022


Casey L. Westover
Richard Wray
Reed Smith
10 South Wacker Drive
Chicago, IL 60606


Thomas P. Battistoni
Fabrizio Grasso
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022

Tammy Bieber
Dan Newcomb
H. Miriam Farber
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022


Tammy Bieber
H. Miriam Farber
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022


Tammy Bieber
H. Miriam Farber
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022


Dan Newcomb
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022


Philip Urofsky
Shearman & Sterling LLP
801 Pennsylvania Avenue, NW
Washington, DC 20004

Dorothy Jane Spenner
Andrew Douglas Hart
Sidley Austin LLP
787 Seventh Avenue New York, NY 10019


Bradford A. Berenson
Richard D. Klingler
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005


Dorothy Jane Spenner
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019


Bradford A. Berenson
Richard D. Klingler
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005


Francis I. Spagnoletti
David S. Toy
Spagnoletti & Co.
401 Louisiana Street, 8th Floor
Houston, TX 77002

Penny Shane
Andrew Hunter Reynard
David Harold Braff
Steven Robert Peikin
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004


Elliot Cohen
Aaron Mendelsohn
Daniel Anziska
Troutman Sanders, L.L.P.
405 Lexington Avenue
New York, NY 10174-0700


Robert A. Van Kirk
Katherine M. Turner
Philip A. Sechler
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005


William John O'Brien, III
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue N.W.
Washington, DC 20005

Robert S. Bennett
Ellen S. Kennedy
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004


Philip Warren Crawford
Jennifer Marino Thibodaux
Thomas R. Valen
Gibbons P.C.
One Gateway Center
Newark, NJ 07102


Larry R. Schmadeka
Lee, Hong, Degerman, Kang & Waimey
660 South Figueroa Street, Suite 2300
Los Angeles, CA 90017


Thomas M. Malone
John L. Shoemaker
El Paso Corporation Legal Department
1001 Louisiana St., Suite 1925
Houston, TX 77002


Mark A. Robertson Joann Kahn
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

Andrew Helfrich
Christopher S. Riley
Barnes & Thornburg
121 W. Franklin St., Suite 200

Elkhart, IN 46516



S. Alyssa Young
Leader & Berkon LLP
630 Third Avenue, 17th Floor
New York, NY 10017



Mark S. Landman
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271



Conrad M. Shumadine
Willcox & Savage P.C.
One Commercial Place Suite 1800
Norfolk, VA 23510



Brett A. Spain
Willcox & Savage P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510

J. A. Canales
Hector Canales
Canales & Simonson, P.C.
P.O. Box 5624
2601 Morgan Ave.
Corpus Christi, TX 78564


Steven Orlikoff
Law Office of Steven Orlikoff
P.O. Box 6225
New York, NY 10150


Carl A. Parker
The Parker Law Firm
1 Plaza Square
Port Arthur, TX 77642


Walter P. Loughlin
K&L Gates
599 Lexington Avenue
New York, NY 10022-6030


Leland de la Garza
Andy Seigel
Tim Zeiger
Shackelford, Melton & McKinley, LLP
3333 Lee Parkway, 10th Floor
Dallas, TX 75219

BERNSTEIN LIEBHARD LLP
Stanley D. Bernstein
Rebecca M. Katz
Christian Siebott
Brian Lehman
10 East 40th Street, Suite 22
New York, New York 10016


BURFORD & MANEY, LLP
Mark Maney
Roliff Purrington
1221 McKinney Street, Suite 3150
Houston, Texas 77010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

THE REPUBLIC OF IRAQ, including as : Case No. 08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the : ECF Case
CITIZENS of the REPUBLIC OF IRAQ, :
:
                    Plaintiffs, : **ORDER FOR ADMISSION *OF***
: **JAMES  W. A. LADNER**
          - against - : **PRO HAC VICE**
:
ABB AG ET AL., and JOHN DOES 1-10, :
:
            Defendants. :

-------------------------------------------------------------- X

Upon the motion of Judith A. Lockhart, attorney for Defendant St. Jude Medical

Export GmbH and said sponsor attorney's affidavit in support, it is hereby

ORDERED that:

            Applicant's Name:    James W. A. Ladner
            Firm Name:         St. Jude Medical, Inc.
            Address:            One St. Jude Medical Drive
            City/State/Zip:      St. Paul, Minnesota 55117
            Phone Number:    (651) 756 2048
            Fax Number:       (651) 756 2156
            Email Address:     jladner@sjm.com

is admitted to practice *pro hac vice* as counsel for Defendant St. Jude Medical Export GmbH, in

the above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

                                               _____
                                                       U.S.D.J.