USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE REPUBLIC OF IRAQ, including as : Case No. 08-CV-05951 (SHS)
PARENS PATRIAE on behalf of the : ECF Case
CITIZENS of the REPUBLIC OF IRAQ, :
:
Plaintiffs, : **ORDER FOR ADMISSION *OF***
: **JAMES W. A. LADNER**
- against - : **PRO HAC VICE**
:
ABB AG ET AL., and JOHN DOES 1-10, :
:
Defendants. :
-----------------------------------------------------------X

Upon the motion of Judith A. Lockhart, attorney for Defendant St. Jude Medical Export GmbH and said sponsor attorney's affidavit in support, it is hereby

ORDERED that:

| | |
|---|---|
| Applicant's Name: | James W. A. Ladner |
| Firm Name: | St. Jude Medical, Inc. |
| Address: | One St. Jude Medical Drive |
| City/State/Zip: | St. Paul, Minnesota 55117 |
| Phone Number: | (651) 756 2048 |
| Fax Number: | (651) 756 2156 |
| Email Address: | jladner@sjm.com |

is admitted to practice *pro hac vice* as counsel for Defendant St. Jude Medical Export GmbH, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

6/30/11

Sidney H. Stein
U.S.D.J.

6812524.1