Stein, S

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ,<br><br>Plaintiff,<br><br>-against-<br><br>ABB AG, et alia,<br><br>Defendants. | Civil Case No. 08 Civ. 05951 (SHS)<br><br>**STIPULATION DISMISSING DEFENDANT AVIO S.P.A. WITH PREJUDICE** |

Plaintiff The Republic Of Iraq, and Defendant Avio, S.p.A., sued herein as "Fiatoavio, now known as Avio, S.p.A." ("Avio") hereby stipulate and agree that Avio be dismissed from this action with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees. This Stipulation and Order resolves Avio's motion for summary judgment. [Document # 481.]

Dated: New York, New York
July 28, 2011

_____
Mark Maney, Esq. (*admitted pro hac vice*)
*Attorney for Plaintiff*
1000 Louisiana, Suite 2800
Houston, TX 77002
(713) 806-2500

SCHIFF HARDIN LLP

By: _____
Thomas P. Battistoni (TB 8012)
Fabrizio Grasso (FG 2703)
*Attorneys for Defendant AVIO S.p.A.*
666 Fifth Avenue, 17th Floor
New York, NY 10103
(212) 753-5000

SO ORDERED: 7/29/11

_____
The Honorable Sidney H. Stein
United States District Judge

NYS1026934.2