USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE REPUBLIC OF IRAQ, including as PARENS PATRIAE on behalf of the CITIZENS of the REPUBLIC OF IRAQ,

    Plaintiffs,

v.

ABB AG, et al.,

    Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

No. 08 CV 05951 (SHS)
ECF CASE

    PLEASE TAKE NOTICE that Steven C. Herzog hereby withdraws as counsel for Doosan Benelux SA, as successor to Defendant Ingersoll-Rand Benelux, N.V., in the above-captioned matter. Robert P. Parker, now of the law firm of Baker & McKenzie LLP will continue to represent Doosan Benelux SA, as successor to Defendant Ingersoll-Rand Benelux, N.V., in this proceeding.

Dated: New York, New York
   August 2, 2012

SO ORDERED: 8/6/12

_____
U.S.D.J.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
   Steven C. Herzog

1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3317
sherzog@paulweiss.com

Doc#: US1:8071922v1