*Docket + file*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REPUBLIC OF IRAQ, including as PARENS PATRIAE in behalf of the CITIZENS of the REPUBLIC OF IRAQ<br><br>      Plaintiff,<br><br>- against -<br><br>ABB AG et al.<br><br>      Defendants. | 08-CV-05951 (SHS)<br><br>ECF CASE<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/5/12 |

### APPEARANCES OF COUNSEL FOR DEFENDANTS
### AT OCTOBER 26, 2012 HEARING ON DEFENDANTS' MOTION TO DISMISS

The following counsel for Defendants make their appearance at the October 26, 2012 hearing in this Court on Defendants' motion to dismiss.

| Defendant | Counsel |
|---|---|
| ABB AG | James P. Gillespie<br>KIRKLAND & ELLIS LLP |
| ABB AUTOMATION | |
| ABB ELEKTRIK SANAYI AS | |
| ABB INDUSTRIE AC MACHINES | |
| ABB INDUSTRIE CHAMPAGNE | |
| ABB NEAR EAST TRADING LTD. | |
| ABB SOLYVENT - VENTEC | Alyssa Young<br>LEADER & BERKON LLP |
| ABG ALLGEMEINE BAUMASCHINEN-GESELLSCHAFT MBH | Danforth Newcomb<br>Philip E. Urofsky<br>H. Miriam Farber<br>SHEARMAN & STERLING LLP |
| RENAULT TRUCKS SAS (formerly known as RENAULT V.I.) | |
| VOLVO CONSTRUCTION EQUIPMENT AB, A SUCCESSOR COMPANY TO VOLVO CONSTRUCTION EQUIPMENT INTERNATIONAL | |

1

| | |
|---|---|
| AESCULAP AG (improperly named in First Amended Complaint as AESCULAP AG AND KG | Alexander Lorenzo<br>ALSTON & BIRD LLP |
| METEC MOTRIC S.A. MEDIZINTECHNIK (improperly named in First Amended Complaint as AESCULAP MOTRIC S.A.) | |
| AESCULAP SURGICAL INSTRUMENTS SDN BHD (improperly named in First Amended Complaint as AESCULAP SURGICAL INSTRUMENTS SDN) | |
| B. BRAUN MEDICAL S.A.S. (improperly named in First Amended Complaint as B. BRAUN MEDICAL FRANCE) | |
| B. BRAUN MELSUNGEN A.G. | |
| B. BRAUN MEDICAL INDUSTRIES SDN BHD (MALAYSIA) | |
| AGCO DENMARK A/S | Elliot Cohen<br>TROUTMAN SANDERS LLP |
| AGCO S.A. | |
| VALTRA DO BRASIL LTDA. | |
| AIR LIQUIDE ENGINEERING | Darrell Prescott<br>BAKER & MCKENZIE LLP |
| AKZO NOBEL N.V. | Mark H. Lynch<br>COVINGTON & BURLING LLP |
| ASTRA ZENECA AB. | |
| CILAG AG INTERNATIONAL | |
| INTERVET INTERNATIONAL B.V. | |
| JANSSEN PHARMACEUTICAL | |
| MERIAL | |
| N.V. ORGANON | |
| ATLAS COPCO AIRPOWER N.V. | Anne Lefever<br>John Pritchard<br>PILLSBURY WINTHROP SHAW PITTMAN LLP |
| ATLAS COPCO CMT SWEDEN AB | |
| AWB, LTD. | Robert H. Baron<br>Timothy G. Cameron<br>CRAVATH, SWAINE & MOORE, LLP |
| BNP PARIBAS (SUISSE) SA | Robert S. Bennett<br>HOGAN LOVELLS<br><br>Jennifer L. Spaziano<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| BNP PARIBAS HONG KONG | |
| BNP PARIBAS LONDON BRANCH | |
| BNP PARIBAS PARIS | |
| BNP PARIBAS UK HOLDINGS LIMITED | |
| BNP PARIBAS USA | |
| BOSTON SCIENTIFIC S.A. | Tai H. Park<br>PARK & JENSEN LLP |
| BUHLER LTD. | Philip E. Urofsky<br>H. Miriam Farber<br>SHEARMAN & STERLING LLP |
| SULZER PUMPEN DEUTSCHLAND GMBH | |
| SULZER TURBO LTD. | |
| CHEVRON CORP. | Meir Feder<br>JONES DAY |

2

| | |
|---|---|
| DAEWOO INTERNATIONAL CORP. <br> KIA MOTORS | Thomas R. Valen <br> GIBBONS P.C. |
| DAIMLER - CHRYSLER AG | Philip E. Urofsky <br> SHEARMAN & STERLING LLP |
| DAVID BROWN TRANSMISSIONS OF FRANCE S.A.S <br> UNION PUMP S.A.S., FORMERLY KNOWN AS DAVID BROWN GUINARD PUMPS S.A.S. <br> TEXTRON, INC. | Katherine M. Turner <br> WILLIAMS & CONNOLLY LLP |
| DOW AGROSCIENCES LLC <br> DOW AGROSCIENCES S.A.S. | Jason Jurgens <br> Nathan M. Bull <br> CADWALADER, WICKERSHAM & TAFT LLP |
| ELI - LILLY EXPORT S.A. <br> INGERSOLL-RAND ITALIANA, S.p.A. <br> INGERSOLL-RAND WORLD TRADE LTD. <br> NOVO NORDISK A/S <br> THERMO KING IRELAND LTD. | Dorothy J. Spenner <br> SIDLEY AUSTIN LLP |
| F. HOFFMANN-LA ROCHE LTD <br> ROCHE DIAGNOSTICS GmbH | Jason McCullough <br> DAVIS POLK & WARDWELL LLP |
| FLOWSERVE B.V. <br> FLOWSERVE CORP. <br> FLOWSERVE POMPES | Thomas B. Kinzler <br> KELLEY DRYE & WARREN LLP |
| GLAXO WELLCOME SA (SOUTH AFRICA) (PRY) LTD. <br> GLAXO WELLCOME EXPORT LTD. <br> GLAXOSMITHKLINE EGYPT SAE <br> GLAXOSMITHKLINE WALLS HOUSE <br> SMITHKLINE BEECHAM INTERNATIONAL | Kenneth J. King <br> PEPPER HAMILTON LLP |
| OSRAM MIDDLE EAST FZE <br> SIEMENS S.A.A. FRANCE <br> SIEMENS SANAYI VE TICARET A.S. | Brant W. Bishop, P.C. <br> John R. Bolton <br> Robert B. Gilmore <br> Ragan Naresh <br> KIRKLAND & ELLIS LLP |
| PAUWELS | John P. Doherty <br> ALSTON & BIRD LLP |
| RAILTECH INTERNATIONAL | David Clark <br> EPSTEIN BECKER GREEN |
| RENAULT AGRICULTURE & SONALIKA INTERNATIONAL | Clay Pierce <br> Michael Miner <br> DRINKER BIDDLE & REATH LLP |
| ROHM AND HAAS FRANCE, S.A. | John G. Harkins, Jr. <br> Dennis O. Wilson <br> HARKINS CUNNINGHAM, LLP |
| SECALT S.A. | John Harkrider <br> Evan Storm <br> AXINN VELTROP HARKRIDER LLP |
| ST. JUDE MEDICAL EXPORT GMBH | Jasmin Farhangian <br> CARTER LEDYARD & MILBURN LLP |

| | |
|---|---|
| SULZER BUCKHARDT ENGINEERING WORKS LTD. | Lawrence W. Newman<br>BAKER & MCKENZIE |
| THE WEIR GROUP | Michael H. Ginsberg<br>JONES DAY |
| VITOL, S.A. | Penny Shane<br>Andrew Giering<br>SULLIVAN & CROMWELL LLP |
| WOODHOUSE INTERNATIONAL, LLC | Andrew L. Siegel<br>SHACKELFORD, MELTON & MCKINLEY, LLP |
| YORK AIRCONDITIONING & REFRIGERATION FZE | Casey D. Laffey<br>REED SMITH LLP |