# pillsbury

Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway | New York, NY 10036-4039 | tel 212.858.1000 | fax 212.858.1500

Ranah L. Esmaili
tel 212.858.1526
ranah.esmaili@pillsburylaw.com

October 28, 2013

VIA E-FILING
Hon. Sidney H. Stein
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 23A
500 Pearl St.
New York, NY 10007-1312

Re: Withdrawal of Counsel, *The Republic of Iraq v. ABB AG et al.*, 1:08-cv-05951-SHS

Your Honor:

I represent defendants Atlas Copco CMT Sweden AB and Atlas Copco Airpower N.V. in the above captioned action. I write to request the court grant me leave to withdraw my appearance, and to be removed from the ecf service list. The reason for the request is that I will be leaving Pillsbury Winthrop Shaw Pittman LLP at the end of this month.

This matter will continue to be handled by my colleague at Pillsbury Winthrop Shaw Pittman LLP who has previously entered an appearance for the plaintiff. No delay will result from my withdrawal.

I respectfully request the court grant my withdrawal as counsel for the plaintiff in this action without the necessity of a formal motion.

Respectfully,

*/s/ Ranah L. Esmaili*
Ranah L. Esmaili

SO ORDERED:

_____

L.A.K.

www.pillsburylaw.com

501237555v1